IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| Planned Parenthood of Tennessee and North Mississippi, et al., | |
| Plaintiffs, | |
| | Case No. 3:20-cv-00740 |
| v. | |
| | JUDGE CAMPBELL |
| Herbert H. SLATERY III, et al., | |
| Defendants. | |

**DECLARATION OF STEVEN JOFFE, M.D., M.P.H.,
IN SUPPORT OF PLAINTIFFS' MOTION FOR
TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION**

Steven Joffe, M.D., M.P.H., declares the following:

1.      I submit this declaration in support of Plaintiffs' motion for temporary and/or preliminary injunctive relief to enjoin enforcement of Tenn. Code Ann. § 39-15-218 (effective October 1, 2020) ("the Act").

2.      As set forth more fully below, I am a Professor of Medical Ethics at the University of Pennsylvania Perelman School of Medicine, where I serve as Interim Chair of the Department of Medical Ethics and Health Policy. I have spent two decades researching medical ethics issues that arise in the course of medical practice, including extensive research on the specific question of informed consent. Until last year, I also practiced children's cancer medicine and bone marrow transplantation at the Children's Hospital of Philadelphia.

3.      Based on my expertise and two decades of research in medical ethics and informed consent, as well as my two decades of medical practice, it is my opinion that the Act, if implemented, would undermine informed consent for patients seeking medication abortion and

1

mislead patients concerning the safety and efficacy of medication abortion "reversal." In so doing, the Act forces physicians to violate fundamental tenets of medical ethics; puts patients at serious risk of making harmful errors in their decision-making; and steers patients toward experimental, unproven medical treatments, the safety and effectiveness of which have not been established.

**Background**

4. My curriculum vitae is attached hereto as Exhibit A.

5. I currently hold a number of positions at the University of Pennsylvania Perelman School of Medicine, including Interim Chair of the Department of Medical Ethics and Health Policy, Chief of the Division of Medical Ethics, Founders Professor of Medical Ethics and Health Policy, and Professor of Pediatrics. As a part of these appointments, I lead the activities of the Department of Medical Ethics and Health Policy, with supervisory responsibility for the Department's research and teaching. I also serve as Director of the Department's postdoctoral fellowship training programs in Medical Ethics, and am currently the Co-Director of the Cancer Control Program at the Abramson Cancer Center.

6. Prior to joining the University of Pennsylvania, I practiced pediatric hematology/oncology at Boston Children's Hospital and the Dana-Farber Cancer Institute, both affiliated with Harvard Medical School. I also completed four fellowships, including a medical ethics fellowship at Harvard Medical School and a professional ethics faculty fellowship at the Center for Ethics and Professions at Harvard University. Until last year, I practiced medicine at the Children's Hospital of Philadelphia, where I cared for children undergoing bone marrow transplants for cancer and other serious diseases.

7. I have authored and co-authored numerous peer-reviewed research articles and chapters in medical textbooks, including on issues of medical ethics and informed consent. In

2

addition, I regularly speak on informed consent and other ethical issues that arise in clinical research and practice to a variety of different audiences, including physicians, at national conferences, as well as at seminars at medical centers and universities.

8.      In my previous role as a member for more than ten years of the Institutional Review Board at Dana-Farber Cancer Institute, an affiliate of Harvard Medical School, I have formally reviewed, approved, and monitored biomedical and behavioral research involving human subjects in order to protect the rights and welfare of research subjects.

9.      I have also been a member of or chaired numerous institutional and national ethics committees. I am a member of the Pediatric Ethics Subcommittee of the Food and Drug Administration and the Bioethics Committee of the Children's Oncology Group. I also serve on a number of institutional and academic advisory committees, including two committees tasked with overseeing COVID19-related research and the Conflict of Interest Committee, at the Perelman School of Medicine. I also previously served on the Ethics Committee at the Children's Hospital of Philadelphia (2013-2019), the Ethics Advisory Committee of Boston Children's Hospital (2000-2013), and the Ethics Advisory Committee (2000-2013, co-chair 2001-2009) and the Institutional Review Board (1998-2012) at the Dana-Farber Cancer Institute.

10.     In addition to my medical degree, I have a Master's of Public Health in epidemiology, which is the study of disease in human populations. Epidemiology focuses on the distribution and causes of disease in human populations, seeks to identify risk factors for disease, and conducts studies to determine optimal treatment approaches for clinical practice and for preventive medicine. Among other things, the discipline of epidemiology involves training in the design, conduct, and analysis of human research.

**The Act**

11. I have reviewed Tenn. Code. Ann. § 39-15-218 and understand that it imposes certain requirements on physicians (and their agents) performing abortions in Tennessee and on facilities in which "more than fifty (50) elective abortions" were performed during the previous calendar year.

12. Tennessee is not the first state to pass this type of requirement. I previously served as an expert in a case challenging a similar law passed by the Arizona legislature in 2015 and provided testimony in that case in support of the plaintiffs' motion for a preliminary injunction. In that case, the State ultimately agreed to a preliminary injunction and the case was subsequently dismissed after the Arizona legislature repealed the portions of the law concerning medication abortion "reversal" that the plaintiffs challenged.

13. I understand that, as it is commonly provided, the medication abortion protocol involves two medications: mifepristone first, followed by misoprostol twenty-four to forty-eight hours later. I further understand that, as detailed below, the claim that medication abortion can be "reversed," "avoided," or "ceased" once begun has been rejected as unsupported by the medical evidence by both the preeminent national professional organization of obstetricians and gynecologists ("OBGYNs") (the American College of Obstetricians and Gynecologists or "ACOG") as well as the primary association of family planning researchers (the Society of Family Planning or "SFP").

14. I further understand that the Act requires that, at least forty-eight hours prior to providing a medication abortion, the same physician who is to provide the mifepristone must inform the patient that "[i]t may be possible to reverse the intended effects of a chemical abortion utilizing mifepristone if the woman changes her mind" and that "information on and assistance with reversing the effects of a chemical abortion utilizing mifepristone is available on the

4

department of health website." I further understand that the law requires any waiting room and patient consultation room used by patients obtaining abortions (whether medication or procedural abortions) to display a sign stating, in three-quarter inch font and boldfaced type: "Recent developing research has indicated that mifepristone alone is not always effective in ending a pregnancy. It may be possible to avoid, cease, or even reverse the intended effects of a chemical abortion utilizing mifepristone if the second pill has not been taken. Please consult with a healthcare professional immediately." I understand that such language must also be provided to medication abortion patients in writing alongside medical discharge instructions.[1]

15.     I further understand that the Tennessee Department of Health is required, by December 30, 2020, to publish on its website information "designed to inform the woman of the possibility of reversing the effects of a chemical abortion utilizing mifepristone if the woman changes her mind" and must provide "information on and assistance with the resources that may be available to help reverse the effects of a chemical abortion."[2,3]

16.     In order to understand why the Act seriously undermines informed consent for patients seeking abortions—and requires physicians to violate medical ethics in a number of other respects, including by forcing physicians to endorse an unproven and potentially unsafe medical intervention and mislead patients about the demonstrated efficacy or safety of that intervention—it is important to first understand the general principles of informed consent (for both proven medical treatments, like medication abortion, and unproven treatments, such as abortion

---

[1] Tenn. Code Ann. §§ 39-15-218(b), (c), (e), (f).
[2] Tenn. Code Ann. § 39-15-218(h).
[3] I understand that the Tennessee Department of Health has not yet published information about "reversing" medication abortion on its website.

5

"reversal"). I will thus first explain the basic principles of informed consent, and then apply those principles to the Act.

## General Principles of Medical Ethics and Informed Consent

17. Medical ethics is a system of moral principles encompassing standards of professional conduct within the practice of medicine and medical research, developed primarily for the benefit of patients and research participants. The central tenets of medical ethics are: (1) respect for patients' autonomy as individuals, including the obligation to act on patients only with their informed consent; (2) acting in patients' best interests, as they define those interests ("beneficence"); (3) avoiding harm to patients ("non-maleficence"); and (4) promoting justice to patients and to society.[4] Ethical physician behavior recognizes that patients' rights and interests are paramount.

18. By adhering to principles of medical ethics, physicians build a relationship of trust with their patients. As the current COVID-19 crisis has made clear, it is crucial to public health and to the integrity of the medical profession that patients be able to trust that their physicians are providing them with accurate, evidence-based information. That trust is undermined if patients come to believe that their physicians are mere spokespersons for particular views that are not grounded in solid scientific evidence.

19. According to the standard conception of medical ethics, informed consent is fundamental to ethical practice. Patients have the right to control their own bodies and lives, which means that ultimately the decision about what medical treatment they get is theirs to make. Informed consent is the mechanism by which patients exercise their autonomy and choose whether to authorize medical interventions or courses of treatment

---

[4] Tom L. Beauchamp & James F. Childress, *Principles of Biomedical Ethics* (6th ed. 2009).

6

20.     Generally speaking, the goal of the informed consent process is to allow patients to make decisions—consistent with their wishes, values, and priorities—about their own medical treatment, and to ensure that these decisions are based on accurate information about the goals and nature of the treatment in question, the risks and benefits of that treatment, and the alternatives. Said differently, the goal of the process is to ensure that a patient does not undergo any treatment until they have made a fully informed decision, based on accurate information, that the treatment in question is right for them and that the treatment's benefits to them outweigh its risks.

21.     Informed consent is also integral to maintaining a relationship of trust between patient and physician. According to the American Medical Association Code of Medical Ethics, "[t]ruthful and open communication between physician and patient is essential for trust in the relationship and for respect for autonomy," and "[p]atients have the right to receive information and ask questions about recommended treatments so that they can make well-considered decisions about care. Successful communication in the patient-physician relationship fosters trust and supports shared decision making."[5]

22.     To make informed consent possible, a patient must be given accurate and relevant information about a particular procedure so that the patient can make the right decision for herself. Thus, the *goal* of informed consent is not simply to ensure that a physician provides certain specified information; rather, the provision of accurate and relevant information by a physician is the necessary prerequisite for the patient to make her own informed decisions about what treatment to obtain, if any.

---

[5] AMA Code of Medical Ethics, *Opinion 2.1.1* (Nov. 14, 2016), https://www.ama-assn.org/delivering-care/ethics/informed-consent.

7

23. Under standard medical practice, physicians are expected to exercise appropriate medical judgment during the informed consent process regarding what information should be provided and how it should be provided, with the aim of helping the patient to make an informed decision that is right for her. This aim guides how the physician frames information to ensure that informed consent is facilitated and not impeded.

24. While the physician is ultimately responsible for ensuring that patients have obtained accurate and relevant information to make an informed decision, ethical practice does not require that the information be communicated directly by the treating physician, as other members of the healthcare team may also be expert at guiding a patient through the informed decision making process. Doctors work collaboratively within a team, and so long as the treating physician oversees the process and provides medical recommendations and information based on the patient's desires and values, as elicited through the informed consent process, informed consent information may ethically be provided by other members of the healthcare team.

25. In order to facilitate a patient's informed consent, one of the most fundamental obligations the physician has is to ensure patients are provided with truthful and accurate information.

26. It would be antithetical to the purpose of informed consent, and a violation of medical ethics, for a healthcare provider to knowingly give misleading and inaccurate information to a patient during the informed consent process. If a provider were to give a patient misleading or inaccurate information, the provider would be manipulating the patient's decision, thus depriving her of the ability to make an authentic decision based on her own values and preferences.

27. Put more simply, providing *in*accurate information increases the likelihood that a patient will make a decision that is not right for her, violating not only ethical principles of

8

autonomy but also of doing no harm (non-maleficence) and acting in the patient's best interests (beneficence).

28.     Similarly, informed consent requires physicians to use their best medical judgment as to what information is material and relevant to a patient's decision making. Patients count on their healthcare providers to exercise medical judgment in presenting relevant information in a clear, straightforward fashion. Patients who do not have medical expertise need to be able to digest relevant information and use it to inform their decision. It is therefore important that healthcare providers not overwhelm or confuse patients with extraneous or irrelevant information.

29.     Thus, given the physician's paramount duty to provide only truthful and material information to their patient, and to do so in a way that facilitates rather than impedes informed consent, a physician must be able to make reasonable professional judgments about the validity and materiality of information when deciding what to tell patients during the informed consent process.

**Applications of These Principles to the Act**

30.     In my opinion, the Act forces physicians to violate these elemental principles of medical ethics and informed consent and fundamentally threatens the informed consent process by overriding the physician's medical judgment and compelling physicians to tell patients information that is not supported by credible, scientific evidence. It is also my opinion that the Act, by forcing physicians to provide inaccurate, misleading, and unsupported information to their patients, damages the trust central to the patient-provider relationship, which is fundamental to the ethical provision of medical care. Furthermore, it is my opinion that the Act requires physicians to violate medical ethics by forcing them to endorse and direct patients to treatments, the safety and efficacy of which have not been established.

9

31. Moreover, it is my opinion that the Act undermines informed consent, creating a grave risk that a patient may make errors in their decision-making that will prove harmful to them, by forcing physicians to communicate to patients, forty-eight hours prior to taking mifepristone, an inaccurate, misleading message that suggests that the patient need not be certain in her decision before proceeding with an abortion because the effects of mifepristone may be "reversed," "ceased," or "avoided."[6]

## The Act Undermines the Informed Consent Process

32. In my opinion, the Act is harmful to patients because it forces physicians to communicate a message to their patients that suggests to them that they need not be firm in their decision to terminate the pregnancy before beginning their abortion. This is directly contrary to physicians' ethical obligations as part of the informed consent process. Because the goal of the informed consent process is to ensure that a patient does not undergo any course of treatment that the patient does not truly want, it would undermine the purpose of informed consent for a physician to communicate things (or be forced to communicate things) that encourage a patient to delay making a final decision about whether to undergo a course of treatment until after the treatment has begun.

33. This is particularly so when patients are seeking a treatment with a desired outcome that may have significant implications for their life, like abortion, and when there is no question that, once women start the procedure, in most—or even many—cases (contrary to what the Act seems to imply) their pregnancy will end. In such a situation, it is crucial during the informed consent process to emphasize that the patient should be certain in her decision before she begins

---

[6] Tenn. Code Ann. § 39-15-218(f).

the medication abortion process. The Act undermines this important message and therefore impedes the informed consent process.

34.    Thus, in my opinion, the Act's required message could mislead women into beginning the abortion process before they have come to a firm decision, based on the inaccurate assumption that an option for reversal exists should they change their mind. The Act's requirements thus impede informed consent and violate the principles of beneficence (acting in the patient's best interest) and non-maleficence (doing no harm to the patient).

35.    I understand that, in the sterilization context, the ACOG Ethics Committee has recommended that physicians emphasize to patients, prior to sterilization procedures, that the procedures are permanent. This makes sense from an informed consent perspective, even though it is generally accepted in medicine that some sterilization procedures, such as tubal ligations and vasectomies, may be effectively reversed for some people.[7] However, because such procedures may well not be effectively reversed for any given person, it is necessary for physicians to ensure that patients have come to a complete decision to undergo permanent sterilization prior to undergoing such a procedure, by emphasizing the likely permanence of the procedure during informed consent.

36.    It would make no sense in such instances to also require a physician to state that sterilization procedures "may be reversible," even though that statement may be accurate for some people. Doing so would undermine the informed consent process and confuse a patient who is being simultaneously told that the procedure should be "considered permanent and not reversible."

---

[7] The Mayo Clinic, *Tubal Ligation Reversal* (Mar. 4, 2020), https://www.mayoclinic.org/tests-procedures/tubal-ligation-reversal/about/pac-20395158.; The Mayo Clinic, Vasectomy Reversal (July 25, 2020), https://www.mayoclinic.org/tests-procedures/vasectomy-reversal/about/pac-20384537.

One would not want to encourage the possibility that a patient who is uncertain about his or her decision to undergo sterilization would nevertheless proceed because he or she has been told that it might be reversible.

37. This logic applies all the more in the medication abortion context, where there is no reliable evidence demonstrating that "reversal" is possible for *any* patients. It is crucial that the informed consent process emphasize that the patient must come to a full and final decision about her treatment before it begins. The informed consent process simply must not mislead her into believing she may delay final decision-making until after beginning the medication abortion process.

38. I am aware of no other area of medicine in which physicians are forced by law to tell their patients about unproven or experimental treatments of unknown safety and efficacy.

## The Act Damages the Trust Between Patient and Healthcare Provider

39. As noted above, physicians have an ethical obligation to communicate truthful and honest information to their patients. This is so not only because patients have the right to receive accurate information about their care so that they may make informed decisions, but also because trust is crucial to the physician-patient relationship. A relationship of trust ensures that patients feel comfortable asking any questions they have and revealing personal information about themselves and their lives. This level of open communication is crucial to the provision of ethical medical care, and especially to informed consent, ensuring that the physician understands the patient's needs and values, and that the patient feels comfortable asking any questions they may have.

