# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD OF TENNESSEE AND NORTH MISSISSIPPI, et al., ) ) ) ) | |
| Plaintiffs, ) ) | NO. 3:20-cv-00740 |
| v. ) ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE NEWBERN |
| HERBERT H. SLATERY, et al., ) ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is Plaintiffs' Motion for Temporary Restraining Order and/or Preliminary Injunction (Doc. No. 4). Defendants shall file a response to the Motion on or before September 14, 2020. Plaintiffs shall serve a copy of this Order on Defendants by September 4, 2020, or file a notice explaining why service is not possible.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE