# UNITED STATES DISTRICT COURT
for the
## Middle District of Tennessee

| | |
|---|---|
| Planned Parenthood of Tennessee and North Mississippi, et al.<br>*Plaintiff*<br>v.<br>Herbert H. Slatery III, Attorney General of Tennessee, in his official capacity, et al.<br>*Defendant* | )<br>)<br>)<br>) Civil Action No. 3:20-cv-0740<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Charme P. Allen
District Attorney General of Knox County, Tennessee
City County Building 400 Main Street
Suite 168
Knoxville, TN 37902

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Thomas H. Castelli, (No. 24849)
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 12160
Nashville, TN 37212
Tel: (615) 320-7142

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/2/2020

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| Planned Parenthood of Tennessee and North Mississippi, et al. <br> *Plaintiff* <br> v. <br> Herbert H. Slatery III, Attorney General of Tennessee, in his official capacity, et al. <br> *Defendant* | Civil Action No. 3:20-cv-0740 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Glenn Funk
District Attorney General of Davidson County, Tennessee
222 2nd Ave N #500
Nashville, TN 37201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Thomas H. Castelli, (No. 24849)
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 12160
Nashville, TN 37212
Tel: (615) 320-7142

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/2/2020

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
## Middle District of Tennessee

| | |
|---|---|
| Planned Parenthood of Tennessee and North Mississippi, et al. <br> *Plaintiff* <br> v. <br> Herbert H. Slatery III, Attorney General of Tennessee, in his official capacity, et al. <br> *Defendant* | Civil Action No. 3:20-cv-0740 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  W. Reeves Johnson, Jr., M.D.
President of the Tennessee Board of Medical Examiners
665 Mainstream Drive, 2nd Floor
Nashville, TN 37243

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Thomas H. Castelli, (No. 24849)
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 12160
Nashville, TN 37212
Tel: (615) 320-7142

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/2/2020

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| Planned Parenthood of Tennessee and North Mississippi, et al. <br> *Plaintiff* <br> v. <br> Herbert H. Slatery III, Attorney General of Tennessee, in his official capacity, et al. <br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 3:20-cv-0740 <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lisa Piercey, M.D.
Commissioner of the Tennessee Department of Health
710 James Robertson Parkway
Nashville, TN 37243

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Thomas H. Castelli, (No. 24849)
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 12160
Nashville, TN 37212
Tel: (615) 320-7142

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/2/2020

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | | |
|---|---|---|
| Planned Parenthood of Tennessee and North Mississippi, et al. | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 3:20-cv-0740 |
| Herbert H. Slatery III, Attorney General of Tennessee, in his official capacity, et al. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rene Saunders, M.D.
Chair of the Board for Licensing Health Care Facilities
665 Mainstream Drive, 2nd floor
Nashville, TN 37243

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Thomas H. Castelli, (No. 24849)
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 12160
Nashville, TN 37212
Tel: (615) 320-7142

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/2/2020

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| Planned Parenthood of Tennessee and North Mississippi, et al. <br> *Plaintiff* <br> v. <br> Herbert H. Slatery III, Attorney General of Tennessee, in his official capacity, et al. <br> *Defendant* | Civil Action No. 3:20-cv-0740 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Herbert H. Slatery III
Attorney General for the State of Tennessee
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202-0207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Thomas H. Castelli, (No. 24849)
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 12160
Nashville, TN 37212
Tel: (615) 320-7142

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/2/2020

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| Planned Parenthood of Tennessee and North Mississippi, et al. <br> *Plaintiff* <br> v. <br> Herbert H. Slatery III, Attorney General of Tennessee, in his official capacity, et al. <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 3:20-cv-0740 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Tom P Thompson, Jr.
District Attorney General for Wilson County, Tennessee
119 South College St.
Lebanon, TN 37087

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Thomas H. Castelli, (No. 24849)
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 12160
Nashville, TN 37212
Tel: (615) 320-7142

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/2/2020

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | | |
|---|---|---|
| Planned Parenthood of Tennessee and North Mississippi, et al. <br> *Plaintiff* <br> v. <br> Herbert H. Slatery III, Attorney General of Tennessee, in his official capacity, et al. <br> *Defendant* | ) ) ) ) ) ) ) ) | Civil Action No. 3:20-cv-0740 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Amy P Weirich
District Attorney General of Shelby County, Tennessee
201 Poplar Ave., Suite 301
Memphis, TN 38103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Thomas H. Castelli, (No. 24849)
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 12160
Nashville, TN 37212
Tel: (615) 320-7142

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/2/2020

*Signature of Clerk or Deputy Clerk*