IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Planned Parenthood of Tennessee and North Mississippi, et al., | |
| Plaintiffs, | Case No. 3:20-cv-00740 |
| v. | Judge Campbell |
| Herbert H. SLATERY III, Attorney General of Tennessee, in his official capacity, et al., | Magistrate Judge Newbern |
| Defendants. | |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 83.01(b) of the Local Rules of this Court, Thomas H. Castelli, a member of the bar of this Court, hereby moves for the admission *pro hac vice* of Andrew Beck, an attorney at the American Civil Liberties Union, 125 Broad Street, 18th Floor, New York, NY 10004, 212-284-7318, abeck@aclu.org, for the purposes of this litigation in this Court as counsel for plaintiffs.

1. Andrew Beck does not reside in this district and does not maintain an office in this district for the practice of law.

2. Andrew Beck is a member in good standing of the United States District Court for the Southern District of New York. A certificate of good standing and sworn statement regarding disciplinary, contempt, and criminal proceedings are attached, and the filing fee in the amount of $100.00 has been paid to the Clerk via the Court's electronic payment system.

Respectfully submitted,

*/s/ Thomas H. Castelli*
Thomas H. Castelli, BPR No. 024849
Stella Yarbrough, BPR No. 33637
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
Tel.: 615-320-7142
tcastelli@aclu-tn.org
syarbrough@aclu-tn.org

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Planned Parenthood of Tennessee and North Mississippi, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Herbert H. SLATERY III, Attorney General of Tennessee, in his official capacity, et al., <br><br> Defendants. | Case No. 3:20-cv-00740 <br><br> Judge Campbell <br><br> Magistrate Judge Newbern |

## DECLARATION OF ANDREW BECK

1. I hereby certify that I am a member in good standing of the of the United States District Court for the Southern District of New York. A true and correct copy of my Certificate of Good Standing is included with the motion for my admission *pro hac vice*.

2. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of criminal proceedings nor disciplinary proceedings by any disciplinary authority, nor have I had a finding of contempt or a sanction against me under 28 U.S.C. § 1927.

>    */s/ Andrew Beck*_____
>    Andrew Beck
>    American Civil Liberties Union
>    125 Broad Street, 18th Floor
>    New York, NY 10004
>    (212) 284-7318
>    abeck@aclu.org

3

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on September 14, 2020, a true and correct copy of the foregoing has been served by e-mail according to the agreement and instructions from the Attorney General's Office to tnattygen@ag.tn.gov and on the Attorney for Defendants listed below.

    ALEXANDER S. RIEGER
    Assistant Attorney General
    Office of the Attorney General
    Public Interest Division
    P.O. Box 20207
    Nashville, TN 37202
    (615) 741-2408
    Alex.Rieger@ag.tn.gov

*/s/ Thomas H. Castelli*
Thomas H. Castelli (No. 24849)
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 12160
Nashville, TN 37212
Tel: (615) 320-7142
tcastelli@aclu-tn.org

*Attorney for Plaintiffs*

4

Case 3:20-cv-00740   Document 14   Filed 09/14/20   Page 4 of 4 PageID #: 343