# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, *Ruby J. Krajick*, Clerk of Court, Certify that

    ANDREW BECK  , Bar #  AB6464

was duly admitted to practice in the Court on

    June 7, 2011

and is in good standing as a member of the Bar of this Court

Dated at   500 Pearl St.    On    September 14, 2020
     New York, New York

Ruby J. Krajick    By    s/ V. Bart
Clerk of Court        Deputy Clerk