12

40.     The Act undermines this trust by forcing physicians to communicate medical information that the physician knows is inaccurate, misleading and, as discussed in more detail below, not supported by scientific evidence. *See infra* ¶¶ 44–56.

41.     Patients rely on their physicians to provide them with accurate information to support informed decision-making. When a physician presents information to a patient about the treatment options that are available and the expected outcomes, the patient expects that information to be grounded in evidence and in the physician's honest understanding, and to constitute information the physician believes is material to the patient's decision-making process. This makes sense—healthcare providers have the information that patients need in order to make informed decisions about medical treatment. Patients, most of whom lack medical training or expertise, must be able to rely on their chosen healthcare providers to give them clear, appropriate, relevant, and scientifically accurate information. For a physician to do otherwise would violate patient expectations and undermine patient trust.

42.     The Act undermines this trust by forcing physicians to direct patients to unproven medical treatments that physicians do not believe are in the patient's best interest. Indeed, the Act forces physicians to communicate messages that physicians believe may actually *harm* patients, thereby undermining the informed consent process.

43.     In my opinion, the problems presented by the Act cannot be avoided merely by the physician telling the patient that the government thinks the reversal option exists even though the physician personally disagrees. Merely raising the idea of "reversal" wrongly encourages the patient to consider a possibility for which there is no evidence. To simply disavow the Act's mandated communications also fails to restore respect for the patient's autonomy because it still requires her to hear, from a health care professional in whom she needs to be able to trust, a medical

13

message that is not based on scientific evidence. In addition, providing contradictory messages about medical information to a layperson is virtually certain to cause confusion and distract them from the essential information they need to make a decision. Provoking this kind of profound confusion is precisely what healthcare providers should avoid doing during the informed consent process.

## The Act Requires Provision of Inaccurate Information

44.     Recently, ACOG and SFP issued a joint practice bulletin/clinical guidelines for OBGYNs concerning medication abortion, which noted:

> In the very rare case that patients change their mind about having an abortion after taking mifepristone and want to continue the pregnancy, they should be monitored expectantly. There is no evidence that treatment with progesterone after taking mifepristone increases the likelihood of the pregnancy continuing. However, limited available evidence suggests that use of mifepristone alone without subsequent administration of misoprostol may be associated with an increased risk of hemorrhage.[8]

45.     In explaining that there is no evidence that progesterone treatment increases the likelihood that a pregnancy will continue after taking mifepristone, the ACOG/SFP guidelines refer to articles,[9] analyzing the claim made in two papers by Drs. George Delgado and Mary Davenport,[10] that administering progesterone to a patient can "reverse" the effects of mifepristone.

46.     I have read both of the papers by Delgado and Davenport. That these two papers are the only publications in the medical literature of which I am aware that claim to demonstrate

---

[8] ACOG Practice Bulletin Number 225, Vol. 136, No. 4 (October 2020).

[9] Daniel Grossman & Kari White, *Abortion "Reversal"—Legislating without Evidence*, 379 New Eng., J. of Med.1491, (Oct. 18, 2018).; Daniel Grossman et al., *Continuing pregnancy after mifepristone and "reversal" of first-trimester medical abortion: a systematic review*, 92 Contraception 206 (2015).

[10] George Delgado & Mary L. Davenport, *Progesterone use to reverse the effects of mifepristone*, 46 The Annals of Pharmacotherapy 36, (2012).; George Delgado et al., *A case series detailing the successful reversal of the effects of mifepristone using progesterone*, 33 Issues in L. & Med. 21, (2018).

14

that administering progesterone (or any other medical intervention) may "reverse," "cease," or "avoid" the effects of mifepristone taken as part of a medication abortion, and thus are the only apparent basis in the medical literature for the mandated information in the Act.

47.    Based on this understanding, in my opinion (along with the determination of major medical associations like ACOG), there is no credible evidence to support the statements, as mandated by the Act, that a medication abortion can be "reversed," "ceased," or "avoided" by any medical intervention. Moreover, I believe that compelling physicians to communicate to their patients that abortion reversal may be possible will lead patients to falsely believe that there is an established treatment to achieve that result.

48.    The Davenport and Delgado papers are self-described as "case series."[11] A case series is a report on the treatment or outcomes of a group of individual patients. Essentially, they are observational reports lacking rigorous scientific design.

49.    Case studies do not constitute reliable evidence of the safety or effectiveness of an experimental or novel medical treatment. To the contrary, they constitute the lowest form of research evidence available[12] because they are "often biased by the author's experience or opinions and there is no control of confounding factors."[13] Case series are particularly vulnerable to selection bias, which means the results reported may not appropriately represent the wider population.

---

[11] *Id.*

[12] Deborah J. Cook et al., *Rules of evidence and clinical recommendations on the use of antithrombotic agents*, 102 (4 Suppl.) Chest, 305S, (1992).

[13] Patricia B. Burns, Rod J. Rohrich & Kevin C. Chung, *The Levels of Evidence and their role in Evidence-Based Medicine,* 128 Plastic and Reconstructive Surgery 305, (July 2011).

50.    Unlike randomized clinical trials, case studies do not include a control group. The control group provides a benchmark to help determine whether the medical intervention in question results in a different outcome than providing no medical intervention at all. If the intervention results in outcomes similar to the benchmark rate in the control group, then there is no evidence that the intervention is effective. The Delgado and Davenport series included no control group, meaning they did not collect data on patients who did *not* receive progesterone treatment after taking mifepristone.

51.    The only other reliable means by which to determine the efficacy of a novel or experimental treatment is when the outcome of a situation without medical intervention is understood to a very high degree of certainty. For example, if there is a medical condition from which, historically, virtually all patients die without exception, then one may be able to measure the efficacy of a novel intervention against that benchmark.

52.    Without a clear comparison group,[14] the Delgado and Davenport case studies lack a reliable benchmark against which to determine whether their proposed intervention—administration of progesterone—is effective. Without such a benchmark, there is simply no way to reliably determine whether so-called "reversal" treatment has any effect, particularly where the medical literature has documented significant rates of continuing pregnancy after taking

---

[14] Grossman and White note that there is only a single published report to examine the rates of continuing pregnancy after a 200-mg dose of mifepristone, "which is the dose most commonly used in current medication-abortion regimens," and that this report concerned only 30 women all of whose pregnancies were at or less than 7 weeks' gestation. *Abortion "Reversal"—Legislating without Evidence, supra* note 13. Grossman and White further note that "there are no published data on rates of pregnancy continuation after a 200-mg dose of mifepristone alone at more than 7 weeks' gestation" and thus, no benchmarks at all against which to measure the efficacy of "reversal" regimens at this stage of pregnancy. *Id.*

mifepristone alone.[15] Indeed, Delgado and Davenport admit that the ongoing pregnancies documented in their case study "may have survived without progesterone therapy."[16]

53.    To answer the question of whether high-dose progesterone increases the chances that a pregnancy will continue after a woman receives mifepristone, one would have to design a prospective trial that specifies the research question to be asked or hypothesis to be tested, defines the eligibility criteria for women to participate, describes the treatment regimen to be administered as well as the comparison group, specifies the data (including outcome data) to be collected, and ensures rigorous quality control mechanisms for data collection. Ideally, one would design a randomized trial that gave half the women progesterone and half the women a placebo, then compare pregnancy continuation rates between these two groups. Such a design, and only such a design, would allow for a strong claim that administration of progesterone increases the chances of a continued pregnancy.

54.    I am aware that the only controlled double-blind clinical trial of this sort designed to test the hypothesis that the effects of mifepristone can be "reversed" via progesterone was halted before its completion due to serious safety concerns.[17] Three of twelve patients who had begun participation in the trials (*i.e.*, who had taken mifepristone, had taken either progesterone or a placebo, and had not taken misoprostol within the timeframe prescribed in the usual course of a medication abortion) experienced severe hemorrhage requiring hospital transport.[18] One patient required a blood transfusion.[19]

---

[15] *Abortion "Reversal"—Legislating without Evidence, supra* note 13; *A case series detailing the successful reversal of the effects of mifepristone using progesterone, supra* note 14.
[16] *Id.* at 29.
[17] Mitchell D. Creinin et al., *Mifepristone Antagonization with Progesterone to Prevent Medication Abortion: A randomized controlled trial*, 135 Obstetrics &Gynecology 158, (January 2020).
[18] *Id.*
[19] *Id.*

17

55.     This study was cited by the ACOG/SFP guidelines in support of their statement that "limited available evidence suggest that use of mifepristone alone without subsequent administration of misoprostol may be associated with an increased risk of hemorrhage."[20]

56.     Because I am not an OBGYN, I am not offering any opinion as to the biological possibility or plausibility of medication abortion "reversal" via progesterone, nor on its likely safety. Rather, it is my opinion that there is not reliable evidence from human clinical trials demonstrating that the effects of mifepristone taken as part of a medication abortion can be safely or effectively "reversed" (or "avoided" or "ceased") by administration of progesterone. It is further my opinion that it is therefore unethical for physicians or other medical professionals to be forced to inform patients seeking a medication abortion that "it may be possible to avoid, cease, or even reverse the intended effects of a chemical abortion utilizing mifepristone if the second pill has not been taken."

**The Papers Claiming to Support the Efficacy of "Reversal" Treatments May Be Based on Unethical Research**

57.     The Delgado and Davenport papers raise ethical concerns about whether proper protocols were followed for conducting research on human subjects. In my opinion, the activities described in the 2012 and 2018 paper constitute research on human subjects as it is commonly understood and as it is defined by the National Commission for the Protection of Human Subjects of Biomedical and Behavioral Research in its *Belmont Report:* "an activity designed to test an hypothesis, permit conclusions to be drawn, and thereby to develop or contribute to generalizable knowledge."[9]

---

[20] ACOG, *supra* note 12.

58.     Media reports that I have read suggest that the 2012 Delgado and Davenport paper did not obtain Institutional Review Board ("IRB") approval.[21] Media reports similarly suggest that for the 2018 paper Delgado and Davenport obtained IRB approval to conduct only retroactive analysis—i.e., looking at data from treatment that had already occurred—but never obtained IRB approval to collect prospective data or provide experimental treatment for the purpose of conducting research on human subjects.[22]

59.     The professional norm and expectation in the biomedical research community is that research on human subjects should be approved by an IRB. Generally, before approving research proposals, IRBs are necessary to determine that (1) risks to subjects will be minimized through sound research design and, whenever appropriate, the use of procedures already being performed on subjects for clinical purposes; (2) risks will be "reasonable in relation to" the anticipated benefits for the subjects and to the importance of any discoveries that are expected to result; (3) selection of subjects will be equitable, taking special consideration of research involving vulnerable populations, including pregnant women; (4) informed consent will be sought; (5)

---

[21] Shannon Firth, *Reversing Abortion Pill: Can It Be Done?, MedPage Today* (Feb. 24, 2015), http://www.medpagetoday.com/0BGYN/General0BGYN/50164 ("In an email, Delgado said that… institutional review board is not required to follow cases").; Paul Sisson, *Doctor began abortion reversal movement,* The San Diego Union-Tribune (Apr. 11, 2015), http://www.utsandiego.com/news/2015/apr/11 /george-delgado-abortion-reversal/?#article-copy ("Delgado said his nonprofit organization . . . which runs the Abortion Pill Reversal Program—has not begun working with a review board . . . . ").

[22] Azeen, Ghorayshi, *A Study About the "Abortion Reversal" Procedure Was Just Withdrawn For Ethical Issues*, Buzzfeed News (July 17, 2018), https://www.buzzfeednews.com/article/ azeenghorayshi/abortion-pill-reversal-study-withdrawn ("The University of San Diego asked for the paper to be withdrawn, spokesperson Pamela Payton told Buzzfeed News, because it had 'ambiguous' wording regarding the university's ethics board, 'leading many readers to incorrectly conclude that the [school] reviewed and approved the entire study," when "in reality . . . the ethics board only approved analyzing preexisting data, not collecting it."); *see also Abortion "Reversal"—Legislating without Evidence, supra* note 13; *A case series detailing the successful reversal of the effects of mifepristone using progesterone, supra* note 14, at 1492.

consent will be appropriately documented; (6) the research proposal provides for monitoring the collected data to ensure subject safety; and (7) the study will follow appropriate efforts to protect subjects' privacy and maintain the confidentiality of data.[23] Specifically, IRBs must review and approve research protocols, informed consent documents, recruitment materials and other core study documents before participants are enrolled in the research.

60.     Without IRB approval, there are serious questions about the reliability of any data a physician purports to have collected regarding the efficacy and safety of a proposed treatment, as well as whether the research was conducted ethically.

61.     I have participated as a researcher in clinical trials and research studies involving human subjects. Every trial or study in which I have participated has been through the IRB approval process prior to the initiation of the research. This is done not only because it is the professional norm (and for this reason every institution I have worked for has required this) and because it is ethical, but also because if the research demonstrates that a new course of treatment is safe and effective, we want the medical community to know that the research was done rigorously and that the results are valid—in other words, that the treatment is evidence-based—so that other physicians can offer to recommend the treatment to their patients with confidence. IRB approval is also important to assuring other physicians that the research results were obtained ethically.

62.     Indeed, in their 2012 paper, Delgado and Davenport indicated that they, too, considered the progesterone "reversal" protocol to be experimental and in need of clinical trials to demonstrate its safety and efficacy ("We welcome further clinical trials utilizing this protocol or others. . . We believe that *if* further trials confirm the success without complications of this or

---

[23] *See* Code of Federal Regulations, 45 U.S.C. § 46.111.

similar protocols, it should become the standard of care for obstetrician-gynecologists, family physicians, and emergency department physicians to attempt mifepristone reversal on patient request.")[24] (Emphasis added.) Thus their subsequent use of a range of unspecified progesterone "reversal" protocols in hundreds of women, outside of a formal IRB-approved protocol, is difficult to understand.

## Conclusion

63.     For all of these reasons, it is my opinion that the requirements of the Act are contrary to medical ethics and undermine informed consent, resulting in potential harm to patients, physicians, and the integrity of the medical profession. Rather than ensuring patients are firm in their decision to seek an abortion, the Act increases the chances that patients will begin medication abortions before they are sure that doing so is the right decision for them, under the mistaken belief that the abortion can be "reversed" once it has begun. Instead of providing patients with relevant information, the Act forces physicians to mislead patients and encourage them to undertake an entirely unproven treatment, the safety and effectiveness of which has not been reliably demonstrated.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 29, 2020

Steven Joffe, M.D., M.P.H.

---

[24] Delgado, *supra* note 10 (emphasis added).

# EXHIBIT A

Date: 08/07/2020

## Steven Joffe, MD, MPH

If you are not a U.S. citizen or holder of a permanent visa, please indicate the type of visa you have:
none (U.S. citizen)

Education:

| | | |
|---|---|---|
| 1988 | A.B. | Harvard College (Fine Art) |
| 1992 | M.D. | University of California, San Francisco School of Medicine (Medicine) |
| 1996 | M.P.H. | University of California, Berkeley (Epidemiology) |

Postgraduate Training and Fellowship Appointments:

| | |
|---|---|
| 1992-1993 | Intern, Pediatrics, University of California, San Francisco |
| 1993-1995 | Resident, Pediatrics, University of California, San Francisco |
| 1996-1997 | Research Fellow, Department of Research, Kaiser Permanente Northern California |
| 1997-2000 | Clinical Fellow, Pediatric Hematology/Oncology, Children's Hospital Boston and Dana-Farber Cancer Institute |
| 1998-2000 | Research Fellow, Clinical Effectiveness, Children's Hospital Boston |
| 1998-2000 | Fellow, Medical Ethics, Harvard Medical School |
| 2000-2001 | Faculty Fellow, Professional Ethics, Center for Ethics and the Professions, Harvard University |

Military Service:

[none]

Faculty Appointments:

| | |
|---|---|
| 2000-2004 | Instructor of Pediatrics, Harvard Medical School |
| 2004-2010 | Assistant Professor of Pediatrics, Harvard Medical School |
| 2010-2013 | Associate Professor of Pediatrics, Harvard Medical School |
| 2012-2013 | Associate Professor of Global Health and Social Medicine (Secondary), Harvard Medical School |
| 2013-2016 | Associate Professor of Medical Ethics and Health Policy, University of Pennsylvania School of Medicine |
| 2013-2017 | Associate Professor of Medical Ethics and Health Policy in Pediatrics, University of Pennsylvania School of Medicine (Secondary) |
| 2016-2017 | Emanuel and Robert Hart Associate Professor in Bioethics, University of Pennsylvania School of Medicine |
| 2017-2018 | Emanuel and Robert Hart Professor in Bioethics, University of Pennsylvania School of Medicine |

| | |
|---|---|
| 2017-present | Professor of Medical Ethics and Health Policy in Pediatrics, University of Pennsylvania School of Medicine (Secondary) |
| 2018-present | Founders Professor of Medical Ethics and Health Policy, University of Pennsylvania School of Medicine |

## Hospital and/or Administrative Appointments:

| | |
|---|---|
| 1995-1997 | Assistant Physician, Department of Pediatrics, University of California, San Francisco |
| 1995-1997 | Medical Staff, Department of Pediatrics, St. Luke's Hospital, San Francisco, CA |
| 1995-1997 | Pool Physician, Department of Pediatrics, Kaiser Permanente, Walnut Creek, CA |
| 1998-2002 | Medical Staff, Department of Pediatrics, Saints Memorial Medical Center, Boston, MA |
| 1998-2010 | Medical Staff, Department of Pediatrics, Newton-Wellesley Hospital, Newton, MA |
| 2000-2013 | Attending Physician, Department of Medicine Division of Hematology and Oncology, Children's Hospital Boston |
| 2000-2013 | Attending Physician, Department of Pediatric Oncology, Dana-Farber Cancer Institute |
| 2000-2013 | Medical Staff, Department of Pediatrics, Winchester Hospital, Winchester, MA |
| 2001-2013 | Hospital Ethicist, Dana-Farber Cancer Institute |
| 2007-2013 | Faculty Director, Survey and Data Management Core, Dana-Farber Cancer Institute |
| 2011-2013 | Director, Ethics Program in Clinical and Translational Research (EPiCTR), Harvard Catalyst (Associate Director, 2008-2011), Harvard Medical School |
| 2013-present | Director, Penn Fellowship in Advanced Medical Ethics, Perelman School of Medicine |
| 2013-2019 | Attending Physician, Hematopoietic Stem Cell Transplantation, Children's Hospital of Philadelphia |
| 2014-present | Chief, Division of Medical Ethics, Department of Medical Ethics and Health Policy, University of Pennsylvania Perelman School of Medicine |
| 2017-present | Director, Postdoctoral T32 Training Program in the Ethical, Legal and Social Implications (ELSI) of Genetics and Genomics, University of Pennsylvania Perelman School of Medicine |
| 2019-present | Interim Chair, Department of Medical Ethics and Health Policy, Perelman School of Medicine |

## Other Appointments:

| | |
|---|---|
| 2013-present | Member, Abramson Cancer Center |
| 2016-present | Senior Fellow, Leonard Davis Institute |
| 2017-present | Senior Fellow, Penn Center for Precision Medicine |

|            |                                                                                      |
|------------|--------------------------------------------------------------------------------------|
| 2019-present | Co-Director, Cancer Control Program, Abramson Cancer Center                         |

Specialty Certification:

|      |                                                                                       |
|------|---------------------------------------------------------------------------------------|
| 1995 | American Board of Pediatrics (1995-2019)                                               |
| 2000 | American Board of Pediatrics, Hematology/Oncology Sub-Board (2000-2019)                |

Licensure:

|           |                                      |
|-----------|--------------------------------------|
| 1993-1997 | California License Registration      |
| 1997-2013 | Massachusetts License Registration   |
| 2013      | Pennsylvania License Registration    |

Awards, Honors and Membership in Honorary Societies:

|           |                                                                                      |
|-----------|--------------------------------------------------------------------------------------|
| 1983      | National Merit Scholarship                                                            |
| 1985-1988 | John Harvard Scholar, Harvard College                                                 |
| 1987      | Phi Beta Kappa, Harvard College                                                       |
| 1988      | Regents Scholar, University of California, San Francisco                              |
| 1992      | Academic Excellence Award (Co-Valedictorian), University of California, San Francisco |
| 1992      | Alpha Omega Alpha, University of California, San Francisco                            |
| 1995      | Housestaff Teaching Award, Department of Pediatrics, University of California, San Francisco |
| 2002      | Award for Excellence in Human Research Protection, Health Improvement Institute       |
| 2008      | Elected member, Society for Pediatric Research                                        |
| 2011      | Excellence in Tutoring Award, Harvard Medical School                                  |
| 2012      | Elected member, American Pediatric Society                                            |
| 2013      | Fellow, The Hastings Center                                                           |

Memberships in Professional and Scientific Societies and Other Professional Activities:

International:

|      |                                                                                      |
|------|--------------------------------------------------------------------------------------|
| 2019 | External Review Committee, Biomedical Ethics Unit, McGill University School of Medicine, Montreal, Canada |

National:

|              |                                                                                      |
|--------------|--------------------------------------------------------------------------------------|
| 1992-2000    | American Academy of Pediatrics                                                        |
| 1999-Present | American Society of Clinical Oncology (Member, Subcommittee on Genetic Testing 2001-2003 Member, Ethics Committee 2002-2006 and 2017-9 Member, Data Governance Oversight Committee, CancerLinQ, 2014-2015) |
| 2001-Present | American Society of Bioethics and Humanities                                          |
| 2003-Present | Children's Oncology Group, Bioethics Committee (Vice-Chair 2003-2008                  |

Chair 2008-2017)

2003-Present    Public Responsibility in Medicine and Research (PRIM&R) (Member, Annual
                Conference Planning Committee 2006-2009
                Member, Education Committee 2007-2010)

2005-2011       Cancer and Leukemia Group B, Ethics Committee

2006-2007       National Institutes of Health, National Cancer Institute Central IRB Evaluation
                Review Panel

2007-Present    U.S. Food and Drug Administration, Pediatric Ethics Subcommittee, Advisory
                Committee

2008-Present    American Society for Blood and Marrow Transplantation

2008-2012       Genzyme Corporation (Data Monitoring Committee Member)

2008            National Institutes of Health, Center for Scientific Review, Ad hoc member, Special
                Emphasis Panel (ZRG1 HOP-J(90)S)

2009-2020       Center for International Blood and Marrow Transplantation Research, Health Policy
                Working Committee (Co-chair 2009-2014)

2009            National Cancer Institute/American Society of Clinical Oncology, Planning
                Committee, Science of Clinical Trial Accrual Symposium

2009            National Institutes of Health, Biobehavioral and Behavioral Processes IRG, Division
                of AIDS, Behavioral and Population Sciences, Center for Scientific Review, Ad Hoc
                Member, Challenge Grant Review Panel Member (Stage 1)

2009            National Institutes of Health, National Human Genome Research Institute (Ethical,
                Legal and Social Implications Program), Ad Hoc Member, Challenge Grant Review
                Panel Member (Stage 1)

2010-2013       U.S. Department of Health and Human Services, Secretary's Advisory Committee for
                Human Research Protections (SACHRP)

2011-2016       NHGRI Clinical Sequencing Exploratory Research (CSER) Consortium ELSI Group
                (Chair 2013-6)

2011            National Institutes of Health Clinical Center, Board of Scientific Counselors, Ad Hoc
                Member for Review of the Department of Bioethics

2013-2016       National Institute of Allergy and Infectious Diseases, National Institute of Allergy
                and Infectious Diseases (NIAID) HIV Prevention Data and Safety Monitoring Board

- Africa

| | |
|---|---|
| 2014-2020 | Advisory and Executive Committees, Center for International Blood and Marrow Transplant Research (CIBMTR) |
| 2014-2018 | African HIV Data Safety and Monitoring Board, National Institute of Allergies and Infectious Diseases (NIAID), Division of AIDS (DAIDS) |
| 2014-Present | American Society of Human Genetics |
| 2015-Present | Board of Scientific Counselors, National Institutes of Health Clinical Center |
| 2015-Present | Children's Oncology Group Pediatric MATCH Clinical Trial (Co-chair, Germline Subcommittee) |
| 2015-2016 | Committee on Federal Research Regulations and Reporting Requirements, National Academy of Sciences |
| 2015 | National Institutes of Health Clinical Center, Board of Scientific Counselors, Ad Hoc Member for Review of the Department of Bioethics |
| 2017-Present | Genomics and Society Working Group, National Human Genome Research Institute, NIH (Chair, 2020-) |
| 2018 | Member, Advisory Committee to the NIH Director, Working Group on Ethical Considerations for Industry Partnership on Research |
| 2018 | National Institutes of Health Study Section ZHG1 HGR-P (M2) 1 for review of H3Africa ELSI proposals |
| 2019-Present | American Society for Preventive Oncology |
| 2019-Present | Disclosure Symposium Working Group on Relevancy, Association of American Medical Colleges |
| 2019-Present | Helping End Addictions Long-Term Partnership Committee, National Institutes of Health |
| 2019-Present | Multi-Regional Clinical Trials Center, Harvard University (Co-chair, "Promoting Global Clinical Research in Children, 2019-) |
| 2020-Present | Cure Sickle Cell Initiative, National Heart Lung and Blood Institute (Member, External Scientific Panel, 2020-) |
| 2020 | National Human Genome Research Institute (Ad hoc member, GNOM-G 2 Study Section) |

Local:

| | |
|---|---|
| 2008-2011 | Department of Public Health, Commonwealth of Massachusetts, Altered Standards of Care Advisory Committee |
| 2012-2013 | Massachusetts General Hospital, Advisory Committee, Program in Cancer Outcomes Research Training (PCORT), Institute for Technology Assessment |
| 2020 | Member, Advisory Committee on Ethical Allocation Framework for Emerging Treatments of COVID-19, Pennsylvania Department of Health |

Editorial Positions:

| | |
|---|---|
| 2005-2009 | Editorial Board Member, Critical Reviews of Oncology and Hematology |
| 2005-2013 | Editorial Board Member, Journal of Clinical Oncology |
| 2013-present | Peer reviewer, Genetics in Medicine |
| 2014-present | Peer reviewer, Clinical Trials |
| 2014-present | Peer reviewer, Pediatrics |
| 2014-present | Peer reviewer, PLoS One |
| 2014-present | Peer reviewer, Journal of Clinical Oncology |
| 2014-present | Peer reviewer, PLoS Medicine |
| 2014-present | Peer reviewer, Lancet |
| 2014-present | Peer reviewer, Pediatric Blood and Cancer |
| 2014-present | Peer reviewer, JAMA |
| 2014-present | Peer reviewer, Hastings Center Review |
| 2014-present | Peer reviewer, JAMA Pediatrics |
| 2015-Present | Peer Reviewer, Generating Evidence & Methods to Improve Patient Outcomes |
| 2015-present | Peer reviewer, American Journal of Bioethics-Empirical Bioethics |
| 2015-Present | Peer Reviewer, JAMA Internal Medicine |
| 2015-present | Peer reviewer, New England Journal of Medicine |
| 2015-present | Peer reviewer, Journal of the National Cancer Institute |
| 2015-present | Peer reviewer, BMC Medical Ethics |
| 2016-Present | Peer Reviewer, Journal of Law and the Biosciences |
| 2016-Present | Peer reviewer, Journal of Empirical Research on Human Research Ethics |
| 2016-Present | Peer Reviewer, Journal of Pediatrics |
| 2016-Present | Peer Reviewer, American Journal of Bioethics |
| 2016 | Peer reviewer, National Academy of Sciences/National Academy of Medicine |
| 2016-Present | Peer Reviewer, Journal of Medical Ethics |
| 2017-Present | Peer Reviewer, Journal of Oncology Practice |
| 2019-Present | Editorial Board member, American Journal of Bioethics |
| 2019-Present | Editorial Board Member, Ethics and Human Research |

Academic and Institutional Committees:

| | |
|---|---|
| 1998-2012 | Member, Institutional Review Board, Dana-Farber Cancer Institute |
| 2000-2013 | Member, Ethics Advisory Committee, Children's Hospital Boston |
| 2000-2013 | Member, Ethics Advisory Committee, Dana-Farber Cancer Institute (Co-chair 2001-2009) |
| 2000-2009 | Member, Board of Trustees Quality Assurance and Risk Management Committee, Dana-Farber Cancer Institute |
| 2001-2004 | Member, Research Integrity and Compliance Committee, Dana-Farber Cancer Institute |
| 2001-2012 | Member, Clinical Research Leadership Committee (formerly Clinical Research Policy and Operations Committee), Dana-Farber/Harvard Cancer Center |
| 2002-2013 | Member, Steering Committee, Division of Medical Ethics, Harvard Medical School |
| 2003 | Member, Organizational Ethics Task Force on the Refusal of Blood Products, Children's Hospital Boston |
| 2003-2009 | Partners HealthCare, Ethics Leaders Committee |
| 2004-2013 | Partners HealthCare, Embryonic Stem Cell Research Oversight (ESCRO) Committee |
| 2005-2009 | Member, Ethics Leaders, Harvard Medical School |
| 2005-2006 | Partners HealthCare, Tissue Banking Task Force |
| 2008-2010 | Member, Admissions Committee, Harvard Medical School |
| 2009-2013 | Member, Informed Cohort Oversight Board, Boston Children's Hospital |
| 2011-2013 | Expert Reader and Examiner, Committee on Awards and Honors, Harvard Medical School |
| 2012-2013 | Member, Research Conflict of Interest Management Committee, Dana-Farber Cancer Institute |
| 2013-2015 | Member, Internal Review Committee, Master of Science in Health Policy program, PSOM |
| 2013-2019 | Member, Ethics Committee, Children's Hospital of Philadelphia |
| 2015-2016 | Member, Committee on Teaching-Part 2, Perelman School of Medicine |
| 2017-Present | Steering Committee member, Community Engagement and Research Core, University of Pennsylvania |
| 2017 | Member, Public Health Strategic Planning Subcommittee, Perelman School of Medicine |
| 2017-present | Member, Committee on Appointments and Promotions (on leave 2019-21) |
| 2017-2019 | Member, Pediatric Patient-Reported Symptom Tracking in Oncology quality improvement project, Children's Hospital of Philadelphia |
| 2018-2020 | Member, Committee on Academic Freedom and Responsibility, Perelman School of Medicine |
| 2018-Present | Member, Clinical Information Systems Genomics Oversight Committee, Penn Medicine |

| 2018 | Member, Internal Review Committee, Department of Biostatistics, Epidemiology, and Informatics |
| 2019-Present | Member, Operating Committee, Abramson Cancer Research Career Enhancement and Related Activities Core |
| 2020 | Member, Internal Review Committee, Department of Genetics, PSOM |
| 2020-Present | Member, Conflict of Interest Committee, Perelman School of Medicine |
| 2020-Present | Member, COVID Clinical Trials Working Group |
| 2020-Present | Member, COVID 19 Clinical and Translational Research Oversight Committee |

Major Academic and Clinical Teaching Responsibilities:

| 2000-2003 | Attending Physician, Pediatric Oncology, Jimmy Fund Clinic, Dana-Farber Cancer Institute (4 Fellows for 100 hours every year) |
| 2000-2002 | Attending Physician for Inpatient Oncology Service, Children's Hospital Boston (6 Fellows and 4 Residents for 200 hours every year) |
| 2002-2013 | Attending Physician for Hematopoietic Stem Cell Transplant Service, Children's Hospital Boston (6 Fellows and 2 Residents for 150 hours every year) |
| 2003-2012 | Attending Physician, Pediatric Stem Cell Transplant Outpatient Service, Dana-Farber Cancer Institute (3-4 Fellows for 200 hours every year) |
| 2003 | Informed Consent Presentation, Breast Cancer: Current Controversies and New Horizons, Harvard Medical School (CME) |
| 2003-2011 | Case-Based Ethical Dilemmas, Practical Aspects of Palliative Care, Harvard Medical School (CME Single Presentation every year) |
| 2008-2012 | Medical Ethics and Professionalism Course for first-year medical students (one 2 hour session per week for 14 weeks) |
| 2008 | "Therapeutic Innovation or Research" - Seminar, June 2008, Harvard School of Public Health |
| 2008 | "Ethics of research with human subjects" - Seminar, June 2008, Harvard Medical School |
| 2008 | "Informed consent to treatment and research" - Seminar, October 2008, Division of Medical Ethics, Harvard Medical School |
| 2009 | "The ethical conundrum of incidental findings in clinical & translational research" - Lecture, June 2009, Harvard Catalyst Colloquium Series |
| 2009 | "Informed consent to treatment and research" - Seminar, September 2009, Division of Medical Ethics, Harvard Medical School |
| 2009 | "Conflict of Interest in Biomedical Research" - Seminar, October 2009, Longitudinal Clinical Research Seminar/Bioethics Module, ME 731.0a, Scholars in Clinical Science Program, Harvard Medical School |
| 2009 | "Ethics and professional integrity in clinical and translational |

|      | research" - Seminar, October 2009, Clinical Investigator Training Program, Harvard Medical School |
|------|---|
| 2009 | "At the point of the spear: ethical and scientific challenges in translational trials" - Lecturer, November 2009, Introduction to Clinical Investigation Course, Harvard Catalyst |
| 2010 | "Cancer patients' attitudes towards stored tissue research: outcomes and value of a factorial survey" - Lecture, January 2010, Harvard Pediatric Health Services Research Fellowship Program |
| 2010 | "Ethics in clinical research" - March 2010, Department of Medicine Residency Program, Children's Hospital Boston |
| 2010 | "What makes clinical research ethical?" - March 2010, Introduction to Clinical Investigation Course, Harvard Catalyst |
| 2010 | "The scientist as a responsible member of society" - June 2010, Responsible Conduct of Research Course, Dana-Farber Cancer Institute |
| 2010 | "Innovative treatment - research" - June 2010, Harvard Medical School Bioethics Course |
| 2010 | "Ethical issues in medical research" - Lecture, July 2010, CURE Summer Program, Dana-Farber Cancer Institute |
| 2010 | "Ethics in medical research" - Lecture, July 2010, Harvard Catalyst Visiting Research Internship Program and Summer Clinical and Translational Research Program, Harvard Medical School |
| 2010 | "Informed consent, subject selection and recruitment" - Lecture, September 2010, Scholars in Clinical Science Program, Harvard Medical School |
| 2010 | "Ethics and integrity in clinical research" - Lecture, September 2010, Introduction to Clinical Research Course, Children's Hospital Boston |
| 2010 | "Conflicts of interest" - Lecture, October 2010, Scholars in Clinical Science, Harvard Medical School |
| 2010 | "Case-based ethical dilemmas" - Lecture, October 2010, Practical Aspects of Palliative Care Course, Harvard Medical School |
| 2010 | "Informed consent to treatment and research" - Lecture, October 2010, Harvard Medical School Ethics Fellowship, Harvard Medical School |
| 2010 | "Attitudes of cancer patients and parents toward biobanking for future research" - Lecture, November 2010, Brigham and Women's Center for Bioethics, Research in Progress Seminar |
| 2011 | "Ethical conduct of research: Issues in consent" - Lecture, January 2011, Harvard Medical School Fellowship Programs in General Medicine and Primary Care, Pediatric Health Services Research, and Complementary and Alternative Medicine, Serving the Underserved: The Responsible Conduct of Research for the Underserved |
| 2011 | "Evaluating the ethics of clinical research" - Lecture, March 2011, Introduction to Clinical Investigation Course, Harvard Catalyst |
| 2011 | "Informed consent to research" - Lecture, April 2011, Training |

|      | Session for Department of Biostatistics and Computational Biology, Dana-Farber Cancer Institute |
| ---- | ---- |
| 2011 | "Ethics in medical research" - Lecture, August 2011, Visiting Research Internship Program and Summer Clinical and Translational Research Program, Harvard Catalyst |
| 2011 | "Human subjects protection in survey research" - Seminar, September 2011, UMass Boston/Dana-Farber Harvard Cancer Center Survey and Statistical Methods Core Seminar Series |
| 2011 | "Ethics in integrity in clinical research" - Lecture, September 2011, Introduction to Clinical Research Course, Children's Hospital Boston |
| 2011 | "Case-based dilemmas: Ethical challenges in end-of-life care" - Lecture, September 2011, Practical Aspects of Palliative Care Course, Harvard Medical School |
| 2011 | "Informed consent, subject selection and recruitment" - Lecture, September 2011, Scholars in Clinical Science Program, Harvard Medical School |
| 2011 | "Conflicts of interest" - Lecture, September 2011, Scholars in Clinical Science Program, Harvard Medical School |
| 2011 | "Informed consent to treatment and research" - Lecture, October 2011, Ethics Fellowship, Harvard Medical School |
| 2011 | "Ethics in clinic research" - Lecture, October 2011, Clinical Investigator Seminar, Dana-Farber Cancer Institute |
| 2012 | "Children's capacity to participate in research decisions" - Lecture, January 2012, Department of Medicine Grand Rounds, Children's Hospital Boston |
| 2012 | "Ethics & professional integrity in clinical and translational research" - Lecture, January 2012, Clinical Investigator Training Program, Harvard Medical School |
| 2012 | "The scientist as a responsible member of society" - Lecture, March 2012, Responsible Conduct of Research Course, Dana-Farber Cancer Institute |
| 2012 | "Responsible conduct of research" - Lecture, May 2012, Pediatric Health Services Research Fellowship, Children's Hospital Boston |
| 2012 | "Ethics in medical research" - Lecture, July 2012, Visiting Research Internship Program and Summer Clinical and Translational Research Program, Harvard Catalyst/HMS |
| 2012 | "Informed consent, subject selection and recruitment" - Lecture, September 2012, Scholars in Clinical Science Program, Harvard Catalyst/HMS |
| 2012 | "Ethics and integrity in clinical research" - Lecture, September 2012, Introduction to Clinical Research Course, Children's Hospital Boston |
| 2012 | "Conflict of interest" - Lecture, September 2012, Scholars in Clinical Science Program, Harvard Catalyst/HMS |
| 2012 | "Informed consent to treatment and research" - Lecture, October |

|              | 2012, Ethics Fellowship, Harvard Medical School |
|--------------|--------------------------------------------------|
| 2013         | "Evaluating the Ethics of Clinical & Translational Research" - Lecture, October 2013, Pediatric Translational Research Workshop for Basic Scientists, Children's Hospital of Philadelphia |
| 2013         | "Ethics in Biomedical Research," Guest Lecture, Health Policy and Research Methods I |
| 2013         | Course Director, BIOE701, "Bioethics Proseminar" |
| 2013-Present | BIOE701/702, "Bioethics Proseminar," Course Director and Instructor. Two-semester course for postdoctoral fellows given annually. |
| 2014         | "Evaluating Informed Consent for Clinical Research" - Lecture, EPI690, University of Pennsylvania |
| 2014         | "Mandate or Millstone? The Ethical Challenge of Genomic Incidental Findings," Ellen Hyman-Browne Memorial Lecture, October 2014, Children's Hospital of Philadelphia |
| 2014         | "Evaluating the Ethics of Clinical Research" - How to Be An Academic Radiologist, Department of Radiology, University of Pennsylvania Perelman School of Medicine |
| 2014         | "Ebola virus disease" - GlobalMed, November 2014, University of Pennsylvania |
| 2014         | "Ethics in Biomedical Research" - Guest lecture, Health Services and Policy Research Methods I, December 2014, University of Pennsylvania |
| 2014-2016    | Faculty mentor to Elliott Weiss, MD, Postdoctoral Fellow in Bioethics and Neonatology Fellow |
| 2014-2016    | Faculty mentor to Erin Aakhus, MD, Fellow in Hematology/Oncology |
| 2014         | Capstone project mentor to Divya Yerramilli, MD/MBE student |
| 2014         | "Can we use children in research for the benefit of others?" Bioethics Boot Camp lecture & discussion, Department of Medical Ethics and Health Policy, PSOM |
| 2015         | "Pediatric Ethics" - Lecture, MOD610 Introduction to Medical Ethics, February 2015, University of Pennsylvania |
| 2015         | "History of Research Ethics" and "Pediatric Ethics" - Leader, Small group discussions, MOD610 Introduction to Medical Ethics, February 2015, University of Pennsylvania |
| 2015         | "Ethics in pediatric hematopoietic stem cell transplant," Pediatric HSCT Education Series, Children's Hospital of Philadelphia |
| 2015         | "Involving Children in Decisions about Research"- Pediatric Grand Rounds, Children's Hospital of Philadelphia, April 2015 |
| 2015         | "Ethics in Biomedical Research," Guest lecture, Health Services and Policy Research Methods I |
| 2016         | "Responsibilities of Principal Investigators in Multicenter Clinical Trials," 1.5 hour lecture to Dept Colloquium, History & Sociology of Science |

| | |
|---|---|
| 2016 | Small group facilitator, FR601, "Bioethics and Professionalism" |
| 2016 | "Adaptive clinical trial designs: an ethical perspective," Current Issues Regarding the Use of Adaptive Designs in Clinical Trials conference, Center for Clinical Epidemiology and Biostatistics |
| 2016 | "Can we use children in research for the benefit of others?" Bioethics Boot Camp, Department of Medical Ethics and Health Policy, PSOM |
| 2016 | External Reviewer, proposed Master of Science in Methods in Medical Ethics Degree Program, University of Oxford |
| 2016-2018 | Faculty mentor to Bege Dauda, PhD, Postdoctoral Fellow in Advanced Biomedical Ethics |
| 2016 | "Ethics in Biomedical Research," HPR603 lecture |
| 2016 | BIOE556, "Empirical Approaches to Medical Ethics and Health Policy," Instructor and Course Director |
| 2016-2017 | Faculty mentor to Justin Clapp, PhD, Postdoctoral Fellow, Anesthesia |
| 2016 | BIOE 560, "Pediatric Ethics." Co-instructor and co-course director. |
| 2017 | Ob/Gyn Grand Rounds, "Ethical and Policy Challenges in Research with Biospecimens," Lecturer |
| 2017 | Population Science Seminar, Responsibilities of Principal Investigators in Multicenter Clinical Trials, Abramson Cancer Center.   January 26 |
| 2017 | "Ethics in pediatric hematopoietic stem cell transplantation," lecture, pediatric HSCT program, CHOP |
| 2017 | Bioethics Bootcamp lecture: Can we use children in research for the benefit of others? |
| 2017-Present | Faculty mentor to Kaitlyn Leahey, Student, Master of Science in Medical Ethics |
| 2017 | Faculty mentor to Katherine Saylor, PhD Student, University of North Carolina at Chapel Hill (Visiting student, UPenn, summer 2017) |
| 2017 | Faculty Mentor to Saad Shamshair, MD student, University of Maryland; Visiting student, UPenn, Summer 2017 |
| 2017 | "Ethics in Biomedical Research," HPR603 lecture |
| 2018 | "Attitudes towards return of results among participants in the Jackson and Framingham Heart Studies," Basser Center for BRCA |
| 2018 | "Responsibilities of principal investigators in multicenter clinical trials," Leonard Davis Institute/Division of General Medicine Seminar |
| 2018 | Journal Club, Department of Genetics |
| 2018 | "Ethics in Pediatric Stem Cell Transplantation," lecture in Advances in Cellular Immunotherapy and Stem Cell Transplantation Symposium, Children's Hospital of Philadelphia |
| 2018 | Lecturer, "Ethics in pediatric hematopoietic cell transplantation," pediatric hematopoietic stem cell program, CHOP |
| 2018 | "Ethics In Biomedical Research," lecture, Health Services and |

|  | Policy Methods I |
|---|---|
| 2018 | BIOE 560, "Pediatric Ethics." Co-instructor and co-course director. |
| 2018-2019 | Faculty capstone mentor to Timothy Lucas, MD, Master of Healthcare Innovation student |
| 2019 | BIOE 603, "Clinical Ethics." Course co-instructor and co-director. |
| 2019 | FR601, Bioethics and Professionalism, Small Group Facilitator |
| 2019 | "Ethics and Innovative Trial Design," Lecture, Research Ethics & Policy Series, PSOM |
| 2019 | "Ethics in Medicine," Future Women in Health Club, College of Liberal & Professional Studies, University of Pennsylvania |
| 2019 | Capstone adviser to Master of Bioethics candidate Donna Snyder, MD |
| 2019 | Instructor, HCIN-612, Ethics of Health Care Innovation Research (Online Master of Health Care Innovation Research) |
| 2019 | "Ethics In Biomedical Research," lecture, Health Services and Policy Methods I |

Lectures by Invitation (Last 5 years):

| Jan, 2015 | "Nonfinancial Incentives to Research Participants" - Petrie-Flom Center for Health Law Policy, Biotechnology and Bioethics, Harvard Law School, presented at Brocher Institute, Hermance, Switzerland |
|---|---|
| Feb, 2015 | "Involving Children in Important Medical Decisions" - Pediatric Ethics Grand Rounds, Visiting Scholar, Department of Pediatrics and Center for Bioethics, UNC Chapel Hill School of Medicine |
| Mar, 2015 | "The Patient-Doctor Relationship" - Department of Bioethics, National Institutes of Health Clinical Center |
| May, 2015 | "Empirical Methods in Bioethics Education" - Presidential Commission for the Study of Bioethical Issues, Perelman School of Medicine, University of Pennsylvania |
| May, 2015 | "Enrolling Patients with Cancer in Early-Phase Clinical Trials: The Ethical Perspective" - ASCO Annual Meeting, Chicago, IL |
| Sep, 2015 | "Integrating sequencing into cancer care: perspectives of patients and oncologists" - Individualized Medicine Conference, Mayo Clinic, Rochester, MN |
| Sep, 2015 | "Patient-Centered Research: From Consent to Outcomes," National Human Genome Research Institute, Bethesda, MD |
| Oct, 2015 | "Navigating the Boundary between Research and Care in Translational Genomics," American Society of Bioethics and Humanities Annual Meeting, Houston, TX |
| Oct, 2015 | "Conflicts of Interest," National Institutes of Health Clinical Center, Bethesda, MD |
| Oct, 2015 | "The Patient-Doctor Relationship," Department of Bioethics, National Institutes of Health Clinical Center, Bethesda, MD |
| Nov, 2015 | "Could this happen to you? Lessons learned from the University of Minnesota." Closing General Session, Public Responsibility in |

|          |                                                                                                                                                           |
|----------|-----------------------------------------------------------------------------------------------------------------------------------------------------------|
|          | Medicine & Research Annual Meeting, Boston, MA                                                                                                             |
| Dec, 2015 | "Returning Diagnostic, Uncertain and Incidental Genomic Results: Bioethical Considerations," Scientific Spotlight, American Society of Hematology Annual Meeting, Orlando, FL |
| Dec, 2015 | "Research with Vulnerable Populations: The Dilemma of Risk," University of Minnesota, Minneapolis, MN                                                      |
| Feb, 2016 | "Integrating sequencing into cancer care: perspectives of patients and oncologists," David Barap Brin Memorial Lecture, Johns Hopkins University School of Medicine, Baltimore, MD |
| Feb, 2016 | "Navigating incapacity when caring for patients with cancer," Oncology Grand Rounds, Johns Hopkins University School of Medicine, Baltimore, MD             |
| Apr, 2016 | "Ethical challenges of monitoring clinical trials," Faculty of Health Sciences, University of the Witwatersrand, Johannesburg, South Africa.               |
| Apr, 2016 | "Experimenting in extremis:   research ethics during the Ebola epidemic" - Bioethics Grand Rounds, Cleveland Clinic, Cleveland, OH                          |
| Jun, 2016 | "Ethical challenges in precision pediatric oncology," Coalition Against Childhood Cancer Annual Meeting, Philadelphia, PA                                   |
| Jul, 2016 | "A Learning Healthcare System for Precision Cancer Medicine," American Association for Cancer Research Think Tank on Genomics in Clinical Medicine, Washington, DC |
| Sep, 2016 | "Involving Children in _Decisions about Research," Behavioral Science Committee, Children's Oncology Group, Atlanta, GA                                     |
| Oct, 2016 | "Quality, Evaluation, and Research: Balancing Human Protection and Knowledge Generation," Advisory Panel on Research, Association of American Medical Colleges, Washington, DC |
| Oct, 2016 | "Opportunities and Challenges in Precision Pediatric Oncology", Cynthia Jean Stolman Memorial Lecture in Medical Ethics, Rutgers New Jersey Medical School  |
| Nov, 2016 | "Conflicts of Interest"- Ethical and Regulatory Aspects of Clinical Research, National Institutes of Health Clinical Center                                 |
| Nov, 2016 | "The Patient-Doctor Relationship" - Department of Bioethics, National Institutes of Health                                                                 |
| Nov, 2016 | "Is it time for Belmont 2.0?," PRIM&R Advancing Ethical Research Conference, Anaheim,CA                                                                     |
| Nov, 2016 | "Patients' and Physicians' Willingness to Participate in Pragmatic Clinical Trials," PRIM&R Advancing Ethical Research Conference, Anaheim, CA              |
| Dec, 2016 | "Seamless Cancer Drug Development: Patient Protections & Ethical Considerations," The Drug Development Paradigm in Oncology, National Cancer Policy Forum, Washington, DC |
| Feb, 2017 | "Children's Capacity to_Make Research Decisions," Institutional Review Board Retreat, UNC-Chapel Hill,                                                      |

| | |
|---|---|
| | Chapel Hill, NC |
| Apr, 2017 | "Responsibilities of Principal Investigators in Multicenter Clinical Trials," Ruth C. Brufsky Memorial Lecture in Medical Ethics, Dana-Farber Cancer Institute, Boston, MA |
| May, 2017 | "Access vs. Evaluation: An Enduring Dilemma in Therapeutic Development," Keynote Speaker, Center for Clinical and Translational Research Science Day, Seattle Children's Hospital, Seattle, WA |
| Jun, 2017 | "Attitudes towards return of results among participants in the Jackson and Framingham Heart Studies," 4th ELSI World Congress, Farmington, CT |
| Jun, 2017 | "Building a Learning Health Care Culture: Lessons from Pediatric Oncology", Department of Pediatrics & Communicable Diseases, University of Michigan School of Medicine |
| Jul, 2017 | "Financial Barriers to Trial Participation: Ethical Considerations," American Society of Clinical Oncology, Alexandria, VA |
| Oct, 2017 | "Conflicts of Interest" Ethical and Regulatory Aspects of Clinical Research, National Institutes of Health Clinical Center, Bethesda, MD |
| Nov, 2017 | "Justification, Authority, and Accountability in IRB-Investigator Correspondence," Public Responsibility in Medicine & Research (PRIM&R) annual meeting, San Antonio, TX |
| Nov, 2017 | "The Role of Research Ethics Consultations in IRB-reviewed Research: Opportunities and Challenges" (plenary panel moderator), Public Responsibility in Medicine & Research (PRIM&R) annual meeting, San Antonio, TX |
| Mar, 2018 | "Navigating Difficult Decisions in Pediatric Oncology," Pediatric Grand Rounds, Memorial Sloan-Kettering Cancer Center, New York, NY |
| Mar, 2018 | "The Patient-Doctor Relationship," Department of Bioethics, National Institutes of Health Clinical Center |
| Apr, 2018 | "Ethical issues surrounding cancer treatment," National Breast Cancer Coalition Annual Meeting, Arlington, VA |
| May, 2018 | "Achieving the multiple aims of informed consent to research," Harvard Medical School Catalyst Research Community Forum, Keynote Address, Boston, MA |
| Sep, 2018 | "Bedside to Bench or Bench to Bedside:   The Ethics of the Investigator-Participant Relationship," National Institutes of Health, Bethesda, MD |
| Nov, 2018 | "Ethics and Consent in the Age of Precision Medicine - Forging a Path Forward," Pediatric Oncology Group of Ontario, Toronto, Ontario, Canada |
| Nov, 2018 | "Ethical Challenges of Cancer Predisposition Testing in Pediatrics," International Society of Paediatric Oncology (SIOP) Annual Meeting, Kyoto, Japan |
| Nov, 2018 | "The Right to Try: The Ethics of Experimental Drugs," Temple Beth |

|           | Sholom, Cherry Hill, NJ |
|-----------|-------------------------|
| Feb, 2019 | "Precision Pediatric Oncology: an Ethical Perspective," Center for Research on Ethical/Legal/Social Implications of Psychiatric, Neurologic & Behavioral Genetics, Columbia University School of Physicians and Surgeons, New York, NY |
| Feb, 2019 | "Building a Learning Health Care Culture: Lessons from Pediatric Oncology," Center for Medical Ethics & Health Policy, Baylor College of Medicine, Houston, TX |
| Apr, 2019 | "Prospect of Direct Benefit and Challenges Incorporating the Concept into Clinical Trials," Duke Margolis Center/US Food & Drug Administration joint workshop on Prospect of Direct Benefit in Pediatric Clinical Trials, Washington, DC |
| Apr, 2019 | "Building a Learning Health Care Culture: Lessons from Pediatric Oncology," Chidren's Research Institute, University of North Carolina Chapel Hill School of Medicine, Chapel Hill, NC |
| Apr, 2019 | "Ethical Obligations Towards Research Subjects: Bedside to Bench or Bench to Bedside," Inaugural Parr Center for Ethics/Center for Bioethics Joint Lecture, University of North Carolina Chapel Hill, Chapel Hill, NC |
| Sep, 2019 | "Ethical Aspects of Germline Reporting in Pediatric Trials," American Society of Pediatric Hematology and Oncology/Children's Oncology Group Joint Symposium, Atlanta, GA |
| Sep, 2019 | "Bedside to Bench or Bench to Bedside:    The Ethics of the Investigator-Participant Relationship," National Institute of Health Clinical Center, Bethesda, MD |
| Oct, 2019 | "Navigating between FDA's expanded access programs & the federal Right-to-Try Act:    a clinician's view," American Society of Bioethics & Humanities Annual Meeting, Pittsburgh, PA |
| Nov, 2019 | "Building a learning health care culture: lessons from pediatric oncology," Christine Harrison Pediatric Grand Rounds, Hospital for Sick Children, Toronto, Ontario, Canada |
| Nov, 2019 | "Navigating the research/quality improvement divide: a qualitative study   of learning healthcare systems," Public Responsibility in Medicine & Research Annual Meeting, Boston, MA |
| Nov, 2019 | "Bioethics Turns 50-Reflections from The Hastings Center," Plenary Panel Presentation, Public Responsibility in Medicine & Research Annual Meeting, Boston, MA |
| Nov, 2019 | "Ethics of Gene Editing for Sickle Cell Disease," Keynote Lecture, NHGRI Cure Sickle Cell Now Annual Forum, Bethesda, MD |
| Dec, 2019 | "Ethics, genomics, and precision medicine," Institute for Global Public Policy, Fudan University, Shanghai, China |
| Dec, 2019 | "Ethics of biomedical innovation and research," Peking Union Medical College, Beijing, China |
| Mar, 2020 | "Emerging Therapies in a New Era of Care," Franklin Insitute Public Lectures Series, Philadelphia, PA |

Organizing Roles in Scientific Meetings:

| | | |
|---|---|---|
| Nov, 2008 | Plenary Panel Moderator, "What is Exploitation in Research?", Public Responsibility in Medicine and Research (PRIM&R) Annual Meeting Orlando, Florida |
| Nov, 2009 | Plenary Panel Moderator, "Ethics in Research: Who's minding the store?", Public Responsibility in Medicine and Research (PRIM&R) Annual Meeting Nashville, Tennessee |
| Oct, 2014 | Moderator, "Compensation for Research Related Injuries: Interdisciplinary Perspectives", American Society of Bioethics & Humanities San Diego, CA |
| Nov, 2014 | Organizer, "Write Winning Grant Proposals," Perelman School of Medicine at the University of Pennsylvania and Grant Writers' Seminars and Workshops University of Pennsylvania, Philadelphia PA |
| Dec, 2014 | Session moderator/organizer, "Inside the Black Box: Empirical Research on IRBs," Public Responsibility in Medicine & Research (PRIM&R) Annual Meeting Baltimore, MD |
| Mar, 2015 | Workshop Leader, "Children as Stem Cell Donors in Research" National Institutes of Health |
| Nov, 2015 | Moderator, "Innovations in Subject Perspectives: Risks, Benefits, and Incidental Findings" Scientific Session, Public Responsibility in Medicine & Research Annual Meeting Boston, MA |
| Apr, 2019 | Member, Organizing Committee, Duke Margolis Center/US Food & Drug Administration joint workshop, "Prospect of Direct Benefit in Pediatric Clinical Trials" Washington, DC |
| Jun, 2020 | Member, Organizing Committee, World Congress of Bioethics Philadelphia, PA |
| Jun, 2020 | Member, Organizing Committee, National Human Genome Research Institute ELSI Congress New York, NY |

Bibliography:

Research Publications, peer reviewed (print or other media):

1. Escobar GJ, Joffe S, Gardner MN, Armstrong MA, Folck BF, Carpenter DM: Rehospitalization in the First Two Weeks After Discharge from the Neonatal Intensive Care Unit. Pediatrics 104(1): e2, 1999.

2. Joffe S, Escobar GJ, Black SB, Armstrong MA, Lieu TA: Rehospitalization for Respiratory Syncytial Virus Among Premature Infants. Pediatrics 104(4 Pt 1): 894-9, 1999.

3. Joffe S, Ray GT, Escobar GJ, Black SB, Lieu TA: Cost-Effectiveness of Respiratory
   Syncytial Virus Prophylaxis Among Preterm Infants. Pediatrics 104(3 Pt 1): 419-
   27, 1999.

4. Higuchi LM, Joffe S, Neufeld EJ, Weisdorf S, Rosh J, Murch S, Devenyi A,
   Thompson JF, Lewis JD, Bousvaros A.: Inflammatory Bowel Disease Associated
   with Immune Thrombocytopenic Purpura in Children.    J Pediatr Gastroenterol
   Nutr 33(5): 582-7, 2001.

5. Joffe S, Cook EF, Cleary PD, Clark JW, Weeks JC: Quality of Informed Consent: A
   New Measure of Understanding Among Research Subjects.       J Natl Cancer
   Inst 93(2): 139-47, 2001.

6. Joffe S, Cook EF, Cleary PD, Clark JW, Weeks JC.: Quality of Informed Consent in
   Cancer Clinical Trials: A Cross-Sectional Survey.     Lancet 358(9295): 1772-7,
   2001.

7. Joffe S, Weeks JC: Views of American Oncologists About the Purposes of Clinical
   Trials.    J Natl Cancer Inst 94(24): 1847-53, 2002.

8. Joffe S, Manocchia M, Weeks JC, Cleary PD.: What Do Patients Value in Their
   Hospital Care? An Empirical Perspective on Autonomy Centered Bioethics.       J
   Med Ethics 29(2): 103-8, 2003.

9. Joffe S. : Public Dialogue and the Boundaries of Moral Community.    J Clin Ethics
   14(1-2): 101-8, 2003.

10. Joffe S, Harrington DP, George SL, Emanuel EJ, Budzinski LA, Weeks JC.:
    Satisfaction of the uncertainty principle in cancer clinical trials: retrospective
    cohort analysis.    BMJ 328(7454): 1463, 2004.

11. Lee SJ, Joffe S, Kim HT, Socie G, Gilman AL, Wingard JR, Horowitz MM, Cella D,
    Syrjala KL: Physicians' Attitudes About Quality-of-Life Issues in Hematopoietic
    Stem Cell Transplantation. Blood 104(7): 2194-200, 2004.

12. Partridge AH, Hackett N, Blood E, Gelman R, Joffe S, Bauer-Wu S, Knudsen K,
    Emmons K, Collyar D, Schilsky RL, Winer EP. : Oncology Physician and Nurse
    Practices and Attitudes Regarding Offering Clinical Trial Results to Study
    Participants.     J Natl Cancer Inst 96(8): 629-32, 2004.

13. Peppercorn JM, Weeks JC, Cook EF, Joffe S.: Comparison of Outcomes in Cancer
    Patients Treated Within and Outside Clinical Trials: Conceptual Framework and
    Structured Review.     Lancet 363(9405): 263-70, 2004.

14. Little MO, Moczynski WV, Richardson PG, Joffe S.: Dana-Farber Cancer Institute

Ethics Rounds: Life-Threatening Illness and the Desire to Adopt.    Kennedy Inst Ethics J 15(4): 385-93, 2005.

15. Hampson LA, Agrawal M, Joffe S, Gross CP, Verter J, Emanuel EJ: Patients' Views on Financial Conflicts of Interest in Cancer Research Trials.    N Engl J Med 355(22): 2330-7, 2006.

16. Joffe S, Fernandez CV, Pentz RD, Ungar DR, Mathew NA, Turner CW, Alessandri AJ, Woodman CL, Singer DA, Kodish E: Involving Children in Decision-Making About Research Participation. J Pediatr 149(6): 862-8, 2006.

17. Joffe S, Miller FG. : Rethinking Risk-Benefit Assessment for Phase I Cancer Trials. J Clin Oncol 24(19): 2987-90, 2006.

18. Miller FG, Joffe S: Evaluating the therapeutic misconception. Kennedy Inst Ethics J 16(4): 353-66, December 2006 Notes: Reprinted in Miller FG. The ethical challenges of human research: selected essays. Oxford: Oxford University Press, 2012.

19. Hampson LA, Joffe S, Fowler R, Verter J, and Emanuel EJ. : The Frequency, Type, and Monetary Value of Financial Conflicts of Interest in Cancer Clinical Research.    J Clin Oncol 25(24): 3609-14, 2007.

20. Henderson G, Churchill L, Davis A, Easter M, Grady C, Joffe S, Kass N, King NM, Lidz C, Miller FG, Nelson D, Peppercorn J, Rothschild B, Sankar P, Wilfond B, Zimmer C: Clinical Trials and Medical Care: Defining the Therapeutic Misconception.    PLoS Med 4(11): 1735-8, 2007.

21. Joffe S, Mello MM, Cook EF, Lee SJ. : Advance Care Planning in Patients Undergoing Hematopoietic Cell Transplantation.    Biol Blood Marrow Transplant. 13(1): 65-73, 2007.

22. Mello MM, Joffe S: Compact Versus Contract: An Ethical and Legal Analysis of Industry Sponsors' Obligations to Research Subjects. N Engl J Med 356(26): 2737-43, 2007.

23. Joffe S, Miller FG. : Bench to Bedside: Mapping the Moral Terrain of Clinical Research.    Hastings Cent Rep 32(2): 30-42, 2008.

24. Kesselheim JC, Johnson J, Joffe S. : Pediatricians' Reports of Their Education in Ethics.    Arch Pediatr Adol Med 162(4): 368-73, 2008.

25. Lee SJ, Astigarraga CC, Eapen M, Artz AS, Davies SM, Champlin R, Jagasia M, Kernan NA, Loberiza FR, Bevans M, Soiffer RJ, Joffe S. : Variation in Supportive Care Practices in Hematopoietic Cell Transplantation.    Biol Blood Marrow Transplant 14(11): 1231-8, 2008.

26. Lee SJ, Joffe S, Artz AS, Champlin RE, Davies SM, Jagasia M, Kernan NA, Loberiza FR, Soiffer RJ, Eapen M. : Individual Physician Practice Variation in Hematopoietic Cell Transplantation.     J Clin Oncol 26(13): 2162-70, 2008.

27. Mack JW, Joffe S, Hilden JM, Watterson J, Moore C, Weeks JC, Wolfe J. : Parents' Views of Cancer-Directed Therapy for Children with No Realistic Chance for Cure.    J Clin Oncol   26(29): 4759-64, 2008.

28. Miller FG, Joffe S. : Benefit in Phase 1 Oncology Trials: Therapeutic Misconception or Reasonable Treatment Option?    Clin Trials 5(6): 617-23, 2008 Notes: Reprinted in Miller FG. The ethical challenges of human research: selected essays. Oxford: Oxford University Press, 2012.

29. Miller FG, Mello MM, Joffe S. : Incidental Findings in Human Subjects Research: What Do Investigators Owe Research Participants?     J Law Med Ethics 36(2): 271-9, 2008.

30. Peppercorn JM, Burstein H, Miller FG, Winer E, Joffe S. : Self-Reported Practices and Attitudes of U.S. Oncologists Regarding Off-Protocol Therapy.     J Clin Oncol 26(36): 5994-6000, 2008.

31. Stroustrup Smith A, Kornetsky S, Joffe S. : Knowledge of Regulations Governing Pediatric Research Among Members of Institutional Review Boards that Evaluate Pediatric Protocols: A Pilot Study.    IRB   30(5): 1-7, 2008.

32. Kesselheim JC, Lehmann LE, Frumer Styron N, Joffe S. : Is Blood Thicker Than Water? The Ethics of Hematopoietic Stem Cell Donation by Biological Siblings of Adopted Children.    Arch Pediatr Adol Med   163(5): 413-6, 2009.

33. Lidz CW, Appelbaum PS, Joffe S, Albert K, Rosenbaum J, Simon L. : Competing Commitments in Clinical Trials.    IRB   31: 1-6, 2009.

34. Miller FG, Joffe S. : Limits to Research Risks. J Med Ethics   35(7): 445-9, 2009 Notes: Reprinted in Miller FG. The ethical challenges of human research: selected essays. Oxford: Oxford University Press, 2012.

35. Thornley I, Eapen M, Sung L, Lee SJ, Davies SM, Joffe S. : Private Cord Blood banking: Experiences and Views of Pediatric Hematopoietic Cell Transplantation Physicians.     Pediatrics 123(3): 1011-7, 2009.

36. Dussel V, Joffe S, Hilden JM, Watterson-Schaeffer J, Weeks JC, Wolfe J.: Considerations About Hastening Death Among Parents of Children Who Die of Cancer.    Arch Pediatr Adolesc Med   164: 231-7, 2010.

37. Kesselheim JC, Johnson J, Joffe S. : Ethics Consultation in Children's Hospitals:

Results from a Survey of Pediatric Clinical Ethicists.   Pediatrics   125: 742-746, 2010.

38. Licurse A, Barber E, Joffe S, Gross C. : The Impact of Disclosing Financial Ties in Research and Clinical Care: A Systematic Review.   Arch Intern Med   170: 675-682, 2010.

39. Rose SL, Krzyzanowska MK, Joffe S. : Relationships Between Authorship Contributions and Authors' Industry Financial Ties Among Oncology Clinical Trials.   J Clin Oncol   28: 1316-21, 2010.

40. Blake V, Joffe S, Kodish E: Harmonization of Ethics Policies in Pediatric Research. J Law Med Ethics 39(1): 70-8, Mar 2011.

41. Carpenter D, Kesselheim AS, Joffe S.   : Reputation and Precedent in the Bevacizumab Decision.   New Engl J Med   365(2): e3, 2011.

42. Carpenter DP, Joffe S. : A Unique Researcher Identifier for the Benefits of the Physician Payments Sunshine Act.   JAMA   305: 2007-8, 2011.

43. Kesselheim JC, Norden AD, Wen PY, Joffe S: Discontinuing Bevacizumab in Patients with Glioblastoma: An Ethical Analysis. The Oncologist 16: 1435-9, 2011.

44. Largent EA, Joffe S, Miller FG.   : Can Research and Care be Ethically Integrated? Hastings Cent Rep   41(4): 37-46, 2011 Notes: Reprinted in Asian Bioethics Review 3(2):100, 2011.

45. Miller FG, Joffe S. : Balancing Access and Evaluation in the Approval of New Cancer Drugs.   JAMA   305(22): 2345-6, 2011.

46. Miller FG, Joffe S.   : Equipoise and the Dilemma of Randomized Clinical Trials. New Engl J Med   364: 476-80, 2011 Notes: Reprinted in Miller FG. The ethical challenges of human research: selected essays. Oxford: Oxford University Press, 2012.

47. Truong TH, Weeks JC, Cook EF, Joffe S: Altruism Among Participants in Cancer Clinical Trials. Clin Trials 8(5): 616-23, 2011.

48. Truong TH, Weeks JC, Cook EF, Joffe S. : Outcomes of Informed Consent Among Parents of Children in Cancer Clinical Trials. Pediatr Blood Cancer   57(6): 998-1004, 2011.

49. Joffe S, Miller FG.   : Equipoise: Asking the Right Questions for Clinical Trial Design.   Nature Reviews Clin Oncol   9(4): 230-5, January 2012.

50. Kesselheim JC, Sectish T, Joffe S: Education in Professionalism: Results from a Survey of Pediatric Residency Program Directors. J Grad Med Educ 4(1): 101-105, March 2012.

51. Martins Y, Lederman R, Lowenstein C, Joffe S, Neville B., Hastings BT, and Abel G: Increasing Response Rates from Physicians in Oncology Research: A Structured Literature Review and Data from a Recent Physician Survey. Br J Cancer 106(6): 1021-6, March 2012.

52. Denburg AE, Joffe S, Gupta S, Howard SC, Ribeiro RC, Antillon FA, Vasquez R, Sung L. : Pediatric Oncology Research in Low Income Countries: Ethical Concepts and Challenges. Pediatr Blood Cancer 58(4): 492-7, April 2012.

53. Hoffner B, Bauer-Wu S, Hitchcock-Bryan S, Powell M, Wolanski A, Joffe S. : Entering a Clinical Trial: Is it Right For You?-- A randomized study of the clinical trials video and its impact on the informed consent process. Cancer 118(7): 1877-1883, April 2012.

54. Ballen KK, Klein JP, Pedersen TL, Bhatla D, Duerst R, Kurtzberg J, Lazarus HM, LeMaistre CF, McCarthy P, Mehta P, Palmer J, Setterholm M, Wingard JR, Joffe S, Parsons SK, Switzer GE, Lee SJ, Rizzo JD, Majhail NS. : Relationship of Race/Ethnicity and Survival After Single Umbilical Cord Blood Transplantation for Adults and Children with Leukemia and Myelodysplastic Syndromes. Biol Blood Marrow Transplant 18(6): 903-12, June 2012.

55. Kesselheim JC, McMahon GT, Joffe S. : Development of a Test of Residents' Ethics Knowledge for Pediatrics (TREK-P). J Grad Med Educ 4(2): 242-245, June 2012.

56. Majhail NS, Brazauskas R, Bredeson CN, Hahn T, Hale GA, Horowitz MM, Lazarus HM, Maziarz RT, Wood WA, Parsons SK, Joffe S, Rizzo JD, Lee SJ, Hayes-Lattin BM.: Outcomes of Allogeneic Hematopoietic Cell Transplantation for Adolescent and Young Adults Compared to Children and Older Adults with Acute Myeloid Leukemia. Biol Blood Marrow Transplant 18(6): 861-73, June 2012.

57. Truog RD, Kesselheim AS, Joffe S. : Research ethics. Paying patients for their tissue: the legacy of Henrietta Lacks. Science 337(6090): 37-8, July 2012.

58. Kesselheim AS, Robertson CT, Myers JA, Rose SL, Gillet V, Ross KM, Glynn RJ, Joffe S, Avorn J. : A Randomized Study of How Physicians Interpret Research Funding Disclosures. N Engl J Med 367(12): 1119-27, September 2012.

59. Rathi V, Dzara K, Gross CP, Hrynaszkiewicz I, Joffe S, Krumholz HM, Strait KM, Ross JS. : Sharing of clinical trial data among trialists: a cross sectional survey. BMJ 345: e7570, November 2012.

60. Fernandez CV, Ruccione K, Wells RJ, Long JB, Pelletier W, Hooke MC, Pentz RD, Baker J, O'Leary M, Reaman G, Adamson PC, Joffe S.   : Recommendations for the Return of Research Results to Study Participants and Guardians: A Report from the Children's Oncology Group.     J Clin Oncol 30(36): 4573-4579, December 2012.

61. Joffe S.    : Revolution or Reform in Human Subjects Research Oversight.     J Law Med Ethics 40(4): 922-929, Winter 2012.

62. McGuire AL, Robinson JO, Ramoni RB, Morley DS, Joffe S, Plon SE. : Returning genetic research results: study type matters. Per Med 10(1): 27-34, Jan 2013.

63. Unguru Y, Joffe S, Fernandez CV, Yu AL.: Ethical issues for control-arm patients after revelation of benefits of experimental therapy: a framework modeled in neuroblastoma. J Clin Oncol 31(5): 641-646, February 2013.

64. Jimenez R, Zhang B, Joffe S, Nilsson M, Rivera L, Mutchler J, Lathan C, Paulk ME, Prigerson HG. : Clinical trial participation among ethnic/racial minority and majority patients with advanced cancer: what factors most influence enrollment? J Palliative Med 16(3): 256-62, March 2013.

65. McGuire AL, Joffe S, Koenig BA, Biesecker BB, McCullough LB, Blumenthal-Barby JS, Caulfield T, Terry SF, Green RC.: Ethics and genomic incidental findings. Science 340(6136): 1047-1048, May 2013.

66. Doody R, Raman R, Siemers E, Sethuraman G, Mohs R, Farlow M, Iwatsubo T, Vellas B, Joffe S, Kieburtz K, He F, Sun X, Thomas R, Aisen P.: A Phase Three Trial of Semagacestat for Treatment of Alzheimer's Disease.     New Engl J Med 369(4): 341-50, July 2013.

67. Hahn T, McCarthy PL Jr, Hassebroek A, Bredeson C, Gajewski JL, Hale GA, Isola LM, Lazarus HM, Lee SJ, Lemaistre CF, Loberiza F, Maziarz RT, Rizzo JD, Joffe S, Parsons S, Majhail NS.: Significant improvement in survival after allogeneic hematopoietic cell transplantation during a period of significantly increased use, older recipient age, and use of unrelated donors. J Clin Oncol 31(19): 2437-2449, July 2013.

68. McCarthy PL Jr, Hahn T, Hassebroek A, Bredeson C, Gajewski J, Hale G, Isola L, Lazarus HM, Lee SJ, Lemaistre CF, Loberiza F, Maziarz RT, Rizzo JD, Joffe S, Parsons S, Majhail NS: Trends in use of and survival after autologous hematopoietic cell transplantation in North America, 1995-2005: significant improvement in survival for lymphoma and myeloma during a period of increasing recipient age. Biol Blood Marrow Transplant 19(7): 1116-1123, July 2013.

69. Reeve BB, Withycombe JS, Baker JN, Hooke MC, Lyons JC, Mowbray C, Wang J, Freyer DR, Joffe S, Sung L, Tomlinson D, Gold SH, Hinds PS: The first step to integrating the child's voice in adverse event reporting in oncology trials: a content validation study among pediatric oncology clinicians. Pediatr Blood Cancer 60(7): 1231-1236, July 2013.

70. Majhail NS, Tao L, Bredeson C, Davies S, Dehn J, Gajewski JL, Hahn T, Jakubowski A, Joffe S, Lazarus HM, Parsons SK, Robien K, Lee SJ, Kuntz KM.: Prevalence of hematopoietic cell transplant survivors in the United States. Biol Blood Marrow Transplant 19(10): 1498-1501, October 2013.

71. Denicoff AM, McCaskill-Stevens W, Grubbs SS, Bruinooge SS, Comis RL, Devine P, Dilts DM, Duff ME, Ford JG, Joffe S, Schapira L, Weinfurt KP, Michaels M, Raghavan D, Richmond ES, Zon R, Albrecht TL, Bookman MA, Dowlati A, Enos RA, Fouad MN, Good M, Hicks WJ, Loehrer PJ Sr, Lyss AP, Wolff SN, Wujcik DM, Meropol NJ.: The National Cancer Institute-American Society of Clinical Oncology Cancer Trial Accrual Symposium: Summary and Recommendations. J Oncol Pract 9(6): 267-276, November 2013 Notes: Epub 2013 Oct 15.

72. Ramoni RB, McGuire AL, Robinson JO, Morley DS, Plon SE, Joffe S.: Experiences and attitudes of genome investigators regarding return of individual genetic test results. Genet Med 15(11): 882-887, November 2013.

73. Miller FG, Joffe S.: Phase 1 Oncology Trials and Informed Consent. J Med Ethics 39(12): 761-764, December 2013.

74. Doody RS, Thomas RG, Farlow M, Iwatsubo T, Vellas B, Joffe S, Kieburtz K, Raman R, Sun X, Aisen PS, Siemers E, Liu-Seifert H, Mohs R, Alzheimer's Disease Cooperative Study Steering Committee, Solanezumab Study Group: Phase 3 trials of solanezumab for mild-to-moderate Alzheimer's disease. New Engl J Med 370(4): 311-21, January 2014.

75. Clayton EW, McCullough LB, Biesecker LG, Joffe S, Ross LF, Wolf SM: Addressing the ethical challenges in genetic testing and sequencing of children. Am J Bioeth 14(3): 3-9, March 2014.

76. DeCamp M, Joffe S, Fernandez CV, Faden RR, Unguru Y, Working Group on Chemotherapy Drug Shortages in Pediatric Oncology: Chemotherapy drug shortages in pediatric oncology: a consensus statement. Pediatrics 133(3): e716-724, March 2014 Notes: Epub 2014 Feb 2.

77. Joffe S, Wertheimer A.: Determining minimal risk for comparative effectiveness research. IRB 36(3): 16-18, May-June 2014.

78. Van Allen EM, Wagle N, Stojanov P, Perrin DL, Cibulskis K, Marlow S, Jane-Valbuena J, Friedrich DC, Kryukov G, Carter SL, McKenna A, Sivachenko A,

Rosenberg M, Kiezun A, Voet D, Lawrence M, Lichtenstein LT, Gentry JG, Huang FW, Fostel J, Farlow D, Barbie D, Gandhi L, Lander ES, Gray SW, Joffe S, Janne P, Garber J, MacConaill L, Lindeman N, Rollins B, Kantoff P, Fisher SA, Gabriel S, Getz G, Garraway LA: Whole-exome sequencing and clinical interpretation of formalin-fixed, paraffin-embedded tumor samples to guide precision cancer medicine. Nat Med 20(6): 682-688, June 2014 Notes: Epub 2014 May 18.

79. Wood WA, Lee SJ, Brazauskas R, Wang Z, Aljurf MD, Ballen KK, Buchbinder DK, Dehn J, Freytes CO, Lazarus HM, LeMaistre CF, Mehta P, Szwajcer D, Joffe S, Majhail NS: Survival improvements in adolescents and young adults following myeloablative allogeneic transplantation for acute lymphoblastic leukemia. Biol Blood Marrow Transplant 20(6): 829-836, June 2014 Notes: Epub 2014 Mar 7.

80. Holm IA, Savage SK, Green RC, Juengst E, McGuire A, Kornetsky S, Brewster SJ, Joffe S, Taylor P: Guidelines for return of research results from pediatric genomic studies: deliberations of the Boston Children's Hospital Gene Partnership Informed Cohort Oversight Board. Genet Med 16(7): 547-52, July 2014 Notes: Epub 2014 Jan 9.

81. Gray SW, Martins Y, Feuerman L, Bernhardt BA, Biesecker BB, Christensen KD, Joffe S, Rini C, Veenstra D, McGuire AL: Social and behavioral research in genomic sequencing: Approaches from the Clinical Sequencing Exploratory Research Consortium Outcomes and Measures Working Group. Genet Med 16(10): 727-35, October 2014 Notes: Epub 2014 Mar 13.

82. Rathi VK, Strait KM, Gross CP, Hrynaszkiewicz I, Joffe S, Krumholz HM,Dzara K, Ross JS: Predictors of clinical trial data sharing: an exploratory analysis of a cross-sectional survey. Trials 15(2): 384, October 2014.

83. Ballen KK, Joffe S, Brazauskas R, Wang Z, Aljurf MD, Akpek G, Dandoy C, Frangoul HA, Freytes CO, Khera N, Lazarus HM, LeMaistre CF, Mehta P, Parsons SK, Szwajcer D, Ustun C, Wood WA, Majhail NS: Hospital length of stay in the first 100 days after allogeneic hematopoietic cell transplantation for acute leukemia in remission: Comparison among alternative graft sources. Biol Blood Marrow Transplant 20(11): 1819-27, November 2014.

84. Wang B, Joffe S, Kesselheim AS: Chemotherapy parity laws: a remedy for high drug costs? JAMA Intern Med 174(11): 1721-2, November 2014.

85. Henderson GE, Wolf SM, Kuczynski KJ, Joffe S, Sharp RR, Parsons DW, Knoppers BM, Yu JH, Appelbaum PS: The challenge of informed consent and return of results in translational genomics: empirical analysis and recommendations. J Law Med Ethics 42(3): 344-355, Fall 2014.

86. Hwong AR, Qaragholi N, Carpenter D, Joffe S, Campbell EG, Lehmann LS: A

systematic review of state and manufacturer physician payment disclosure websites: Implications for implementation of the Sunshine Act. J Law Med Ethics 42(2): 208-219, Summer 2014.

87. Lamont EB, Schilsky RL, He Y, Muss H, Cohen HJ, Hurria A, Meilleur A, Kindler HL, Venook A, Lilenbaum R, Niell H, Goldberg RM, Joffe S, Alliance for Clinical Trials in Oncology: Generalizability of trial results to elderly medicare patients with advanced solid tumors (alliance 70802). J Natl Cancer Inst 107(1): 336, January 2015.

88. Amendola LM, Dorschner MO, Robertson PD, Salama JS, Hart R, Shirts BH, Murray ML, Tokita MJ, Gallego CJ, Kim DS, Bennett JT, Crosslin DR, Ranchalis J, Jones KL, Rosenthal EA, Jarvik ER, Itsara A, Turner EH, Herman DS, Schleit J, Burt A, Jamal SM, Abrudan JL, Johnson AD, Conlin LK, Dulik MC, Santani A, Metterville DR, Kelly M, Foreman AK, Lee K, Taylor KD, Guo X, Crooks K, Kiedrowski LA, Raffel LJ, Gordon O, Machini K, Desnick RJ, Biesecker LG, Lubitz SA, Mulchandani S, Cooper GM, Joffe S, Richards CS, Yang Y, Rotter JI, Rich SS, O'Donnell CJ, Berg JS, Spinner NB, Evans JP, Fullerton SM, Leppig KA, Bennett RL, Bird T, Sybert VP, Grady WM, Tabor HK, Kim JH, Bamshad MJ, Wilfond B, Motulsky AG, Scott CR, Pritchard CC, Walsh TD, Burke W, Raskind WH, Byers P, Hisama FM, Rehm H, Nickerson DA, Jarvik GP: Actionable exomic incidental findings in 6503 participants: challenges of variant classification. Genome Res 25(3): 305-315, March 2015.

89. Guilcher GM, Fernandez CV, Joffe S: Are hybrid umbilical cord blood banks really the best of both worlds? J Med Ethics 41(3): 272-275, March 2015 Notes: Epub 2014 May 13.

90. Cho MK, Magnus D, Constantine M, Lee SS, Kelley M, Alessi S, Korngiebel D, James C, Kuwana E, Gallagher TH, Diekema D, Capron AM, Joffe S, Wilfond BS: Attitudes toward risk and informed consent for research on medical practices: A cross-sectional survey. Ann Intern Med 162(10): 690-696, May 2015.

91. Goldenberg AJ, Maschke KJ, Joffe S, Botkin JR, Rothwell E, Murray TH, Anderson R, Deming N, Rosenthal BF, Rivera SM: IRB practices and policies regarding the secondary research use of biospecimens. BMC Medical Ethics 16(32), May 2015 Notes: Online only pub, no pagination.

92. Emanuel EJ, Joffe S, Grady C, Wendler D, Persad G: Clinical research: Should patients pay to play? Sci Transl Med 7(298): 298ps16, July 2015.

93. Majhail NS, Mau LW, Chitphakdithai P, Payton T, Eckrich M, Joffe S, Lee SJ, LeMaistre CF, LeRademacher J, Loberiza F, Logan B, Parsons SK, Repaczki-Jones R, Robinett P, Rizzo JD, Murphy E, Denzen EM: National survey of hematopoietic cell transplant center personnel, infrastructure and models of care delivery. Biol Blood Marrow Transplant 21(7): 1308-1314, July 2015.

94. Kelley M, James C, Alessi Kraft S, Korngiebel D, Wijangco I, Rosenthal E, Joffe S, Cho MK, Wilfond B, Lee SS: Patient perspectives on the learning health system: the importance of trust and shared decision making. Am J Bioeth 15(9): 4-17, September 2015.

95. Kesselheim JC, Bhatia N, Cronin A, Kodish E, Joffe S: Knowledge of pediatric ethics: results of a survey of pediatric ethics consultants. AJOB Empirical Bioeth 6(4): 19-30, October 2015.

96. Khera N, Majhail NS, Brazauskas R, Wang Z, He N, Aljurf M, Akpek G, Atsuta Y, Beattie S, Bredeson C, Burns LJ, Dalal JD, Freytes CO, Gupta V, Inamoto Y, Lazarus HM, LeMaistre CF, Steinberg A, Szwajcer D, Wingard JR, Wirk B, Wood WA, Joffe S, Hahn TE, Loberiza FL, Anasetti C, Horowitz MH, Lee SJ.: Comparison of characteristics and outcomes of trial participants and nonparticipants: example of Blood and Marrow Transplant Clinical Trials Network 0201 trial. Biol Blood Marrow Transplant 21(10): 1815-22, Oct 2015.

97. McCullough LB, Brothers KB, Chung WK, Joffe S, Koenig BA, Wilfond B, Yu JH: Professionally responsible disclosure of genomic sequencing. Pediatrics 136(4): e974-82, October 2015.

98. Whicher DM, Miller JE, Dunham KM, Joffe S: Gatekeepers for pragmatic clinical trials. Clin Trials 12(5): 442-8, October 2015.

99. Kesselheim AS, Sinha M, Joffe S: Physicians and insider trading. JAMA Intern Med 175(12): 1955-9, December 2015.

100. Morain SR, Joffe S, Campbell EG, Mello MM: Institutional oversight of faculty-industry consulting relationships in U.S. medical schools: A Delphi study. J Law Med Ethics 43(2): 383-96, 2015.

101. Paquette ET, Najita J, Morley DS, Joffe S.: Child and parent understanding of clinical trials: The Semi-Structured Comprehension Interview. AJOB Empir Res 6(2): 23-32, 2015.

102. Rivera SM, Goldenberg A, Rosenthal B, Aungst H, Maschke KJ, Rothwell E, Anderson RA, Botkin J, Joffe S: Investigator experiences and attitudes about research with biospecimens. J Empir Res Hum Res Ethics 10(5): 449-56, December 2015.

103. Brothers KB, Holm IA, Childerhose JE, Antommaria AH, Bernhardt BA, Clayton EW, Gelb BD, Joffe S, Lynch JA, McCormick JB, McCullough LB, Parsons DW, Sundaresan AS, Wolf WA, Yu JH, Wilfond BS: When participants in genomic research grow up: contact and consent at the age of majority. J Pediatr 168: 226-31, January 2016 Notes: Pediatrics Workgroup of the Clinical Sequencing

Exploratory Research (CSER) Consortium.

104. Unguru Y, Fernandez CV, Bernhardt B, Berg S, Pyke-Grimm K, Woodman C, Joffe S: An ethical framework for allocating scarce life-saving chemotherapy and supportive care drugs for childhood cancer. J Natl Cancer Inst 108(6): djv392, January 2016.

105. Raymond VM, Gray SW, Roychowdhury S, Joffe S, Chinnaiyan AM, Parsons DW, Plon S: Germline findings in tumor only sequencing: points to consider for clinicians and laboratories. J Natl Cancer Inst 108(4): djv351, April 2016.

106. Denburg A, Rodriguez-Galindo C, Joffe S: Clinical trials infrastructure as a quality improvement intervention in low and middle income countries. Am J Bioeth 16(6): 3-11, June 2016.

107. Green RC, Goddard KA, Jarvik GP, Amendola LM, Appelbaum PS, Berg JS, Bernhardt BA, Biesecker LG, Biswas S, Blout CL, Bowling KM, Brothers KB, Burke W, Caga-Anan CF, Chinnaiyan AM, Chung WK, Clayton EW, Cooper GM, East K, Evans JP, Fullerton SM, Garraway LA, Garrett JR, Gray SW, Henderson GE, Hindorff LA, Holm IA, Lewis MH, Hutter CM, Janne PA, Joffe S, Kaufman D, Knoppers BM, Koenig BA, Krantz ID, Manolio TA, McCullough L, McEwen J, McGuire A, Muzny D, Myers RM, Nickerson DA, Ou J, Parsons DW, Petersen GM, Plon SE, Rehm HL, Roberts JS, Robinson D, Salama JS, Scollon S, Sharp RR, Shirts B, Spinner NB, Tabor HK, Tarczy-Hornoch P, Veenstra DL, Wagle N, Weck K, Wilfond BS, Wilhelmsen K, Wolf SM, Wynn J, Yu JH; CSER Consortium: Clinical sequencing exploratory research consortium: accelerating evidence-based practice of genomic medicine. Am J Hum Genet 98(6): 1051-66, June 2016.

108. Barnhill A, Joffe S, Miller FG: The ethics of infection challenges in primates. Hastings Cent Rep 46(4): 20-6, July 2016.

109. Garofalo A, Shall L, Reardon B, Taylor-Weiner A, Amin-Mansour A, Miao, D, Liu, D, Oliver, N, MacConaill, L, Ducar, M, Rojas-Rudilla, V, Giannakis, M, Ghazani, A, Gray, S, Janne, P, Garber, J, Joffe S, Lindeman N, Wagle N, Garraway LA, Van Allen EM: The impact of tumor profiling approaches and genomic data strategies for cancer precision medicine. Genome Med 8(1): 79, July  2016.

110. Gray SW, Park ER, Najita J, Martins Y, Traeger L, Bair E, Gagne J, Garber J, Jänne PA, Lindeman N, Lowenstein C, Oliver N, Sholl L, Van Allen EM, Wagle N, Wood S, Garraway L, Joffe S: Oncologists' and cancer patients' views on whole-exome sequencing and incidental findings: results from the CanSeq study. Genet Med 18(10): 1011-9, October 2016.

111. Weiss, EM, Kohn R, Madden V,  Halpern S, Joffe, S, Kerlin MP: Procedure-specific consent is the norm in United States intensive care units. Intensive Care

Med 42(10): 1637-8, October 2016.

112. Kesselheim JC, Najita J, Morley D, Bair E, Joffe S: Ethics knowledge of recent pediatric residency graduates: the role of residency ethics curricula. J Med Ethics 42(12): 809-814, December 2016.

113. Kraybill A, Dember LM, Joffe S, Karlawish J, Ellenberg SS, Madden V, Halpern S: Patient and physician views about protocolized dialysis treatment in randomized trials and clinical care. AJOB Empir Bioeth 7(2): 106-115, 2016.

114. Weiss EM, Barg FK, Cook N, Black E, Joffe S: Parental decision-making preferences in neonatal intensive care. J Pediatr Page: 36-41, December 2016.

115. Kesselheim AS, Treasure CL, Joffe S: Biomarker-defined subsets of common diseases: policy and economic implications of Orphan Drug Act coverage. PLoS Med 14(1): e1002190, January 2017.

116. McGraw SA, Garber J, Jänne PA, Lindeman N, Oliver N, Sholl LM, Van Allen EM, Wagle N, Garraway LA, Joffe S, Gray SW: The fuzzy world of precision medicine: deliberations of a precision medicine tumor board. Per Med 14(1): 37-50, Jan 2017 Notes: Equally contributing senior author.

117. Gorin M, Joffe S, Dickert N, Halpern S: Justifying clinical nudges. Hastings Center Rep 47(2): 32-38, March 2017.

118. Holm IA, Yu T, Joffe S: From sequence data to returnable results: ethical issues in variant calling and interpretation. Journal of Genetic Testing and Molecular Biomarkers 21(3): 178-183, March 2017.

119. Rose SL, Highland J, Karafa MT, Joffe S: Patient advocacy organizations, industry funding, and conflicts of interest. JAMA Intern Med 177(3): 344-350, Mar 2017.

120. Ghazani Arezou A, Oliver Nelly M, St Pierre Joseph P, Garofalo Andrea, Rainville Irene R, Hiller Elaine, Treacy Daniel J, Rojas-Rudilla Vanesa, Wood Sam, Bair Elizabeth, Parello Michael, Huang Franklin, Giannakis Marios, Wilson Frederick H, Stover Elizabeth H, Corsello Steven M, Nguyen Tom, Rana Huma Q, Church Alanna J, Lowenstein Carol, Cibulskis Carrie, Amin-Mansour Ali, Heng Jennifer, Brais Lauren, Santos Abigail, Bauer Patrick, Waldron Amanda, Lo Peter, Gorman Megan, Lydon Christine A, Welch Marisa, McNamara Philip, Gabriel Stacey, Sholl Lynette M, Lindeman Neal I, Garber Judy E, Joffe Steven, Van Allen Eliezer M, Gray Stacy W, Ja Nne Pasi A, Garraway Levi A, Wagle Nikhil: Assigning clinical meaning to somatic and germ-line whole-exome sequencing data in a prospective cancer precision medicine study. Genet Med 19(7): 787-795, Jul 2017.

121. Han Paul K J, Umstead KL, Bernhardt BA, Green RC, Joffe S, Koenig B, Krantz I,

Waterston LB, Biesecker LG, Biesecker BB: A taxonomy of medical uncertainties in clinical genome sequencing. Genet Med 19(8): 918-925, Aug 2017.

122. Clapp JT, Gleason KA, Joffe S: Justification and authority in institutional review board decision letters. Soc Sci Med 194: 25-33, October 2017.

123. Courtright KR, Halpern SD, Joffe S,   Ellenberg SS, Karlawish J, Madden V, Gabler NB, Szymanski S, Yadav KN, Dember LM: Willingness to participate in pragmatic dialysis trials: the importance of physician decisional autonomy and consent approach. Trials 18(1): 474, October 2017.

124. Ellenberg SS, Joffe S: Studying effects of medical treatments: randomized clinical trials and the alternatives. J Law Med Ethics 45: 375-381, October 2017.

125. Dickert NW, Eyal N, Goldkind SF, Grady C, Joffe S, Lo B, Miller FG, Pentz RD, Silbergleit R, Weinfurt KP, Wendler D, Kim SYH: Reframing consent for clinical research: a function-based approach. Am J Bioeth 17(12): 3-11, Dec 2017.

126. Aakhus EO, Mitra N, Lautenbach E, Joffe S: Gender and byline placement of co-first authors in clinical and basic science journals with high impact factors. JAMA 319(6): 610-11, February 2018.

127. Weiss EM, Xie D, Cook N, Coughlin K, Joffe S.: Characteristics associated with preferences for parent-centered decision making in neonatal intensive care. JAMA Pediatr 172(5): 461, May 2018 Notes: doi:10.1001/jamapediatrics.2017.5776.

128. Dauda B, Joffe S: The benefit sharing vision of H3Africa. Dev World Bioeth 18(2): 165, June 2018.

129. Fernandez Lynch H, Joffe S, Feldman EA:   Informed consent and the role of the treating physician.   N Engl J Med 21(378(25)): 2433-2438, June 2018 Notes: Letters to the editor and response at New Engl J Med 379:e25, 2018.

130. Mello MM, Murtagh L, Joffe S, Taylor PL, Greenberg Y, and Campbell EG: Beyond financial conflicts of interest: Institutional oversight of faculty consulting agreements at schools of medicine and public health. PLoS One 13(10): e0203179, October 2018.

131. Spellecy R, Tarima S, Denzen E, Moore H, Abhyankar S, Dawson P, Foley A, Gersten I, Horwitz M, Idossa L, Joffe S, Kamani N, King R, Lazaryan A, Morris L1, Horowitz MM, Majhail NS: Easy-to-read informed consent form for hematopoietic cell transplantation clinical trials: results from BMT CTN 1205 study   Biol Blood Marrow Transplant 24(10): 2145, Oct 2018.

132. Lynch HF, Largent EA, Joffe S, DeMichele AM: Protecting clinical trial participants

and study integrity in the age of social media. Cancer 124(24): 4610, December 2018 Notes: Epub October 17, 2018.

133. Fernandez Lynch H, Joffe S, Thirumurthy H, Xie D, Largent EA: Association between financial incentives and participant deception about study eligibility. JAMA Network Open 2(1): e187355, January 2019 Notes: Accompanying invited commentary: Freeman MP, Deception and study participation-unintended influences and ramifications for clinical trials, JAMA Network Open 2(1):e187359, 2019

134. Morain SR, Joffe S, Largent EA: When is it ethical for physician-investigators to seek consent from their own patients? Am J Bioethics 19: 11-18, April 2019 Notes: Invited response to peer commentaries at AJOB, 19(5), pp. W3-W4, 2019.

135. Largent EA, Heffernan KG, Joffe S, Lynch HF: Paying clinical trial participants: legal risks and mitigation strategies    J Clin Oncol June 2019 Notes: epub ahead of print.

136. Saylor KW, Ekunwe L, Antoine-LaVigne D, Sellers DE, McGraw S, Levy D, Splansky GL, Joffe S.: Attitudes toward genetics and genetic testing among participants in the Jackson and Framingham Heart Studies. J Empir Res Hum Res Ethics. 14(3): 262-273, July 2019 Notes: Epub May 8, 2019.

137. Yu JH, Appelbaum PS, Brothers KB, Joffe S, Kauffman TL, Koenig BA, Prince AER, Scollon S, Wolf SM, Bernhardt BA, Wilfond BS: Consent for clinical genome sequencing: considerations from the Clinical Sequencing Exploratory Research Consortium. Per Med 16(4): 325-33, July 2019 Notes: DOI: 10.2217/pme-2018-0076.

138. Paquette ET, Joffe S: The Multidimensional Illness Severity Questionnaire: Preliminary evaluation of a brief parent-reported measure of illness severity. Journal Paediatr Child Health 55(10): 1241, October 2019 Notes: Epub February 5, 2019.

139. Joffe S, Sellers DE, Ekunwe L, Antoine-Lavigne D, McGraw S, Levy D, Splansky GL: Preferences for return of genetic results among participants in the Jackson and Framingham Heart Studies    Circ Genom Precis Med 12(12), December 2019 Notes: epub ahead of print November 2019; DOI: 10.1161/CIRCGEN.119.002632

140. Savatt JM, Wagner JK, Joffe S, Rahm AK, Williams MS, Bradbury AR, Davis FD, Hergenrather J, Hi Y, Kelly MA, Kirchner HL, Meyer MN, Mozersky J, O'Dell SM, Pervola J, Seeley A, Sturm AC, Buchanan AH: Pediatric Reporting of Genomic Results Study (PROGRESS): A mixed-methods, longitudinal, observational cohort study protocol to explore disclosure of actionable adult- and pediatric-onset genomic variants to minors and their parents. BMC Pediatr 2020

(in press) Notes: https://doi.org/10.1186/s12887-020-02070-4.

141. Majhail N, Mau LW, Chitphakdithai P, Denzen E, Joffe S, Lee S, LeMaistre C, Loberiza F, Parsons S, Repaczki-Jones R, RobinettP, Rizzo JD, Murphy E, Logan B, Le-Rademacher J: Transplant center characteristics and survival after allogeneic hematopoietic cell transplantation in adults. Bone Marrow Transplant 55(5): 906-917, May 2020 Notes: epub ahead of print.

142. Paquette, E. T., Palac, H., Bair, E., Schultz, B., Stenquist, N., Joffe, S., & Shukla, A.: The Importance of Engaging Children in Research Decision-Making: A Preliminary Mixed-Methods Study   Ethics Hum Res. 42(3): 12-20, May 2020 Notes: doi:10.1002/eahr.500049ERRATUM: Volume 42, Issue 4, Ethics & Human Research pages: 16-16 First Published online: June 5, 2020

143. Emily A. Largent, JD, PhD, RN, Spencer Phillips Hey, PhD,Kristin Harkins, MPH, Allison K. Hoffman, JD, Steven Joffe, MD, MPH, Julie C. Lima, PhD, MPH,Alex John London, PhD,and Jason Karlawish, MD: Ethical and Regulatory Issues for Embedded Pragmatic TrialsInvolving People Living with Dementia. Journal of the American Geriatrics Society. Susan L. Mitchell (eds.). 68(S2): S37-S42, June 2020 Notes: https://doi.org/10.1111/jgs.16620; PMC7323902 (available on 2021-07-01).

144. Holly Fernandez Lynch, Neal W Dickert, Patricia J Zettler, Steven Joffe, Emily A Largent: Regulatory Flexibility for COVID-19 Research. Journal of Law and the Biosciences July 2020 Notes: Accepted Manuscript; https://doi.org/10.1093/jlb/lsaa057.

Research Publications, peer-reviewed reviews:
1. Marron JM, Joffe S: Ethical considerations in genomic testing for hematologic disorders. Blood 130(4): 460-465, Jul 2017.

Contributions to peer-reviewed research publications, participation cited but not by authorship:
[none]

Research Publications, non-peer reviewed:
1. Kilbride MK, Joffe S: Patient-Physician Relationship in the Age of Expanded Access to Information-Reply   JAMA 321(16): 1633-1634, April 2019 Notes: DOI: 10.1001/jama.2019.1073

Abstracts (Last 3 years):
1. Joffe S, McLean P, McGraw S, Grob R, Solomon MZ, Gleason K, Terrasse M: The missions and challenges of learning healthcare systems:   a qualitative study. Podium Presentation, American Society of Bioethics and Humanities Annual Meeting, Pittsburgh, PA October 2019.

2. Ilowite M, Bezler N, London W, Pei-Chi K, Mack J, Joffe S.: Health literacy and patient outcomes following bone marrow transplantation (Poster).   American Society of Pediatric Hematology/Oncology Annual Meeting 2019 Notes: New Orleans, LA.

Editorials, Reviews, Chapters, including participation in committee reports (print or other media):

1. Joffe S, Lieu TA, Escobar GJ: The Critical Role of Population-Based Epidemiology in Cost-Effectiveness Research. Pediatrics 105(4 Pt 1): 862-3, 2000.

2. Steinkamp M, Geva A, Joffe S, Lapp CN, Neufeld EJ: Chronic Disseminated Intravascular Coagulation and Childhood-Onset Skin Necrosis Resulting from Homozygosity for a Protein C Gla Domain Mutation, Arg15Trp. J Pediatr Hematol Oncol 24(8): 685-8, 2002.

3. Emanuel EJ, Joffe S. : Ethics in Oncology. Cancer Medicine. Hamilton, ON: B.C. Decker, Page: 1145-63, 2003.

4. Joffe S. : Rethink "affirmative agreement," but abandon "assent."   Am J Bioeth 3(4): 9-11, 2003.

5. Joffe S, Simon C. : Informed Consent from the Doctor?   Hastings Cent Rep   34(4): 12-3, 2004.

6. del Carmen MG, Joffe S. : Informed Consent for Medical Treatment and Research: a Review.   Oncologist   10(8): 636-41, 2005.

7. Abel GA, Penson RT, Joffe S, Schapira L, Chabner BA, Lynch TJ. : Direct-to-Consumer Advertising in Oncology.   Oncologist   11(2): 217-26, 2006.

8. Emanuel EJ, Joffe S. : Ethics in Oncology.   Cancer Medicine. Hamilton, ON: BC Decker, Page: 998-1014, 2006.

9. Joffe S, Truog RD, Shurin S, Emanuel EJ: Ethical Considerations in Pediatric Oncology.   Principles and Practice of Pediatric Oncology. Lippincott Williams & Wilkins, Page: 1466-89, 2006.

10. Joffe S. : Altruistic Discourse and Therapeutic Misconception in Research Informed Consent.   Am J Bioeth 6(5): 53-4, 2006.

11. Pentz RD, Joffe S, Emanuel EJ, Schnipper LE, Haskell CM, Tannock IF: ASCO Core Values.   J Clin Oncol   24(36): 5780-2, 2006.

12. Schneider KA, Chittenden AB, Branda KJ, Branda KJ, Keenan MA, Joffe S, Patenaude AF, Reynolds H, Dent K, Eubanks S, Goldman J, Leroy B, Warren NS, Taylor K, Vockley CW, Garber JE: Ethical Issues in Cancer Genetics: 1) Whose

Information is it?   J Genet Couns 15(6): 491-503, 2006.

13. Ungar D, Joffe S, Kodish E. : Children are Not Small Adults: Documentation of
    Assent for Research Involving Children.   J Pediatr   149(15): S31-S33, 2006.

14. Joffe S, Truog RD. : Equipoise and Randomization.   Oxford Textbook of Research
    Ethics. Emanuel EJ, Grady C, Crouch RA, Lie RK, Miller FG, Wendler D.
    (eds.). Oxford, UK: Oxford University Press, Page: 245-60, 2008.

15. Kesselheim JC, Joffe S. : The Challenge of Research on Ethics Education.   Am J
    Bioeth   8(4): 12-3, 2008.

16. Lipton J, Joffe S, Ullrich NJ. : CNS Relapse of Myelogenous Leukemia
    Masquerading as Pseudotumor Cerebri.   Pediatr Neurol   39(5): 355-7, 2008.

17. Joffe S, Kesselheim JC, and Shurin SB: Ethical considerations in pediatric oncology.
    Principles and Practice of Pediatric Oncology. Pizzo, PA and Poplack, DG (eds.).
    Lippincott Williams and Wilkins, Page: 1347-66, October 2010.

18. Joffe S, Truog RD: Consent to Medical Care: The Importance of Fiduciary Context.
    The Ethics of Consent: Theory and Practice. Miller FG, Wertheimer A   (eds.).
    Oxford: Oxford University Press, Page: 347-73, 2010.

19. Joffe S. : Framing the Benefits of Cancer Clinical Trials.   Arch Pediatr Adolesc Med
    164: 293-4, 2010.

20. Diekema D, Joffe S, Vandeven A, Lantos JD. : Bone Marrow Donation Between
    Siblings Living in Different Families.   Pediatrics   127: 158-62, 2011.

21. Joffe S, Kodish E: Protecting the Rights and Interests of Pediatric Stem Cell Donors.
    Pediatr Blood Cancer 56: 517-9, 2011.

22. Largent EA, Miller FG, Joffe S: A prescription for ethical learning. Hastings Cent
    Rep Page: s28-29, Jan-Feb 2013.

23. Wilfond BS, Magnus D, Antommaria AH, Appelbaum P, Aschner J, Barrington KJ,
    Beauchamp T, Boss RD, Burke W, Caplan AL, Capron AM, Cho M, Clayton
    EW, Cole FS, Darlow BA, Diekema D, Faden RR, Feudtner C, Fins JJ, Fost NC,
    Frader J, Hester DM, Janvier A, Joffe S, Kahn J, Kass NE, Kodish E, Lantos JD,
    McCullough L, McKinney R Jr, Meadow W, O'Rourke PP, Powderly KE, Pursley
    DM, Ross LF, Sayeed S, Sharp RR, Sugarman J, Tarnow-Mordi WO, Taylor H,
    Tomlinson T, Truog RD, Unguru YT, Weise KL, Woodrum D, Youngner S.: The
    OHRP and SUPPORT. N Engl J Med. 2013 Jun 20;368(25):e36 (eds.). 368(25):
    e36, June 2013.

24. Joffe S: Re: Meta-analysis of the relationship between dose and benefit in phase I

targeted agent trials. J Natl Cancer Inst 105(13): 993, Jul 3 2013.

25. Joffe S, Mack JW: Deliberation and the life cycle of informed consent. Hastings Cent Rep 44(1): 33-35, Jan-Feb 2014.

26. Mack JW, Joffe S: Communicating about prognosis: ethical responsibilities of pediatricians and parents. Pediatr 133(Supplement 1): S24-S30, February 2014.

27. Joffe S: Evaluating novel therapies during the Ebola epidemic. JAMA 312(13): 1299-1300, October 2014 Notes: Invited response to letter to the editor: "Ethical testing of experimental ebola treatments--reply," JAMA 2015 Jan 27;313(4):422.

28. Joffe S, Miller FG: The ethics of cancer clinical trials in low-resource settings. J Clin Oncol 32(28): 3192-6, October 2014 Notes: Epub 2014 Sep 2. Notes: Invited response to letter to the editor: "Reply to S. Gupta et al. Journal of Clinical Oncology 33(12): 1414, April 2015.

29. Miller FG, Joffe S, Kesselheim AS: Evidence, errors and ethics. Perspectives Biol Med 57(3): 299-307, Summer 2014.

30. Joffe S, Ellenberg SS: Commentary on Hey and Kimmelman: Methods and ethics in adaptively randomized trials. Clin Trials 12(2): 116-8, April 2015.

31. Weiss EM, Joffe S: Promoting informed decision making for comparative effectiveness randomized trials. JAMA Pediatr 169(9): 803-4, September 2015.

32. Kelley M, James C, Alessi Kraft S, Korngiebel D, Wijangco I, Joffe S, Cho MK, Wilfond B, Lee SS: The role of patient perspectives in clinical research ethics and policy: response to open peer commentaries on "patient perspectives on the learning health system" Am J Bioeth 16(2): W7-9, February 2016.

33. Denburg A, Rodriguez-Galindo C, Joffe S: Trials infrastructure as good old-fashioned health system strengthening. Am J Bioeth 16(7): W3-5, Jun 2016 Notes: Invited response to commentaries on Denburg A, Rodriguez-Galindo C, Joffe S: Clinical Trials Infrastructure as a Quality Improvement Intervention in Low and Middle Income Countries. Am J Bioeth 16(6): 3-11, June 2016

34. Joffe S, Magnus DC: A flawed revision of the Common Rule. Ann Intern Med 165(2): 143-4, July 2016.

35. Joffe S, Kesselheim J, Shurin S: Ethical considerations in pediatric oncology. Principles and Practice of Pediatric Oncology. Pizzo PA, Poplack DG (eds.). Wolters Kluwer, Page: 1156-71, 2016.

36. Moreno JD; Schmidt U, Joffe S: The Nuremberg Code 70 years later. JAMA 318(9): 795-796, Sept 2017 Notes: Peer reviewed.

37. Chappell R, Durkalski V, Joffe S: University of Pennsylvania ninth annual
    conference on statistical issues in clinical trials: Where are we with adaptive
    clinical trial designs? Clin Trials 14(5): 441-50, October 2017 Notes: Epub 2017
    Aug 19.

38. Joffe S: Roots of the debate: autonomy, justice, and privacy: introduction. Specimen
    Science: Ethics and Policy Implications. MIT, Page: 87-90, 2017.

39. Joffe S, Lynch HF: Federal right-to-try legislation - threatening the FDA's public
    health mission. New Engl J Med Page: [Epub ahead of print] Jan 2018 Notes:
    Peer reviewed.

40. Bekelman J, Joffe S.: Three steps toward a more sustainable path for targeted cancer
    drugs. JAMA 319(21): 2167-8, June 2018.

41. Overman MJ, Ellis LM, Joffe S: Ethics and the underreporting of research biopsy
    findings in clinical trials. JAMA Oncology 4(8): 1041, August 2018.

42. Kilbride MK, Joffe S: The new age of patient autonomy: implications for the patient-
    physician relationship. JAMA Oct 2018 Notes: Invited response to letter to the
    editor: JAMA 321(16):1633, 2019.

43. Sisti DA, Joffe S: Implications of Zero Suicide for suicide prevention research.
    JAMA 320(16): 1633, Oct 2018 Notes: Invited response to letter to the editor:
    "Challenges in Research on Suicide Prevention-Reply," JAMA 2019 March
    19;321(11):1105.

44. Smith MA, Joffe S: Will my child do better if she enrolls in a clinical trial? Cancer
    124(20): 3965, Oct 2018.

45. Winkfield KM, Phillips JK, Joffe S, Halpern MT, Wollins DS, Moy B: Addressing
    financial barriers to patient participation in clinical trials: ASCO policy statement.
    J Clin Oncol 36(33):    3331-3339, November 2018.

46. Lynch HF, Nicholls S, Meyer MN, Taylor HA, for the Consortium to Advance
    Effective Research Ethics Oversight (AEREO): Of parachutes and participant
    protection: moving beyond quality to advance effective research ethics oversight.
    J Empir Res Hum Res Ethics 13(2): 155626461881262, Dec 2018.

47. Sisti DA, Joffe S: Challenges in Research on Suicide Prevention-Reply. JAMA
    321(11): 1105-1106, March 2019 Notes: DOI: 10.1001/jama.2018.21963

48. Lynch HF, Joffe S: Pay-to-participate trials and vulnerabilities in research ethics
    oversight. JAMA September 2019 Notes: Published online September 23, 2019.
    doi:10.1001/jama.2019.14703.

49. McCoy MS, Joffe S, Emanuel EJ: Sharing Patient Data Without Exploiting Patients JAMA January 2020 Notes: doi:10.1001/jama.2019.22354; online ahead of print.

50. Rosen CB, Joffe S, Kelz RR.: COVID-19 Moves Medicine into a Virtual Space: A Paradigm Shift From Touch to Talk to Establish Trust. Ann Surg.   May 2020 Notes: published online ahead of print, 2020 May 20; DOI: 10.1097/SLA.0000000000004098

51. Marron JM, Joffe S, Jagsi R, Spence RA, Hlubocky FJ.: Ethics and Resource Scarcity: ASCO Recommendations for the Oncology Community During the COVID-19 Pandemic. J Clin Oncol. 38(19): 2201-2205, July 2020 Notes: doi: 10.1200/JCO.20.00960. Epub 2020 Apr 28.

52. Morain SR, Joffe S, Largent EA: Response to Open Peer Commentaries: When Is It Ethical for Physician-Investigators to Seek Consent From Their Own Patients? Am J Bioeth 19(5): W3 - W4, 2019 May Notes: DOI: 10.1080/15265161.2019.1591543

Books:
     [none]

Alternative Media:
1. Emanuel EJ, Joffe S: Should we charge patients for medical research. New York Times July 31 2015.

2. Lynch HF and Joffe S: Science needs your cells. New York Times Page: A27, April 2017.

3. Steven Joffe: Right-To-Try. C-Span Washington Journal June 2 2018 Notes: 30 minute live TV interview.

4. Wexler A, Joffe S: 5 ways to address the challenges of direct-to-consumer health products. StatNews April 2019 Notes: https://www.statnews.com/2019/04/02/address-challenges-direct-to-consumer-health-products/

5. Joffe S: Doctors working while sick is bad enough in ordinary times. During the Covid-19 outbreak it could be catastrophic. Stat News March 2020 Notes: https://www.statnews.com/2020/03/09/doctors-working-while-sick-covid19-catastrophe/

6. Joffe S and Emanuel EJ: Borrow from the New Deal: Create a Covid-19 Recovery Corps. Washington Post April 2 2020 Notes: Available at https://www.washingtonpost.com/opinions/2020/03/20/coronavirus-is-upending-society-here-are-ideas-mitigate-its-impact/

7. Joffe S, Lynch HF: The FDA should not rush a covid-19 vaccine. <u>Washington Post</u> June 2020 Notes: https://www.washingtonpost.com/opinions/2020/06/02/fda-should-not-rush-covid-19-vaccine/

<u>Patents:</u>

[none]