# Declaration of Boles

# Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

PLANNED PARENTHOOD OF )
TENNESSEE AND NORTH )
MISSISSIPPI, MEMPHIS CENTER FOR )
REPRODUCTIVE HEALTH, )
KNOXVILLE CENTER FOR )
REPRODUCTIVE HEALTH, )
FEMHEALTH USA, INC., d/b/a )
CARAFEM, and AUDREY LANCE, )
          )
      Plaintiffs, )
          )
v. )      Case No. 3:20-cv-00740
          )      Judge Campbell
HERBERT H. SLATERY III, Attorney )
General of Tennessee, in his official )
capacity; LISA PIERCEY, M.D., )
Commissioner of the Tennessee )
Department of Health, in her official )
capacity; RENE SAUNDERS, )
M.D., Chair of the Board for Licensing )
Health Care Facilities, in her official )
capacity; W. REEVES JOHNSON, JR., )
M.D., President of the Tennessee Board )
of Medical Examiners, in his official )
capacity; HONORABLE AMY P. )
WEIRICH, District Attorney General )
of Shelby County, Tennessee, in her )
official capacity; GLENN FUNK, District )
Attorney General of Davidson County, )
Tennessee, in his official capacity; )
CHARME P. ALLEN, District Attorney )
General of Knox County, Tennessee, in her )
official capacity; and TOM P. )
THOMPSON, JR., District Attorney )
General for Wilson County, Tennessee, in )
his official capacity, )
          )
      Defendants. )

---

## DECLARATION OF DR. BRENT BOLES

---

I, Brent Boles, M.D., pursuant to the provisions of 28 U.S.C. § 1746, do hereby declare as follows:

1. I am Brent Boles, a practicing obstetrician and gynecologist in Murfreesboro, Tennessee.

2. I have been board certified for more than twenty years and have been in practice in Murfreesboro for the last fifteen years.  I teach at the University of Tennessee School of Medicine and the Meharry College of Medicine.  I also am a member of the Medical Advisory Board for both Heartbeat International and Abortion Pill Reversal (or Rescue). ("APR").  I have attached my curriculum vitae as *Exhibit 1*.

3. On March 10, 2020, I testified before the Tennessee General Assembly, specifically the House Health Committee, on HB 2568 (the provisions of which were subsequently enacted as part of HB2263/SB2196).  At that hearing, an amendment was offered to the bill that would require abortion providers to inform a patient seeking a medication abortion that, if the patient changes her mind after taking the first pill, she may be able to avoid, cease, or reverse the effects of that first pill in the two step abortion pill series, particularly if she seeks assistance fast enough.  I testified about the need to provide women with this information that there is a medical regime that is both safe and potentially effective in reversing the effect of the first pill.  Attached as *Exhibit 2* is a true and correct transcription by a court reporter of my testimony as part of this bill's Legislative History.  (*See* Ex. 2, p. 4, l. 16—p. 45, l. 25).

4. The abortion pill medication treatment involves two pills: Mifeprex or mifeprestone or RU486 (it goes by three different terms), and Cytotec or misoprostol.  (*See generally* Ex. 2, p. 5, l. 10—p. 6, l. 1).

5. The first pill, mifepristone, is a progesterone blocker. Progesterone is a hormone that is vital to the success of a pregnancy throughout the course of a pregnancy. When the action of progesterone is interfered with in the first trimester by Mifepristone, the drug may cause loss of the embryo or the fetal life, and in some cases expulsion of the pregnancy tissue.

6. Mifepristone alone is not always effective in ending a pregnancy. A study of data published by Dr. Daniel Grossman (an abortion provider) found that as few as 8% of pregnancies survived when only mifepristone was administered. (*See* Ex. 2, p. 22, l. 19—p. 23, l. 13).

7. The second pill, Cytotec, ensures that the tissue is expelled and is given twenty-four to forty-eight hours after the first pill.

8. When a patient has changed her mind and has taken the mifepristone but has not yet taken the Cytotec, administering natural progesterone may result in preventing loss of the fetal life in as many as sixty-eight percent (68%) of pregnancies. (*See* Ex. 2, p. 5, l. 10—p. 6, l. 13). The administration of natural progesterone has not been shown to have any increase in birth defects or in adverse effects for women – and is safer that taking the mifepristone and simply choosing to not take the Cytotec. (*See generally* Ex. 2, p. 6, l. 14—p. 7, l. 19).

9. As part of the Abortion Pill Reversal network, I am on call to help advise and assist mothers who take the first abortion pill, change their mind, want to try to save their baby, and find the network (typically through their own searching). (*See generally* Ex. 2, p. 27, l. 4—p. 28, l. 5).

10. I do not keep a list, but I would estimate that I have prescribed natural progesterone to more than 20 women who wanted to reverse their abortion processes – some right here in Tennessee who then had healthy babies. The Abortion Pill Reversal network has tracked more than 1,000 living, healthy babies with no increased risk of birth defects who have

been delivered because patients interacted with the APR network. (*See* Ex. 2, p. 13, l. 16—p. 15, l. 10; p. 44, l. 14—p. 45, l. 17).

11. I have even delivered some of those babies myself and have seen firsthand how the abortion pill process can be reversed in some situations.

12. Published studies, such as in 2007, 2012, and 2018, support the efficacy of this progesterone treatment.[1] (*See* Ex. 2, p. 7, l. 6-19; p. 22, l. 19—p. 23, l. 13; p. 30, l. 15—p. 31, l. 22). The largest case study in 2018 included 754 patients. Those who took the currently recommended progesterone regimen had a 68% success rate in reversing the abortion process—with no increased outcomes that were unfavorable for the mother or for the baby.

13. This method of progesterone treatment has not been shown to cause any increase in adverse effects for the women who choose to pursue the treatment.

14. Further, this method of progesterone treatment has not been shown to cause any increase in birth defects for the fetuses of the women who choose to pursue the treatment.

15. A study released by the American College of Obstetrics and Gynecology, which was authored by Dr. Creinin (an abortion physician), unsuccessfully attempts to support a claim, based upon only a series of 12 patients, that attempting to reverse the abortion process is neither safe nor effective. Analysis of the three patients who experienced bleeding issues (out of the twelve total patients) showed that two of those who took mifepristone and a placebo needed hospital treatment, while the one who received progesterone treatment, upon arriving at the hospital, was found to not need surgical

---

[1] *See* Delgado G, Davenport M. Progesterone use to reverse the effects of mifepristone. Annals of Pharmacotherapy. 46 2012 Dec;46(12):e36.; Delgado G, et al. A case Series Detailing the Successful Reversal of the Effects of Mifepristone Using Progesterone. Issues in Law and Medicine (2018) 33(1): 21- 31.

4

intervention or a blood transfusion for the deceased embryo she spontaneously passed. (*See* Ex. 2, p. 8, l. 1—p. 10, l. 2; p. 11, l. 3—p. 13, l. 12; p. 15, l.23—p. 17, l. 10; p.42, l.2—22).

16. The American Medical Association's Code of Ethics in sections 1.1.1 and 1.1.3 require the physician treating the patient to give an accurate and complete disclosure of information in the informed consent process and to do so in a manner that it is not self-serving to the physician's own interests. (*See* Ex. 2, p. 10, l. 1—12).

17. With a success rate that may be as high as 68%, women need to be told of the possibility that progesterone treatment may assist in reversing their abortion process after taking the mifepristone if they so choose. To not inform them of this possibility is to not give them a full and complete disclosure in the informed consent process (and particularly if the women inquires after taking the first pill) and is a violation of both sections of the AMA's Code of Ethics. (*See* Ex. 2, p. 23, l. 14—23).

18. Tennessee's recently passed abortion law (HB2263/SB2196) is an important step in ensuring that mothers receive complete and accurate information that the abortion process "*may* be possible to avoid, cease, or even reverse the intended effects of a chemical abortion utilizing mifepristone . . . ." (emphasis added).

I declare under penalty of perjury that the foregoing is true and correct. Executed by me on the ___th day of September, 2020, in Murfreesboro, Tennessee.

_____
C. BRENT BOLES, M.D.

9/14/2020

# Curriculum Vitae of Boles

# Attachment 1

C. Brent Boles, M.D.
Covenant Healthcare for Women, P.L.L.C.

1800 Medical Center Parkway
Suite 325
Murfreesboro, Tennessee 37129
615-867-0034

_____

Professional History

- Physician and Owner, Covenant Healthcare for Women, P.L.L.C., January, 2006 to present
- Medical Director of Portico (local crisis pregnancy center) 2008 to present
- Vice Chief of Obstetrics and Gynecology, Middle Tennessee Medical Center, Murfreesboro TN, 2007-2008
- Chief of Obstetrics and Gynecology, Middle Tennessee Medical Center, Murfreesboro TN, 2009-2010
- Associate Clinical Professor in the University of Tennessee Department of Emergency Medicine at Saint Thomas Rutherford Hospital, July 2015 to present
- Associate Clinical Professor and Assistant Residency Director for the Saint Thomas Rutherford Campus, Department of Obstetrics and Gynecology, Meharry College of Medicine, 2006 to present
- Clinical Instructor for the University of Tennessee Physician Assistant School, 2016 to present
- IC Research, Principal Investigator, 2018 to present
- OB/GYN Associates, July 2005-December 2005
- Murray Woman's Clinic, July 1996-June 2005
- Middle Tennessee Medical Center Laborist Program Director, November 2006-March 2011
- Certified on the Da Vinci Xi robotic surgery platform
- Member of the Medical Advisory Board for Heartbeat International
- Member of the Medical Advisory Board for Abortion Pill Reversal

Educational History

- Certified by the American Board of Obstetrics and Gynecology, November 1998 to present
- Chief Administrative Resident, University of Louisville School of Medicine, Department of Obstetrics and Gynecology, July 1995 - June 1996
- Internship and Residency, University of Louisville School of Medicine, Department of Obstetrics and Gynecology, July 1992-June 1996
- Doctor of Medicine, University of Louisville School of Medicine, August 1988-May 1992
- Bachelor of Science in Biology, Murray State University, August 1984-May1988

Licensure

- Tennessee Board of Medical Examiners, 2004 to present
- Kentucky Board of Medical Licensure, 1993 to 2011
- Drug Enforcement Agency Registration, 1993 to present

Memberships

- American Institute of Ultrasound in Medicine, 1998 to 2005
- International Society for Clinical Densitometry, 1998 to 2005
- Christian Medical and Dental Association
- American Association of Pro-Life Obstetricians and Gynecologists

Awards

- Professor of the Year Award, University of Tennessee Health Science Center, Saint Thomas Rutherford Department of Emergency Medicine, 2016
- Meharry Appreciation Award, 2009
- Foundation Award for Clinical Excellence, Department of Obstetrics and Gynecology, University of Louisville School of Medicine, 1994
- Best Clinical Teacher Awards, University of Louisville School of Medicine, 1993, 1994, 1996

- Clinical Research Awards, University of Louisville School of Medicine, Department of Obstetrics and Gynecology, 1995 and 1996
- Laparoscopic Skills Award, University of Louisville School of Medicine, Department of Obstetrics and Gynecology, 1995
- Presidential Scholarship Award, Murray State University, 1984 to 1988

# House Health Committee HB2568

# Attachment 2

**LEGISLATIVE HISTORY - HOUSE HEALTH COMMITTEE (HB2568)**

# AUDIO RECORDING

## March 10, 2020



VETERAN COURT REPORTING
D. Rochelle Koenes, RPR, LCR
veterancourtreporting@gmail.com
(931) 919-8932

1  LEGISLATIVE HISTORY-HOUSE HEALTH COMMITTEE (HB2568)
2  _____

3

4

5

6  _____
7

8

9

10

11

12
13                        AUDIO RECORDING
14                              of
15                        HOUSE BILL 2568
16                            dated
17                       March 10, 2020

18

19

20

21
22  _____
23                    Veteran Court Reporting
24              veterancourtreporting@gmail.com
                D. Rochelle Koenes, RPR, LCR
25                       P.O. Box 3593
                Clarksville, Tennessee 37043
                       (931)919-8932

```
 1                      *    *    *

 2              P R O C E E D I N G S

 3              (WHEREUPON, the following is

 4   transcribed from an audio recording as follows:)

 5              IN THE HOUSE HEALTH COMMITTEE

 6                    March 10, 2020

 7

 8              (WHEREUPON, On the above date, there

 9   came up for consideration in the House Health

10   Committee of the Tennessee House, House Bill 2568,

11   sponsored by Representative Faison, and discussion

12   pertaining to this bill was as follows:)

13

14              MR. CHAIRMAN:  And with that we have a

15   pretty extensive calendar today, and I would like to

16   get us to Item Number 1, House Bill 2568 by --

17   Representative Faison you are recognized.

18              REPRESENTATIVE FAISON:  Good morning,

19   Committee, Mr. Chairman.

20              MR. CHAIRMAN:  Do you have a motion?

21              UNIDENTIFIED SPEAKER:  Second.

22              REPRESENTATIVE FAISON:  Committee, House

23   Bill 2568 is a bill that I brought in the attempt

24   for if a young lady has decided to go get an

25   abortion, and it's the abortion where they give a
```

Veteran Court Reporting
veterancourtreporting@gmail.com

1  pill -- they typically give two pills -- one you

2  take at the clinic and one 48 hours later that you

3  take.  If they have -- for whatever reason, they

4  change their mind, I want them to know that there's

5  a possibility that they can get that reversed and

6  this bill would have an -- abortion clinic providers

7  put up a posting that there is a possibility that

8  you can reverse it and also let them know if they

9  change their mind that they can reverse it.

10         MR. CHAIRMAN:  You have an amendment on

11  the bill?

12         REPRESENTATIVE FAISON:  I do, yes, sir.

13  And the Amendment Drafting Code is 0148 -- -14982.

14         MR. CHAIRMAN:  Drafting Code 014982.  I

15  have a motion and a second.

16         Okay.  The amendment is properly before

17  us.  Can you give us comments on the amendment?

18         REPRESENTATIVE FAISON:  Just exactly

19  what I just said.

20         MR. CHAIRMAN:  Do we have questions from

21  the committee on the amendment?  If not, we do have

22  somebody -- we were supposed to have two people here

23  to testify on this -- on the amendment.  We can

24  either take questions now or we can go out of

25  session.

1      I think only one person has shown up to
2 testify.  But do we have any questions before we go
3 out of session?
4      Representative Clemmons, do you have a
5 question?
6      REPRESENTATIVE CLEMMONS:  I was just
7 going to recommend that we go out of session first
8 and then defer questions until after that.
9      MR. CHAIRMAN:  All right.  Seeing none,
10 without objection, we will go out of session.
11      Our first -- I believe, maybe, the only
12 person that we have here that may testify,
13 Dr. Brent Boles, if you can come up and please make
14 sure the mic is on.  Tell us who you are and who
15 you're with.
16      DR. BOLES:  Good morning.  My name is
17 Brent Boles.  I am an OB/GYN who's been board
18 certified for more than 20 years and has been in
19 practice in Murfreesboro for the last 15 years.  In
20 addition to my private practice and academic
21 teaching appointments that I have with both the
22 University of Tennessee School of Medicine and the
23 Meharry College of Medicine, I am a member of the
24 medical advisory board for both Heartbeat
25 International and Abortion Pill Reversal.

I'm here this morning to speak in
support of the representative's bill that would
require abortion providers to simply notify a
patient during the informed consent process that if
they choose to change their mind after they have
taken the first pill, that there is a medical
regimen that is both safe and effective that has
the potential to reverse the effects of the first
pill in the abortion pill series.

                    The history of abortion pill medication
treatment is that in the year 2000 the Food and
Drug Administration approved a drug produced by a
pharmaceutical company called Danco.  That drug is
known as Mifeprex for mifepristone or RU486.  There
are three different terms by which it is called.

                    This pill is a progesterone blocker.
Progesterone is a hormone that is vital to the
success of a pregnancy throughout the course of the
pregnancy.  And when the action of progesterone is
interfered with in the first trimester, the
mifepristone will cause loss of the embryo or the
fetal life.  And then in some cases, cause
expulsion of the pregnancy tissue.  In order to
ensure that the tissue is expelled, a second
medication called Cytotec is given 24 to 48 hours

Veteran Court Reporting
veterancourtreporting@gmail.com

after the first pill is dosed.

Basic principals of pharmacology have led us to discover that when a patient has changed her mind and has taken the mifepristone but has not yet taken the Cytotec, that if you simply administer natural progesterone, you have as high as a 68 percent success rate in preventing loss of the fetal life.

This method of treatment has not been shown to cause any increase in adverse effects for the women who choose to pursue this. In fact, it is more safe than taking the mifepristone and simply not using the Cytotec.

This was discovered first in 2007 by a physician named Matthew Harrison in South Carolina who was approached by a patient who had taken the mifepristone and desired to change her mind. He studied the pharmacology of the drug and gave her a prescription of progesterone and she later delivered a living baby at term. At the same time, Dr. George Delgado on the west coast was approached with a similar problem by a similar patient and found similar results.

The first case series that was published that reported on this was released in

Veteran Court Reporting
veterancourtreporting@gmail.com

1 2012.  It was a small case series and that is the

2 criticism that the abortion industry has of this

3 process.  They claim that such a small case series

4 with only six patients cannot be used to draw any

5 conclusions.

6          The truth of the matter is that case

7 series showed a two out of three success rate of

8 the six patients who pursued reversal.  Four

9 delivered living babies later in their pregnancy.

10 That is not the only study, but the abortion

11 industry would like for you to believe that it was.

12 There have since been at least three other

13 published studies, the largest one of which

14 included 754 patients in whom the current

15 recommended regimen had a 68 percent success rate

16 at reversing the abortion process with no increased

17 outcomes that were unfavorable for the mother or

18 the baby.  There were no birth defects.  There were

19 no other issues reported in that study.

20          Another study is about to begin, and I

21 will be one of the principal investigators in this

22 study that will compare methods of administering

23 the progesterone.  So there's ongoing research that

24 I believe will continue to demonstrate both the

25 efficacy and the safety of this medication.

Veteran Court Reporting
veterancourtreporting@gmail.com

1          The recent study that was released by

2     the American College of Obstetrics and Gynecology

3     authored by Dr. Creinin, who is an abortion

4     physician, makes the claim, based on a series of

5     only 12 patients, that attempting to reverse

6     abortion is neither safe nor effective.

7          I find it interesting that the abortion

8     industry's criticism of the Delgado case series in

9     2012 focused on the fact that it only had a small

10    number of patients and you can't draw conclusions

11    from that, but now they expect us to draw

12    conclusions from a study that also has a small

13    number of patients, namely only 12.  They claim

14    from this study that it is -- that you -- it is not

15    safe for the patient to take the mifepristone and

16    then not complete the process with the Cytotec.

17         They make this conclusion because three

18    of the twelve patients in that study had to go to

19    the emergency room for bleeding.  The truth of the

20    matter when you break down those numbers, there

21    were six patients in the study who took

22    mifepristone and placebo, meaning they were not

23    being treated for attempted reversal, the other six

24    patients took mifepristone and progesterone in the

25    current recommended regimen.

Veteran Court Reporting
veterancourtreporting@gmail.com

```
 1             Of the six patients who took
 2  progesterone, five of them had ongoing pregnancies.
 3  So the success rate was five out of six, more than
 4  80 percent.  One of those patients was taken to the
 5  emergency room because she was worried about the
 6  amount of bleeding that she had.  But when she
 7  arrived at the emergency, her embryo was no longer
 8  living and she spontaneously passed the tissue
 9  without requiring a DNC or any other surgical
10  intervention and without requiring a blood
11  transfusion.  The other two patients who required
12  treatment in the emergency room, both were taken to
13  the emergency room because of heavy bleeding.  Both
14  required surgical aspiration of the pregnancy
15  tissue, and one of the two required a transfusion.
16             So the real conclusion that you can
17  draw from the Creinin study is that it is not safe
18  to take mifepristone and then decide not to take
19  the Cytotec.  So when a patient changes her mind,
20  if she can't get help and can't figure out how to
21  reverse the process and decides not to take the
22  Cytotec, then that is dangerous for her.  But the
23  other conclusion is that when she takes the -- when
24  she is made aware of the reversal regimen and takes
25  it, it is not only safe but it is effective at a
```

1  minimum 68 percent of the time and perhaps as much

2  as more than 80 percent of the time.

3           The American Medical Associations Code

4  of Ethics in sections 1.1.1 and 1.1.3 require the

5  physician treating the patient to give a full,

6  accurate, and complete disclosure of information in

7  the informed consent process and do so in a way

8  that is not self-serving the patient's own

9  interest -- or the physician's own interest.

10 Refusing to tell patients that a reversal regimen

11 is possible is a violation of both sections of the

12 AMA code of ethics.

13           MR. CHAIRMAN:  Thank you for that

14 testimony.

15           Do we have questions while we are --

16           Representative Dixie, you are

17 recognized.

18           REPRESENTATIVE DIXIE:  Thank you,

19 Mr. Chairman.  I just have a couple of quick

20 questions.

21           You gave us a lot of stats about

22 studies.  Obviously, most studies say that they are

23 extensive and hundreds, if not thousands of

24 patients.

25           Why was this study stopped at six

Case 3:20-cv-00740   Document 61-9   Filed 01/00/22   Page 22 of 78 PageID #: 4060
Veteran Court Reporting
veterancourtreporting@gmail.com

1  patients?

2          DR. BOLES:  Which study?

3          REPRESENTATIVE DIXIE:  Well, you said

4  earlier that there was a study that had six patients

5  that went through and they took both and then the

6  other one had the placebos.  Why was it only stopped

7  at twelve people?

8          DR. BOLES:  You're referring to the

9  Creinin study, which had six patients in each arm.

10  There were twelve patients in the study.  Their

11  initial plan was to enroll 40.  It is typical when

12  you're conducting a study and you see what you

13  believe are adverse outcomes to stop the study early

14  if there are indications that it is dangerous to the

15  patient.  The stated reason for stopping the study

16  was that three patients had to -- three out of

17  twelve had to be taken to the emergency room for

18  bleeding.

19          REPRESENTATIVE DIXIE:  Really, three out

20  of six because six only had placebos.

21          DR. BOLES:  There were twelve patients

22  total.  One of the patients who went to the ER for

23  bleeding came from the progesterone group and two of

24  them came from the placebo group.  So the study at

25  that point had twelve patients enrolled with a plan

Case 3:20-cv-00740   Document 44-09   Filed 09/26/22   Page 23 of 78 PageID #: 4071
Veteran Court Reporting
veterancourtreporting@gmail.com

1   to enroll 40.  But they stopped because three of the

2   twelve were evaluated for bleeding.

3           REPRESENTATIVE DIXIE:  I want to circle

4   back to make sure I got your answer correct.

5           DR. BOLES:  Okay.

6           REPRESENTATIVE DIXIE:  You said that it

7   was stopped because they thought it would have

8   adverse effects going forward.

9           DR. BOLES:  Yes.  They stopped the study

10  because three of the twelve patients had to be

11  evaluated for bleeding.  When you evaluate which

12  patients had to be evaluated for bleeding, only one

13  was from the progesterone group.  And she did not

14  need a blood transfusion and she did not need

15  surgery.  The patients who had to have

16  interventions -- surgery and/or a blood

17  transfusion -- came from the group that took the

18  Mifeprex but did not take the progesterone to

19  attempt to reverse.

20          REPRESENTATIVE DIXIE:  So based on the

21  study that you quoted that you gave us right here,

22  this doesn't sound like it's safe and effective if

23  it was stopped for adverse reasons.

24          DR. BOLES:  It was stopped because two

25  of the patients who did not take the treatment had

Veteran Court Reporting
veterancourtreporting@gmail.com
12

```
 1   to have a blood transfusion or surgery.  Those were

 2   patients that were not in the treatment arm.  They

 3   were in the placebo arm.  And the reason for

 4   stopping the study -- if you want to know what I

 5   believe that you can conclude based on that is they

 6   didn't like the data.  The adverse outcomes that

 7   required intervention were in the group that did not

 8   get the reversal treatment.  And the reversal

 9   treatment, which they claim is not effective in

10   their six patients was shown to be more than 80

11   percent effective.  I believe that's why the study

12   was stopped.

13              MR. CHAIRMAN:  Representative Dixie?

14              REPRESENTATIVE DIXIE:  One last

15   question.

16              You did mention that there were babies

17   delivered after this.  Has there been any studies

18   or any follow up on how the babies are doing

19   emotionally, physically?  Any kind of side effects

20   since then?

21              MR. CHAIRMAN:  Dr. Boles, you're

22   recognized.

23              DR. BOLES:  The abortion pill reversal

24   mechanism involves a -- there's a website that

25   patients go to.  Abortion providers don't tell
```

Veteran Court Reporting
veterancourtreporting@gmail.com

1   patients about the availability of this regimen.

2   The people who find it go to their smart phone or

3   their iPad and they go to Google and they say, "Can

4   an abortion pill be reversed?"  The thing that pops

5   up is abortionpillreversal.com, which is a free,

6   nonprofit service that is provided to patients with

7   a toll-free 24-hour-a-day hotline.

8           Through that hotline, the patients who

9   are truly interested in pursuing reversal are

10  connected with one of over 500 physician providers

11  across the country who will prescribe this regimen

12  for them.  I'm one of those providers.  The

13  statistics on the outcomes of the patients who use

14  that mechanism has been tracked and there are

15  currently more than a thousand living, healthy

16  babies with no increased risk of birth defects who

17  have been delivered because patients have

18  interacted with the abortion pill reversal hotline.

19          In fact, one other positive thing,

20  other than saving the life of the baby, the

21  progesterone supplementation early in the pregnancy

22  according to our statistics of more than a thousand

23  deliveries accomplished are that, when you look at

24  the preterm delivery rates of those babies, the

25  general preterm delivery rate in the United States

```
 1   is about 10 percent.  And for patients who use the
 2   abortion pill reversal regimen and are successful,
 3   the preterm delivery rate is under 3 percent.
 4            So not only are there no increase in
 5   birth defects and no increase in bad maternal
 6   outcomes, there is a decrease in the risk of
 7   preterm delivery, which is one of the biggest
 8   problems in children's health care in the country
 9   and the number one cause of cerebral palsy in
10   America.
11            MR. CHAIRMAN:  Representative Dixie?
12            REPRESENTATIVE DIXIE:  I promise this is
13   my last question.
14            DR. BOLES:  It's okay.
15            REPRESENTATIVE DIXIE:  Currently, are
16   there any laws right now that prohibit you from
17   doing what you're doing now as far as giving these
18   two pills for this procedure?
19            DR. BOLES:  No.
20            REPRESENTATIVE DIXIE:  There's no --
21   okay.  That's my last question.
22            Thank you.  Thank you, Mr. Chairman.
23            MR. CHAIRMAN:  Thank you.
24            To clarify on his point on this, the
25   study that had the six patients that got a placebo
```

Veteran Court Reporting
veterancourtreporting@gmail.com

1 and six patients that got progesterone as the

2 second pill, did they -- if they gave Cytotec, that

3 was not part of those 12 patients; is that correct?

4          DR. BOLES:  That's correct.  It was not.

5          MR. CHAIRMAN:  And so what you can take

6 from that study would be that, if a patient was not

7 adequately informed and they were not compliant with

8 their second pill that a portion of those may end up

9 in the ER but a significant portion would -- could

10 carry the baby to term and even a more significant

11 portion of those if the reversal pill was given

12 could carry that to term; is that correct?

13          DR. BOLES:  Could you say that again?  I

14 want to be sure I got it clearly.

15          MR. CHAIRMAN:  Okay.  So let's separate

16 them into three groups.  The first group is they get

17 the abort- -- the first pill, mifepristone.

18          DR. BOLES:  Yes.

19          MR. CHAIRMAN:  And then they are

20 compliant with the Cytotec then they would abort?

21          DR. BOLES:  Yes.

22          MR. CHAIRMAN:  If they were not

23 compliant, that would be the equivalent of the

24 placebo group and a significant portion of those

25 could carry to term.  But based on that minor study,

```
 1    a portion of those may end up in the ER and those

 2    are the ones that got the blood transfusions and had

 3    to have the evacuation.

 4              DR. BOLES:  That is correct.

 5              MR. CHAIRMAN:  But if the patient was

 6    informed that if they came back and had the reversal

 7    pill, still, a small percentage may miscarry at that

 8    point in time but a significant portion of those

 9    would carry to term?

10              DR. BOLES:  That's correct.

11              MR. CHAIRMAN:  All right.  Thank you.

12              Representative Clemmons, you're

13    recognized.

14              REPRESENTATIVE CLEMMONS:  Thank you, Mr.

15    Chairman.

16              And thank you for being here today.

17              DR. BOLES:  Thank you.

18              REPRESENTATIVE CLEMMONS:  I just want to

19    get some background.

20              You're an OB/GYN, you say?

21              DR. BOLES:  Yes.

22              REPRESENTATIVE CLEMMONS:  And how many

23    years have you been in practice?

24              DR. BOLES:  I graduated from medical

25    school in 1992; so 28 years as a physician.  The
```

Veteran Court Reporting
veterancourtreporting@gmail.com

1  first four of those were my residency; so 24 years

2  in independent practice.

3          REPRESENTATIVE CLEMMONS:  And during

4  that time frame, about how many abortions have you

5  performed?

6          DR. BOLES:  None.

7          REPRESENTATIVE CLEMMONS:  And are you

8  not trained to do those or is that a --

9          DR. BOLES:  I chose not to participate

10  in the abortion training.

11          REPRESENTATIVE CLEMMONS:  And this --

12  these pills that we are discussing here, are they

13  FDA approved?

14          DR. BOLES:  They are FDA approved, yes.

15          REPRESENTATIVE CLEMMONS:  And how long

16  have they been FDA approved?

17          DR. BOLES:  Since 2000.

18          REPRESENTATIVE CLEMMONS:  Since 2000?

19          DR. BOLES:  Yes.

20          REPRESENTATIVE CLEMMONS:  So you

21  discussed the clinical trials in 2012, what were the

22  trials before that were approved by the FDA?

23          MR. CHAIRMAN:  Dr. Boles, you're

24  recognized.

25          DR. BOLES:  The FDA trial that was

Veteran Court Reporting
veterancourtreporting@gmail.com

1    conducted by Danco, the pharmaceutical company, was
 2    the first trial and that resulted in the FDA
 3    approval.  To my knowledge, there have been no
 4    further FDA sanctioned trials.  The FDA did in the
 5    last few years based on data submitted by Danco
 6    broadened the indication for which mifepristone can
 7    be given.  In 2000, they approved it for up to seven
 8    weeks and then a few years ago they broadened that
 9    to ten weeks.  But that was not based upon any other
10    brand new randomized trial.
11           The other trials which I discussed, the
12    studies which were case series reports and other
13    studies, were not conducted by the Food and Drug
14    Administration or by Danco Pharmaceuticals.  They
15    were conducted by the people who have developed the
16    reversal regimen.
17           REPRESENTATIVE CLEMMONS:  So with the
18    reversal regimen itself, is that process -- I'm
19    trying to get my head around the peer review depth
20    or the depth of peer review on the reversal process
21    itself as opposed to the separate pills.
22           DR. BOLES:  The first study, the limited
23    case series of only six patients that was published
24    in 2012, was published in a peer review journal
25    called The Annals of Pharmacotherapy.  The largest

```
1   series of 754 patients who were evaluated in a more

2   structured manner was published in a peer review

3   journal called Issues in Law and Medicine.

4              REPRESENTATIVE CLEMMONS:  Where was

5   that?

6              DR. BOLES:  Issues in Law and Medicine.

7              REPRESENTATIVE CLEMMONS:  That's the

8   actual group?

9              DR. BOLES:  That's the name of the

10  journal.

11             REPRESENTATIVE CLEMMONS:  So the pills

12  themselves have been approved, but is the process

13  itself and the rate of success of the reversal, is

14  that approved in any way by the FDA, or is it just

15  standalone?

16             MR. CHAIRMAN:  Dr. Boles, you are

17  recognized.

18             DR. BOLES:  The Food and Drug

19  Administration does not require that prescription

20  medications be used only for their FDA approved

21  indications.  Most prescriptions that you take may

22  be given for what are considered off-label

23  indications.  Once a medication has been proven to

24  be safe and effective for the condition for which it

25  was originally approved, it can be used for any
```

```
 1   other purpose for which it was approved or for which

 2   it has been shown to be effective.

 3              Progesterone itself, natural

 4   progesterone has been used in women's health for

 5   over 50 years.  If there are women in this room

 6   that are on a birth control method that's

 7   prescribed that is anything other than a copper

 8   IUD, they have a form of prescription progesterone

 9   in their system right now.  Menopausal women

10   receive progesterone.  Progesterone has been

11   approved for use in pregnancy and is considered

12   Category B and has been shown to have no adverse

13   outcomes for use in pregnancy.  In fact, is widely

14   used to prevent repetitive miscarriages and preterm

15   labor.  So the medication does have approval for

16   use.  There is not a problem with off-label use.

17              Have I answered your question?

18              MR. CHAIRMAN:  Representative Clemmons,

19   you are recognized.

20              REPRESENTATIVE CLEMMONS:  Thank you, Mr.

21   Speaker.

22              I'm not sure you have.  So what I'm

23   getting at here is we're asking trained medical

24   professionals to give patients advice about

25   something or recommend something or a process or
```

Veteran Court Reporting
veterancourtreporting@gmail.com

```
1   give women false hope, perhaps, about a process
2   that may or may not work, and I don't hear you
3   saying that there is an overwhelming amount of peer
4   review study on the success rate of this process.
5           You discussed a 66 percent approval
6   rate of a very small pool.  That gives me pause
7   when we are mandating creating a Class E felony for
8   doctors who don't do this.  But a medical
9   professional -- why would they ever give a patient
10  who is in an emotionally fragile state false hope
11  about something when the success rate is, A, so low
12  and, B, not substantively tested or thoroughly.
13          In your 20-plus years of practicing
14  medicine, how often have you given a patient advice
15  or a recommendation based on a test that was six
16  people deep with a two-thirds success rate?
17          MR. CHAIRMAN:  Dr. Boles, you're
18  recognized.
19          DR. BOLES:  You're forgetting the study
20  that I quoted that has 754 patients still with a
21  68 percent success rate.  That's almost three out of
22  four.  Where if they don't get treatment, their rate
23  is pretty close to zero.  Because without -- if you
24  take the mifepristone but do not take progesterone,
25  even if you don't take the Cytotec, the fetal
```

Veteran Court Reporting
veterancourtreporting@gmail.com

survival rate is as low as 8 percent.  And that's a
report not from me or a pro-life physician.  That's
a report of analysis of the data that was published
by Dr. Daniel Grossman who is an abortion provider.

And he wrote in a study that review of
the data shows that when a patient takes
mifepristone, the fetal survival rate can be as low
as 8 percent.  Our study of 754 patients published
in a peer review journal shows that the current
regimen that we recommend has a 66 to 68 percent
success rate.  So I don't believe you can call it
false hope to increase the fetal survival from
8 percent to 68 percent.

And I don't believe that when a patient
changes their mind and you refuse to respect their
choice -- because that's what the abortion
providers tell us.  This issue is all about, I
think, the patient's choice.  If the patient
chooses to change her mind and is asked
specifically by a patient -- and is asked -- the
patient specifically asks the abortion provider if
anything can be done and they're told "no," then I
don't believe that is ethical.

MR. CHAIRMAN:  Representative Clemmons,
you are recognized.

Veteran Court Reporting
veterancourtreporting@gmail.com

```
 1              REPRESENTATIVE CLEMMONS:  Thank you,
 2    Mr. Speaker.
 3              And, you know, you just told my
 4    colleague over here that doctors can currently do
 5    this.  So you saying that we're refusing to respect
 6    a patient's choice, I don't know if that's
 7    occurring right now if you say it's already allowed
 8    to take place.
 9              And my final question is do you intend
10    to perform any abortions in the future?
11              MR. CHAIRMAN:  Dr. Boles.
12              DR. BOLES:  No, I do not.
13              MR. CHAIRMAN:  Representative Clemmons.
14              REPRESENTATIVE CLEMMONS:  So you will
15    never be doing what you're asking other doctors to
16    do today?
17              DR. BOLES:  I'm not asking any doctor to
18    perform an abortion.  I'm asking that the abortion
19    providers be required to answer the question
20    truthfully when a patient looks at them and says,
21    "I'm sorry that I took this.  I want to change my
22    mind."  I have delivered babies who have been
23    successfully reversed.  I currently have two
24    patients that I'm following that I started on the
25    reversal protocol within the last three weeks.
```

Veteran Court Reporting
veterancourtreporting@gmail.com

1          I spoke to some of those patients

2    yesterday in preparation for this hearing today.  I

3    told them that I would be coming here to testify

4    and I asked them -- I said, "Would you be in

5    support of a law that would require the abortion

6    provider to inform you at the time you take the

7    Mifeprex that, if you change your mind, there's a

8    way to reverse it?"  They all said, "Yes."

9          Patients who have been through this

10   process support this kind of legislation because

11   the other universal thing that I know in asking

12   every patient that the hotline has referred to me

13   that I ask them, "Did you ask your abortion

14   provider if there was a possibility of reversing

15   this?"  And every single patient who asks that

16   question was told "no."  Some of them were, in

17   fact, told that, if they didn't complete the

18   process, their baby would have birth defects and

19   that's dishonest because the FDA in it's pursual of

20   the approval for Danco's application asked Danco

21   "Are there any birth defects in the babies that

22   survive this process?"  And Danco said "no."

23          REPRESENTATIVE CLEMMONS:  And Danco --

24          MR. CHAIRMAN:  Representative Clemmons,

25   you are recognized.

Veteran Court Reporting
veterancourtreporting@gmail.com

1          REPRESENTATIVE CLEMMONS:  And who is
2    Danco again?
3          DR. BOLES:  Danco is the pharmaceutical
4    company that produces Mifeprex.
5          REPRESENTATIVE CLEMMONS:  That's
6    (indiscernible, simultaneous crosstalk) off the
7    medication?
8          DR. BOLES:  I'm sorry?
9          REPRESENTATIVE CLEMMONS:  No further
10   questions.
11         MR. CHAIRMAN:  Okay.
12         Representative Byrd, you are
13   recognized.
14         REPRESENTATIVE BYRD:  Thank you,
15   Mr. Chairman.
16         Is there any research that has been
17   done that shows what percent of women, if they had
18   known about this reversal process, would have not
19   followed through with abortion?
20         DR. BOLES:  Could you repeat that?
21         REPRESENTATIVE BYRD:  Yeah.  Is there
22   any research that has shown what percentage of
23   women, if they had known about this reversal
24   process, would have not followed through with the
25   abortion?

1          MR. CHAIRMAN:  Dr. Boles, you are

2    recognized.

3          DR. BOLES:  I'm not sure that I can

4    answer that.  There's not information that gives us

5    a specific percentage of the number of women who

6    regret what they have done after they take the pill.

7    What I have learned in talking to many of these

8    patients over the three or four years that I have

9    been part of the Abortion Pill Reversal network is

10   that there are women who do take the pill and

11   immediately regret it.

12          In fact, one that I talked to less than

13   two weeks ago was -- had found the hotline on an

14   internet search and was calling it begging for help

15   less than an hour after taking the first pill in

16   the series.

17          So can I tell you what the percentage

18   of women who take medication abortion pills then

19   regret it?  No.  I can't tell you that.  Can I tell

20   you that there are a decent number of people that

21   do?  Absolutely.  The hotline gets at least a dozen

22   phone calls a day and on busier days of the week

23   sometimes considerably more than that.  So there

24   are patients who seek this out and they find it not

25   because they are informed of it at their abortion

1  provider but because they find it themselves.

2          So we have no way of knowing how many

3  people didn't find this method and simply completed

4  the abortion process even though they regretted it.

5  There's no way to know that information.

6          MR. CHAIRMAN:  Representative Byrd, you

7  are recognized.

8          REPRESENTATIVE BYRD:  No further

9  questions.

10          MR. CHAIRMAN:  Okay.

11          Chairman [sic] White, you are

12  recognized.

13          REPRESENTATIVE WHITE:  Thank you,

14  Chairman.

15          Just for clarity on my part.  What is

16  the time period between administration of the

17  mifepristone and the Cytotec if you're going

18  through the complete process?

19          DR. BOLES:  24 to 48 hours.

20          REPRESENTATIVE WHITE:  24 to 48 hours.

21          And I think you said this three times,

22  but I just want to make sure I understood

23  correctly.

24          If a dose of mifepristone is

25  administered, it can be reversed with a regimen of

Case 3:20-cv-00740  Document 4044-19  Filed 09/24/21  Page 40 of 78 PageID #: 4248
Veteran Court Reporting
veterancourtreporting@gmail.com

progesterone.  But without the progesterone, then
it can be harmful to the woman unless she completes
the Cytotec?

                DR. BOLES:  Yes.  So the woman who
changes her mind after taking the mifepristone and
decides that she's not going to take the Cytotec and
hope for the best because she doesn't know there's a
better option, she is at risk.  So when the patients
leave the abortion clinic and don't know that there
is an option to reverse and they simply think they
can figure out what to do on their own, those are
the women who are in danger.

                REPRESENTATIVE WHITE:  Thank you.

                MR. CHAIRMAN:  Representative Sherrell,
you are recognized.

                REPRESENTATIVE SHERRELL:  Thank you,
Chairman.

                Thank you, Dr. Boles for being here
today.

                And my question is I believe you said
you never have performed any abortions?

                DR. BOLES:  Correct.

                REPRESENTATIVE SHERRELL:  I just want to
say you're my kind of doctor, and I appreciate what
you stand for and appreciate you being here today,

Veteran Court Reporting
veterancourtreporting@gmail.com

1 and I appreciate you protecting life inside the

2 mother's womb.  Thank you for being here today.

3              DR. BOLES:  Thank you, sir.

4              MR. CHAIRMAN:  Representative Dixie, you

5 are recognized.

6              REPRESENTATIVE DIXIE:  You referenced

7 two different studies.  The one with 754 and the one

8 with 6 or 12.  Was the 700- -- the study with the

9 754, was it conducted under the same conditions as

10 the one with 12?  Are we comparing apples to apples

11 here or are they two different studies with two

12 different scopes?

13              MR. CHAIRMAN:  Dr. Boles, you are

14 recognized.

15              DR. BOLES:  They are two different

16 studies conducted by two different people with two

17 different purposes.  The first study that I

18 referenced released in 2012 only had six patients

19 and it was not a case controlled-type study.  It

20 simply reported a series of six patients in whom

21 reversal was attempted and in whom four of the six

22 were successful.

23              There were two other small studies that

24 were published, which I don't have with me today.

25 And then there was a final study by the creators of

the reversal regimen that you do have in the folder
that I gave you published by Dr. George Delgado in
a peer review journal in which he evaluated 754
patients that wished to reverse the effects of the
mifepristone.  They did not take their Cytotec and
they took progesterone in a variety of different
regimens.  They were randomized to receiving an
injection versus an oral regimen and there were
different oral regimens that were used.

This study of nearly a thousand
patients did show that the most effective regimen
is now the one we currently recommend and that it
has a 68 percent success rate with no increase in
birth defects and no increase in adverse outcomes
for the woman.

The final study you've asked about was
conducted by an abortion doctor who randomized 12
women that sought an abortion into two groups of
six each.  Some received the abortion pill only and
placebo; some received the abortion pill and the
reversal regimen that we currently recommend.
Those were the studies that I've referenced.

MR. CHAIRMAN:  Representative Dixie, any
further question?

REPRESENTATIVE DIXIE:  (No audible

```
 1   response.)

 2              MR. CHAIRMAN:  Okay.  Thank you.

 3              Chairman Smith, you are recognized.

 4              REPRESENTATIVE SMITH:  Thank you, Dr.

 5   Boles.

 6              Just as clarification, if this were

 7   taken out of the scope of treating abortion, would

 8   this be viewed as just simply informed consent,

 9   talking with a patient about the options that they

10   have as a standard approach to care if it were

11   removed from the abortion issue?  Because I know

12   that's what is so controversial in the minds of

13   many.  But if you remove this practice of informing

14   and giving full information to the patient in any

15   other scope of care, would this just be considered

16   informed consent in a standard practice of care?

17              DR. BOLES:  Absolutely.  That's -- that

18   is one of my points.

19              REPRESENTATIVE SMITH:  Thank you, Dr.

20   Boles.

21              DR. BOLES:  For example, if a patient

22   comes to me and she wants to have her tubes tied, my

23   informed consent process with her is similar to what

24   should occur with the informed consent process for

25   the abortion pill.  I say to her, "Are you sure you
```

Veteran Court Reporting
veterancourtreporting@gmail.com

1  don't want anymore children because you have to

2  consider this method of birth control to be

3  irreversible."

4          And then I go on to tell her, "You have

5  probably heard of people having their tubes put

6  back together.  That is possible but it only works

7  about 50 percent of the time and you can't use this

8  as your method of birth control if you're going to

9  think about doing that in the future.  That would

10 not be a good choice."  That's my informed consent

11 process before tying a woman's tubes.

12          In a similar fashion, basic ethical

13 requirements for informed consent on taking an

14 abortion pill should say that if you take this and

15 regret it afterwards, there is a way to try to

16 reverse it.  It won't always work, but you can try

17 it and here is how you access that information.

18 That process can be completed, as I just stated in

19 less than 15 seconds and in no way is an undue

20 burden on either the woman or the abortion

21 provider.  It's simply medical ethics.

22          MR. CHAIRMAN:  Chairman Smith, you are

23 recognized.

24          REPRESENTATIVE SMITH:  Thank you,

25 Doctor, and thank you Mr. Chairman for sponsoring

Veteran Court Reporting
veterancourtreporting@gmail.com

```
 1   this bill.  This is good standard of practice and

 2   good standard of care, and I think this is an easy

 3   vote for this member.  Thank you.

 4              Thank you.

 5              MR. CHAIRMAN:  Thank you.

 6              Representative Miller, you are

 7   recognized.

 8              REPRESENTATIVE MILLER:  Thank you,

 9   Mr. Chair.

10              Mr. Chairman, I think last week in

11   subcommittee we heard from a female physician.

12   Will we hear from her while we are out of session?

13              MR. CHAIRMAN:  Thank you.  She was

14   supposed to be on the schedule for today.  She was

15   on the schedule for last week.  And I do not see her

16   in the audience, and I do not know that we have

17   anyone on the other -- that may want to testify

18   while we are out of session.

19              REPRESENTATIVE MILLER:  Thank you,

20   Mr. Chairman.

21              Doctor, thank you for your

22   presentation.

23              Do you support a woman's right to

24   choose to have an abortion or not have an abortion?

25              DR. BOLES:  I support the woman's right
```

Veteran Court Reporting
veterancourtreporting@gmail.com

1  to access birth control and to make the decisions

2  about whether or not to become pregnant. But once

3  another life is involved -- because science and

4  ethics are very clear that human life begins at

5  conception -- once another life is involved, I do

6  not support abortion as a human right in any case

7  other than to save the life of the mother, which is

8  an extremely rare occurrence.

9         MR. CHAIRMAN: Representative Miller,

10 you are recognized.

11        REPRESENTATIVE MILLER: However, you

12 support the right of the woman to change her mind in

13 a case of reversal? You support her right to choose

14 to change her mind?

15        DR. BOLES: When she is making the

16 choice to save the life of a child that she thought

17 a moment before that she didn't want then, yes, I

18 support that. Because that choice potentially saves

19 a life. The choice to abort the pregnancy always

20 ends a life. There's a vast difference between

21 those two positions.

22        MR. CHAIRMAN: Representatives Miller?

23        REPRESENTATIVE MILLER: Thank you,

24 Mr. Chairman. Thank you.

25        MR. CHAIRMAN: Thank you.

Veteran Court Reporting
veterancourtreporting@gmail.com

1              Representative Cooper, you are
         2    recognized.
         3              REPRESENTATIVE COOPER:  Thank you
         4    Mr. Chairman.
         5              I apologize, everyone.  I had to run
         6    out to present a bill in another committee and
         7    that's why I was not here and I missed part of your
         8    presentation.
         9              I want to know -- this pill that is
        10    allowed right now it does destroy -- prevents a
        11    baby from being born.  In other words, it kills the
        12    embryo.
        13              DR. BOLES:  Yes, it does.
        14              REPRESENTATIVE COOPER:  And I know there
        15    may be a lot of studies because, like I said, I
        16    missed part of your presentation.
        17              If it kills the baby, what does it do
        18    to the mother?
        19              DR. BOLES:  The application that Danco
        20    Pharmaceuticals made to the Food and Drug
        21    Administration would lead you to believe that there
        22    are very few side effects or adverse outcomes for
        23    the mother.  However, there have been women who as a
        24    result of unusual infections after the use of this
        25    medication, and there are many women who have had

1  bleeding that require transfusion or surgery
2  afterwards.
3          And, you see, the problem here is that
4  while 29 states require that the complications of
5  abortions be reported to the State's Department of
6  Health or to the Center for Disease Control, 21
7  states don't require reporting at all.  And of the
8  29 who do, the enforcement mechanisms in those
9  states have no teeth.  So we don't have accurate
10 information on how often women experience bad
11 complications from use of this abortion regimen.
12         There are a number of reports to the
13 Food and Drug Administration of adverse events.
14 But the vast majority of these adverse outcomes and
15 complications were not reported by abortion
16 providers.  They were reported by emergency room
17 doctors and private OB/GYNs like myself to the
18 adverse event reporting database.  That data with
19 several thousand adverse outcomes is currently
20 being analyzed by a group of which I am a part and
21 we expect publication to occur later this year on a
22 more accurate incidence of adverse outcomes using
23 the medication abortion regimen.
24         So in answer to your question, yes,
25 there are the potential for bad outcomes for women

1    who use this medication.

2              REPRESENTATIVE COOPER:  Okay.  Earlier
3    you said --

4              MR. CHAIRMAN:  Representative Cooper,
5    you are recognized.

6              REPRESENTATIVE COOPER:  Do you mean that
7    mothers have lost their lives?

8              DR. BOLES:  Some mothers have.  A few
9    mothers have lost their lives.  Most of those deaths
10   have occurred because of atypical infections that
11   typically are only seen after the use of medication
12   abortion.  But there -- there's the potential as
13   well for death from blood loss or other problems.

14             REPRESENTATIVE COOPER:  One moment, Mr.
15   Chair, and I'll be finished.

16             And with that few, do you have a
17   number?

18             DR. BOLES:  I do not have a number.
19   That's what we're working on.  The group that I'm a
20   part of is working on a number.

21             REPRESENTATIVE COOPER:  Thank you,
22   Mr. Chair and thank you for being here.

23             MR. CHAIRMAN:  Thank you.

24             I have one clarification on something
25   that you answered for her.  She had asked if the

Veteran Court Reporting
veterancourtreporting@gmail.com

1    first pill, mifepristone, damaged the baby -- I
 2    think is what she said.  I think -- would it be
 3    more clear to say that that pill creates an
 4    environment that's not conducive to the baby
 5    therefore that damages the baby as opposed to
 6    specifically it damaging the baby?
 7              DR. BOLES:  The pill -- the intended
 8    effect of the pill is to kill the child, and it
 9    accomplishes this by interfering with the action of
10    progesterone.  That action reduces the blood supply
11    into the uterus which causes the placental tissue to
12    become unstable and it deprives the placenta and the
13    embryo or fetus of oxygen and other critical
14    nutrients.  That's the -- if you want to call it,
15    embryocidal or feticidal.  That's the feticidal
16    effect.
17              MR. CHAIRMAN:  Thank you.
18              Representative Dixie, you have another
19    question?
20              REPRESENTATIVE DIXIE:  Yes.
21              Are you familiar with the report that
22    was produced by the Louisiana Department of Health
23    which did a study based on the effects of abortions
24    induced with drugs and chemicals if they can be
25    reversed and to report the findings to their state

1    and house committees?

2              Are you familiar with that?

3              DR. BOLES:  I was not aware that
4    Louisiana had undertaken that.

5              REPRESENTATIVE DIXIE:  Okay.  Well,
6    after that study they have several experts -- seven,
7    I think, to be exact -- you know, from medical
8    fields, OB/GYN, pharmacies -- they had an array of
9    panels.

10             And the conclusion was that there was
11   neither sufficient evidence or a scientific basis
12   to conclude that the abortion induced with drugs or
13   chemicals can be reversed.  So I think what you're
14   asking -- to go along with what Representative
15   Clemmons was saying -- we're asking to set a
16   standard on something that cannot be proven that's
17   not safe.  And even if you do 754 people at 68
18   percent of that, I don't think that's
19   representative to be asking people to -- for us to
20   mandate something that's not proven or recommend
21   something that's not proven.

22             MR. CHAIRMAN:  Dr. Boles, you are
23   recognized.

24             DR. BOLES:  To specifically answer that,
25   I would have to see how the Louisiana Department of

Case 3:20-cv-00740   Document 90-09 Filed 09/20/22   Page 52 of 78 PageID #: 4360
Veteran Court Reporting
veterancourtreporting@gmail.com

Health arrived at their conclusions because I
would -- with what you have stated about their
conclusions, I would vigorously disagree.

You know, the abortion industry -- you
keep focusing on 754 patients not being enough.
But the abortion industry and Dr. Creinin want us
to conclude that this is not safe based on a series
of 12 patients.  Which is it?

MR. CHAIRMAN:  Representative Dixie, you
are recognized.

REPRESENTATIVE DIXIE:  I don't want to
get confused or lost in confusion.  But I just want
to make it clear that I believe that the one that
was based on the six patients was stopped because of
the risk of the health for women.  The one at 754,
I'm not sure -- I don't think that there's enough
information out there to be making this -- to make
this a mandate.  That is my question.

If one was stopped due to concerns of
health of women in this particular trial, I think
that there's something that maybe we should take
some time to even -- maybe we should look at to get
the members to look at the report that the
Louisiana Department of Health put forth so we can
be a little bit more informed before we make this

Veteran Court Reporting
veterancourtreporting@gmail.com

1   decision.

2            DR. BOLES:  In response to that, again,

3   the study was stopped because two of the six women

4   in the group who only took the abortion pill had a

5   bad outcome.  The six women in the group that took

6   the progesterone to reverse it did not have bad

7   outcomes.  Five of the six had surviving embryos and

8   none of the six required a blood transfusion or a

9   surgery.  The only two adverse outcomes were in the

10  group that took the abortion pill without the

11  reversal regimen and one of them required surgery

12  and the other one required surgery and a blood

13  transfusion.

14           So if we want to draw a conclusion from

15  a series of 12 patients that was stopped, it was

16  stopped because the ones that didn't get the

17  reversal regimen did not do well.  That's the real

18  conclusion that you can draw from that study.  And

19  from a study of 754 patients that show no increase

20  in bad outcomes for the women who try reversal and

21  show a 68 percent success rate at saving the baby's

22  lives, I think that speaks for itself.

23           MR. CHAIRMAN:  All right.  Thank you.  I

24  think we got one last -- Chairman [sic] Kumar and

25  then we are going -- I think everybody has had their

Veteran Court Reporting
veterancourtreporting@gmail.com

1  questions and we are going to wrap this up.
2          But, Chairman Kumar, you are
3  recognized.
4          REPRESENTATIVE KUMAR:  Thank you,
5  Mr. Chairman.  Thank you for your generosity.
6          Dr. Boles, thank you for being here.
7          DR. BOLES:  You're welcome.
8          REPRESENTATIVE KUMAR:  I think stopping
9  the study is required as a humane gesture or the
10  responsibility to our patients when the outcomes are
11  so clear.  And that's not an uncommon phenomenon, is
12  it?
13          DR. BOLES:  That's correct.
14          REPRESENTATIVE KUMAR:  Providing a
15  patient with full information is part of the
16  informed consent.  You know, medication you're
17  taking, can it be the worst, what side effects does
18  it have?  That should be a part of the informed
19  consent.  And it's very good that we are -- we have
20  legislation to this regard so this process does not
21  get overlooked.  But certainly, this should really,
22  in a way, should not be necessary if we were all to
23  inform the patients completely of the effects of
24  what treatment we are giving them and the
25  possibilities of reversal.

Veteran Court Reporting
veterancourtreporting@gmail.com

1          These are remorseful and intense in
2    overwhelming times, and these are patients, in my
3    opinion that certainly need complete information
4    and reassurance that it's an uncertain territorial
5    acting and certainly the situation can be rescued
6    if need be, if they change their mind.
7          My last question to you is is there
8    knowledge within the studies and science at this
9    time about babies that were delivered following the
10   reversal process?  How old are they now and are
11   there any health consequences to them?
12        MR. CHAIRMAN:  Dr. Boles, you are
13   recognized.
14        DR. BOLES:  The first one would have
15   been delivered in 2007 or 2008, so we now have a
16   teenager that was successfully reversed.  And since
17   then, there are over a thousand reported deliveries
18   and then there are some women who did not follow up.
19   Of the ones that we have been able to follow, of the
20   ones that have been -- that it's been possible to
21   track, there is no increase in the number of
22   problems that the child has from the standpoint of
23   birth defects or developmental issues or behavioral
24   issues.  None.
25   ///

Veteran Court Reporting
veterancourtreporting@gmail.com

1            In fact, the statistic I mentioned

2    earlier gives -- shows another benefit to using

3    this and perhaps that will someday be broadened to

4    all pregnancies.  But when you have the preterm

5    delivery rate being around 10 percent with

6    premature delivery being responsible for an

7    enormous number of health care problems and the

8    expenditure of an enormous amount of health care

9    dollars, this regimen appears to reduce the preterm

10   delivery rate from 10 percent down to less than

11   3 percent.

12           So there have been no adverse outcomes

13   for the babies noted either development or behavior

14   or birth defects.  And there is -- there are two

15   very significant benefits that have been shown.

16   One, saving the baby's life 68 percent of the time.

17   And, two, reducing the preterm delivery rate.

18           REPRESENTATIVE KUMAR:  Thank you, Dr.

19   Boles.  We are grateful for your presence and your

20   knowledge.  Thank you.

21           DR. BOLES:  Thank you.

22           MR. CHAIRMAN:  All right.  Thank you.  I

23   appreciate your testimony.

24           And seeing no further questions, we

25   will go back into session.

1          We are back on the amendment.  We have

2   a -- the question has been called on the amendment

3   without objection.  We are voting on Amendment

4   014982.

5          All those in favor say "aye."

6          COMMITTEE MEMBERS:  (Collectively) Aye.

7          MR. CHAIRMAN:  Opposed?

8          COMMITTEE MEMBERS:  (No audible

9   response.)

10          MR. CHAIRMAN:  Ayes have it.  The

11   amendment goes on the bill.

12          I believe we have a second amendment by

13   Representative Dixie.

14          Do you plan to run that amendment?

15          REPRESENTATIVE DIXIE:  If I can explain

16   it.

17          MR. CHAIRMAN:  Okay.  It is Amendment

18   015380.

19          UNIDENTIFIED SPEAKER:  Motion on

20   amendment.

21          UNIDENTIFIED SPEAKER:  Second.

22          MR. CHAIRMAN:  Okay.  You have a motion

23   and a second.

24          REPRESENTATIVE DIXIE:  So with the

25   previous amendment, I think there's some signage --

Veteran Court Reporting
veterancourtreporting@gmail.com

```
 1   well, with this bill there's going to be some
 2   signage that's going to be in waiting rooms or in
 3   the physician area.  So this will just require some
 4   additional language to put a warning to patients
 5   that there have been no medical trials completed
 6   that prove a medication abortion can be reversed.
 7   And that's simply what my amendment does -- add
 8   verbiage.
 9          MR. CHAIRMAN:  Okay.  Chairman Hill,
10   you're recognized on the amendment.
11          CHAIRMAN HILL:  Thank you very much.
12          In light of the fact that we just spent
13   50 minutes to the contrary of what this amendment
14   says, I move to table Amendment Number 2.
15          UNIDENTIFIED SPEAKER:  Second.
16          MR. CHAIRMAN:  Okay.  Proper motion.
17          With that, we will be voting on the
18   tabling motion.
19          All those in favor of tabling Amendment
20   015380 say "aye."
21          COMMITTEE MEMBERS:  (No audible
22   response.)
23          MR. CHAIRMAN:  Debate is off all except
24   for the sponsor before we go to the tabling motion.
25          REPRESENTATIVE DIXIE:  We did talk about
```

Veteran Court Reporting
veterancourtreporting@gmail.com

1  the clinical trials, but there is nothing that has

 2  been successfully proven that this is very effective

 3  for women in these trials.  I think that it's not

 4  sufficient enough, and I think that this verbiage is

 5  very important to go on the signage as well.

 6           And with that, that's all I have to say

 7  on this and thank you, Mr. Chairman, for giving me

 8  a second to speak about this.

 9           MR. CHAIRMAN:  Thank you.  With that, we

10  will be voting on the tabling motion.

11           All those -- we are tabling 015380.

12  All those in favor of tabling the amendment, vote

13  "aye."

14           COMMITTEE MEMBERS:  (Collectively) Aye.

15           MR. CHAIRMAN:  Opposed?

16           COMMITTEE MEMBERS:  (Collectively) No.

17           MR. CHAIRMAN:  Ayes have it.  We have

18  tabled the amendment.

19           We are back on House Bill 2568 as

20  amended.

21           Chairman Faison, you are recognized.

22           REPRESENTATIVE FAISON:  I renew my

23  motion.

24           MR. CHAIRMAN:  Chairman White, you are

25  recognized.

Veteran Court Reporting
veterancourtreporting@gmail.com

```
 1            REPRESENTATIVE WHITE:  Thank you,
 2  Chairman.
 3            Just one more time, based on the
 4  question I asked our guest, would you just restate
 5  what the signage says in the original bill in the
 6  amendment that we just passed?
 7            REPRESENTATIVE FAISON:  Thank you,
 8  Chairman White.
 9            This bill would provide -- or require
10  abortion facilities to post both signage in the
11  facilities as well as give verbal information to
12  women about the procedure as well as how and where
13  they can procure the abortion pill reversal if they
14  so choose.
15            MR. CHAIRMAN:  Thank you.
16  Representative Clemmons, you are recognized.
17            REPRESENTATIVE CLEMMONS:  Thank you,
18  Mr. Chairman, and thank you sponsor.
19            I appreciate what I believe is your
20  intent with this legislation.  I did raise the
21  issue earlier of false hope.  And I have a sincere
22  concern about that, and I know that your intent
23  with this legislation is not to increase the number
24  of women who come in thinking that if they change
25  their mind they can just reverse that.  I think
```

Veteran Court Reporting
veterancourtreporting@gmail.com

```
 1    that could be an effect to this legislation that
 2    may not be considered for, you know, this body has
 3    spent during my tenure a lot of time limiting the
 4    constitutional rights of women.  And this bill
 5    seems to do the reverse of that or could have the
 6    effect of doing the reverse of that.
 7              And I'm reading this notice that's to
 8    be posted in the doctors' offices, and I think the
 9    language of it is very telling because we've talked
10    a lot about the medical studies or lack thereof and
11    sample sizes.  And I just want to read this.
12              "Recent developing research has
13    indicated that mifepristone alone is not always
14    effective in ending a pregnancy.  It may be
15    possible to avoid."  There seems -- there's a lot
16    of iffy language in this notice.
17              And this is a pretty thoroughly drafted
18    piece of legislation.  You've got down to the font
19    of what it has to say on the website and so forth.
20              Are you concerned, given what we've
21    heard today, the testimony I think you heard in the
22    subcommittee from both sides and just the language
23    of this legislation that you are providing women
24    who are already in an emotional state making
25    probably, I would argue, the most difficult
```

Veteran Court Reporting
veterancourtreporting@gmail.com

```
1   decision in their life.  Are you concerned you're
2   giving them false hope?
3               MR. CHAIRMAN:  Chairman Faison, you are
4   recognized.
5               REPRESENTATIVE FAISON:  Thank you, Mr.
6   Chairman.
7               The gentleman from Shelby County -- I
8   mean from Davidson County, I will remind you that
9   two years ago in Washington D.C. in a very
10  bipartisanship manner, every democrat and
11  republican alike in the House and the Senate, which
12  is an extreme rarity, they voted for a law called
13  Right to Try.  And that would give Americans the
14  ability to enter in and try some medical treatment
15  that may or may not work.  It could possibly give
16  them false hope, but it could also possibly give
17  them hope.  I would encourage you that this is not
18  what we're doing here.
19              This is not 100 percent.  Very few
20  things in medicine are 100 percent.  But there are
21  times that a young lady -- and I have actually
22  spoken with some -- that they were devastated by
23  what they did, they got scared, they got pressured,
24  by people -- maybe pressured by a perpetrator, and
25  they realized, "You know what, I need a chance.  I,
```

Veteran Court Reporting
veterancourtreporting@gmail.com

```
 1   at least, can try to undo this."

 2              And I'm also intrigued that someone

 3   such as yourself who is a champion -- so-called

 4   champion for women's right to choose, would want to

 5   deny them the ability to understand that this is a

 6   choice that they can make.  This is another choice

 7   to provide for them.

 8              So I'm not challenged at all that this

 9   isn't 100 percent.  I'm encouraged that there is a

10   possibility and that this could save a life and

11   that we're giving a mom another choice.

12              MR. CHAIRMAN:  Represent Clemmons.

13              REPRESENTATIVE CLEMMONS:  Thank you, Mr.

14   Chairman.

15              And thank you for that response.  I

16   guess my concern is to address your last point.

17   Nothing in the law prohibits this from taking place

18   right now.  I think it's up to the medical

19   professional's discretion.  And right now we are

20   adding something into the standard of care or

21   seeking to -- it appears to add something into the

22   standard of care of medical professionals who, you

23   know, they are not prevented from doing this

24   already.

25              So I don't think that we are standing
```

Veteran Court Reporting
veterancourtreporting@gmail.com

```
1   in the way or that the law prohibits this or stands

2   in the way in any respect.  And, you know -- and I

3   get that there's two sides to this issue, and I

4   certainly never heard from a woman who has been

5   denied that opportunity.  You very well may have as

6   you said.

7            The other issue I want to address here

8   is we are creating a Class E felony in civil

9   liability even with the award of attorney's fees in

10  this legislation.  I assume that's your attempt to

11  put some teeth into this and force medical

12  professionals to comply with it.  But, you know,

13  this body has decimated medical malpractice in the

14  State of Tennessee.

15           And so really the teeth you're seeking

16  to put into it, because of our medical malpractice

17  laws and tort reform, the teeth that I think you're

18  intending to put into this law is virtually

19  nonexistent because of the high hurdles that we

20  have in the State of Tennessee in that respect.

21           So I just point that out to you, and I

22  don't know that a response is necessary.  But thank

23  you very much, and I appreciate your time,

24  Mr. Chairman.

25           MR. CHAIRMAN:  Thank you.  Any further
```

Veteran Court Reporting
veterancourtreporting@gmail.com

1   questions?

2          Seeing none, we are voting on House

3   Bill 2568.

4          All those in favor, say "aye."

5          COMMITTEE MEMBERS:  (Collectively) Aye.

6          MR. CHAIRMAN:  Ayes have it.  The bill

7   moves on to Calendar and Rules.

8          If you wish to be recorded as a "no"

9   please -- or have your vote recorded, please tell

10  the clerk.

11         (WHEREUPON, the foregoing proceedings

12  were concluded.)

13

14

15

16

17

18

19

20

21

22

23

24

25

Veteran Court Reporting
veterancourtreporting@gmail.com

```
 1                    REPORTER'S CERTIFICATE

 2   STATE OF TENNESSEE

 3   COUNTY OF MONTGOMERY

 4

 5            I, D. ROCHELLE KOENES, Licensed Court

 6   Reporter, with offices in Clarksville, Tennessee,

 7   hereby certify that I transcribed the audio

 8   recording of LEGISLATIVE HISTORY HOUSE HEALTH

 9   COMMITTEE - HB2568 by machine shorthand to the best

10   of my skills and abilities, and thereafter the same

11   was reduced to typewritten form by me.

12            I further certify that I am not related

13   to any of the parties named herein, nor their

14   counsel, and have no interest, financial or

15   otherwise, in the outcome of the proceedings.

16            I further certify that in order for this
     document to be considered a true and correct copy,
17   it must bear my original signature, and that any
     unauthorized reproduction in whole or in part
18   and/or transfer of this document is not authorized,
     will not be considered authentic, and will be in
19   violation of Tennessee Code Annotated 39-14-104,
     Theft of Services.
20

21   _____

22   D. ROCHELLE KOENES, RPR, LCR
     Veteran Court Reporting
23   Court Reporter and
     Notary Public State of Tennessee
24
     My Notary Public Commission Expires: 04/10/2023
25   LCR# 689    Expires:  6/30/2021
```

Veteran Court Reporting
veterancourtreporting@gmail.com

**-**

**-14982** 3:13

**0**

**0148** 3:13

**014982** 3:14 46:4

**015380** 46:18
47:20 48:11

**1**

**1** 2:16

**1.1.1** 10:4

**1.1.3** 10:4

**10** 2:6 15:1 45:5,
10

**100** 51:19,20 52:9

**12** 8:5,13 16:3
30:8,10 31:17
41:8 42:15

**15** 4:19 33:19

**1992** 17:25

**2**

**2** 47:14

**20** 4:18

**20-plus** 22:13

**2000** 5:11 18:17,
18 19:7

**2007** 6:14 44:15

**2008** 44:15

**2012** 7:1 8:9 18:21
19:24 30:18

**2020** 2:6

**21** 37:6

**24** 5:25 18:1
28:19,20

**24-hour-a-day**
14:7

**2568** 2:10,16,23
48:19 54:3

**28** 17:25

**29** 37:4,8

**3**

**3** 15:3 45:11

**4**

**40** 11:11 12:1

**48** 3:2 5:25 28:19,
20

**5**

**50** 21:5 33:7 47:13

**500** 14:10

**6**

**6** 30:8

**66** 22:5 23:10

**68** 6:7 7:15 10:1
22:21 23:10,13
31:13 40:17 42:21
45:16

**7**

**700-** 30:8

**754** 7:14 20:1
22:20 23:8 30:7,9
31:3 40:17 41:5,
15 42:19

**8**

**8** 23:1,8,13

**80** 9:4 10:2 13:10

**A**

**ability** 51:14 52:5

**abort** 16:20 35:19

**abort-** 16:17

**abortion** 2:25 3:6
4:25 5:3,9,10 7:2,
10,16 8:3,6,7
13:23,25 14:4,18
15:2 18:10 23:4,
16,21 24:18 25:5,
13 26:19,25 27:9,
18,25 28:4 29:9
31:17,18,19,20
32:7,11,25 33:14,
20 34:24 35:6
37:11,15,23 38:12
40:12 41:4,6 42:4,
10 47:6 49:10,13

**abortionpillrever
sal.com** 14:5

**abortions** 18:4
24:10 29:21 37:5
39:23

**Absolutely** 27:21
32:17

**academic** 4:20

**access** 33:17
35:1

**accomplished**
14:23

**accomplishes**
39:9

**accurate** 10:6
37:9,22

**acting** 44:5

**action** 5:19 39:9,
10

**actual** 20:8

**add** 47:7 52:21

**adding** 52:20

**addition** 4:20

**additional** 47:4

**address** 52:16
53:7

**adequately** 16:7

**administer** 6:6

**administered**
28:25

**administering**
7:22

**administration**
5:12 19:14 20:19
28:16 36:21 37:13

**adverse** 6:10
11:13 12:8,23
13:6 21:12 31:14
36:22 37:13,14,
18,19,22 42:9
45:12

**advice** 21:24
22:14

**advisory** 4:24

**alike** 51:11

**allowed** 24:7
36:10

**AMA** 10:12

**amended** 48:20

**amendment**
3:10,13,16,17,21,
23 46:1,2,3,11,12,
14,17,20,25 47:7,
10,13,14,19
48:12,18 49:6

**America** 15:10

**American** 8:2
10:3

**Americans** 51:13

**amount** 9:6 22:3
45:8

**analysis** 23:3

**analyzed** 37:20

**and/or** 12:16

**Annals** 19:25

**anymore** 33:1

**apologize** 36:5

**appears** 45:9
52:21

**apples** 30:10

**application** 25:20
36:19

**appointments**
4:21

Veteran Court Reporting
veterancourtreporting@gmail.com

approach 32:10

approached 6:16,21

approval 19:3 21:15 22:5 25:20

approved 5:12 18:13,14,16,22 19:7 20:12,14,20, 25 21:1,11

area 47:3

argue 50:25

arm 11:9 13:2,3

array 40:8

arrived 9:7 41:1

asks 23:21 25:15

aspiration 9:14

Associations 10:3

assume 53:10

attempt 2:23 12:19 53:10

attempted 8:23 30:21

attempting 8:5

attorney's 53:9

atypical 38:10

audible 31:25 46:8 47:21

audience 34:16

audio 2:4

authored 8:3

availability 14:1

avoid 50:15

award 53:9

aware 9:24 40:3

aye 46:5,6 47:20 48:13,14 54:4,5

Ayes 46:10 48:17 54:6

**B**

babies 7:9 13:16, 18 14:16,24 24:22 25:21 44:9 45:13

baby 6:20 7:18 14:20 16:10 25:18 36:11,17 39:1,4,5, 6

baby's 42:21 45:16

back 12:4 17:6 33:6 45:25 46:1 48:19

background 17:19

bad 15:5 37:10,25 42:5,6,20

based 8:4 12:20 13:5 16:25 19:5,9 22:15 39:23 41:7, 14 49:3

basic 6:2 33:12

basis 40:11

begging 27:14

begin 7:20

begins 35:4

behavior 45:13

behavioral 44:23

benefit 45:2

benefits 45:15

biggest 15:7

bill 2:10,12,16,23 3:6,11 5:2 34:1 36:6 46:11 47:1 48:19 49:5,9 50:4 54:3,6

bipartisanship 51:10

birth 7:18 14:16 15:5 21:6 25:18, 21 31:14 33:2,8 35:1 44:23 45:14

bit 41:25

bleeding 8:19 9:6,13 11:18,23 12:2,11,12 37:1

blocker 5:16

blood 9:10 12:14, 16 13:1 17:2 38:13 39:10 42:8, 12

board 4:17,24

body 50:2 53:13

Boles 4:13,16,17 11:2,8,21 12:5,9, 24 13:21,23 15:14,19 16:4,13, 18,21 17:4,10,17, 21,24 18:6,9,14, 17,19,23,25 19:22 20:6,9,16,18 22:17,19 24:11, 12,17 26:3,8,20 27:1,3 28:19 29:4, 18,22 30:3,13,15 32:5,17,20,21 34:25 35:15 36:13,19 38:8,18 39:7 40:3,22,24 42:2 43:6,7,13 44:12,14 45:19,21

born 36:11

brand 19:10

break 8:20

Brent 4:13,17

broadened 19:6, 8 45:3

brought 2:23

burden 33:20

busier 27:22

Byrd 26:12,14,21 28:6,8

**C**

calendar 2:15 54:7

call 23:11 39:14

called 5:13,15,25 19:25 20:3 46:2

51:12

calling 27:14

calls 27:22

care 15:8 32:10, 15,16 34:2 45:7,8 52:20,22

Carolina 6:15

carry 16:10,12,25 17:9

case 6:24 7:1,3,6 8:8 19:12,23 30:19 35:6,13

cases 5:22

Category 21:12

Center 37:6

cerebral 15:9

certified 4:18

Chair 34:9 38:15, 22

Chairman 2:14, 19,20 3:10,14,20 4:9 10:13,19 13:13,21 15:11, 22,23 16:5,15,19, 22 17:5,11,15 18:23 20:16 21:18 22:17 23:24 24:11,13 25:24 26:11,15 27:1 28:6,10,11,14 29:14,17 30:4,13 31:23 32:2,3 33:22,25 34:5,10, 13,20 35:9,22,24, 25 36:4 38:4,23 39:17 40:22 41:9 42:23,24 43:2,5 44:12 45:22 46:7, 10,17,22 47:9,11, 16,23 48:7,9,15, 17,21,24 49:2,8, 15,18 51:3,6 52:12,14 53:24,25 54:6

challenged 52:8

champion 52:3,4

chance 51:25

Case 3:20-cv-00740 Document 40-9 Filed 09/30/20 Page 69 of 78 PageID #: 453
Veteran Court Reporting
veterancourtreporting@gmail.com
12

**change** 3:4,9 5:5 6:17 23:19 24:21 25:7 35:12,14 44:6 49:24

**changed** 6:3

**chemicals** 39:24 40:13

**child** 35:16 39:8 44:22

**children** 33:1

**children's** 15:8

**choice** 23:16,18 24:6 33:10 35:16, 18,19 52:6,11

**choose** 5:5 6:11 34:24 35:13 49:14 52:4

**chooses** 23:19

**chose** 18:9

**circle** 12:3

**civil** 53:8

**claim** 7:3 8:4,13 13:9

**clarification** 32:6 38:24

**clarify** 15:24

**clarity** 28:15

**Class** 22:7 53:8

**clear** 35:4 39:3 41:13 43:11

**Clemmons** 4:4,6 17:12,14,18,22 18:3,7,11,15,18, 20 19:17 20:4,7, 11 21:18,20 23:24 24:1,13,14 25:23, 24 26:1,5,9 40:15 49:16,17 52:12,13

**clerk** 54:10

**clinic** 3:2,6 29:9

**clinical** 18:21 48:1

**close** 22:23

**coast** 6:21

**code** 3:13,14 10:3,12

**colleague** 24:4

**Collectively** 46:6 48:14,16 54:5

**College** 4:23 8:2

**comments** 3:17

**committee** 2:5, 10,19,22 3:21 36:6 46:6,8 47:21 48:14,16 54:5

**committees** 40:1

**company** 5:13 19:1 26:4

**compare** 7:22

**comparing** 30:10

**complete** 8:16 10:6 25:17 28:18 44:3

**completed** 28:3 33:18 47:5

**completely** 43:23

**completes** 29:2

**compliant** 16:7, 20,23

**complications** 37:4,11,15

**comply** 53:12

**conception** 35:5

**concern** 49:22 52:16

**concerned** 50:20 51:1

**concerns** 41:19

**conclude** 13:5 40:12 41:7

**concluded** 54:12

**conclusion** 8:17 9:16,23 40:10 42:14,18

**conclusions** 7:5 8:10,12 41:1,3

**condition** 20:24

**conditions** 30:9

**conducive** 39:4

**conducted** 19:1, 13,15 30:9,16 31:17

**conducting** 11:12

**confused** 41:12

**confusion** 41:12

**connected** 14:10

**consent** 5:4 10:7 32:8,16,23,24 33:10,13 43:16,19

**consequences** 44:11

**considerably** 27:23

**consideration** 2:9

**considered** 20:22 21:11 32:15 50:2

**constitutional** 50:4

**continue** 7:24

**contrary** 47:13

**control** 21:6 33:2, 8 35:1 37:6

**controlled-type** 30:19

**controversial** 32:12

**Cooper** 36:1,3,14 38:2,4,6,14,21

**copper** 21:7

**correct** 12:4 16:3, 4,12 17:4,10 29:22 43:13

**correctly** 28:23

**country** 14:11 15:8

**County** 51:7,8

**couple** 10:19

**creates** 39:3

**creating** 22:7 53:8

**creators** 30:25

**Creinin** 8:3 9:17 11:9 41:6

**critical** 39:13

**criticism** 7:2 8:8

**crosstalk** 26:6

**current** 7:14 8:25 23:9

**Cytotec** 5:25 6:5, 13 8:16 9:19,22 16:2,20 22:25 28:17 29:3,6 31:5

**D**

**D.C.** 51:9

**damaged** 39:1

**damages** 39:5

**damaging** 39:6

**Danco** 5:13 19:1, 5,14 25:20,22,23 26:2,3 36:19

**Danco's** 25:20

**danger** 29:12

**dangerous** 9:22 11:14

**Daniel** 23:4

**data** 13:6 19:5 23:3,6 37:18

**database** 37:18

**date** 2:8

**Davidson** 51:8

**day** 27:22

**days** 27:22

**death** 38:13

**deaths** 38:9

**Debate** 47:23

**decent** 27:20

decide 9:18

decided 2:24

decides 9:21 29:6

decimated 53:13

decision 42:1
51:1

decisions 35:1

decrease 15:6

deep 22:16

defects 7:18
14:16 15:5 25:18,
21 31:14 44:23
45:14

defer 4:8

Delgado 6:21 8:8
31:2

delivered 6:20
7:9 13:17 14:17
24:22 44:9,15

deliveries 14:23
44:17

delivery 14:24,25
15:3,7 45:5,6,10,
17

democrat 51:10

demonstrate
7:24

denied 53:5

deny 52:5

Department 37:5
39:22 40:25 41:24

deprives 39:12

depth 19:19,20

desired 6:17

destroy 36:10

devastated 51:22

developed 19:15

developing 50:12

development
45:13

developmental
44:23

difference 35:20

difficult 50:25

disagree 41:3

disclosure 10:6

discover 6:3

discovered 6:14

discretion 52:19

discussed 18:21
19:11 22:5

discussing 18:12

discussion 2:11

Disease 37:6

dishonest 25:19

Dixie 10:16,18
11:3,19 12:3,6,20
13:13,14 15:11,
12,15,20 30:4,6
31:23,25 39:18,20
40:5 41:9,11
46:13,15,24 47:25

DNC 9:9

doctor 24:17
29:24 31:17 33:25
34:21

doctors 22:8
24:4,15 37:17

doctors' 50:8

dollars 45:9

dose 28:24

dosed 6:1

dozen 27:21

drafted 50:17

Drafting 3:13,14

draw 7:4 8:10,11
9:17 42:14,18

drug 5:12,13 6:18
19:13 20:18 36:20
37:13

drugs 39:24 40:12

due 41:19

E

earlier 11:4 38:2
45:2 49:21

early 11:13 14:21

easy 34:2

effect 39:8,16
50:1,6

effective 5:7 8:6
9:25 12:22 13:9,
11 20:24 21:2
31:11 48:2 50:14

effects 5:8 6:10
12:8 13:19 31:4
36:22 39:23
43:17,23

efficacy 7:25

embryo 5:21 9:7
36:12 39:13

embryocidal
39:15

embryos 42:7

emergency 8:19
9:5,7,12,13 11:17
37:16

emotional 50:24

emotionally
13:19 22:10

encourage 51:17

encouraged 52:9

end 16:8 17:1

ending 50:14

ends 35:20

enforcement
37:8

enormous 45:7,8

enroll 11:11 12:1

enrolled 11:25

ensure 5:24

enter 51:14

environment
39:4

equivalent 16:23

ER 11:22 16:9
17:1

ethical 23:23
33:12

ethics 10:4,12
33:21 35:4

evacuation 17:3

evaluate 12:11

evaluated 12:2,
11,12 20:1 31:3

event 37:18

events 37:13

evidence 40:11

exact 40:7

expect 8:11 37:21

expelled 5:24

expenditure 45:8

experience 37:10

experts 40:6

explain 46:15

expulsion 5:23

extensive 2:15
10:23

extreme 51:12

extremely 35:8

F

facilities 49:10,11

fact 6:11 8:9 14:19
21:13 25:17 27:12
45:1 47:12

Faison 2:11,17,
18,22 3:12,18
48:21,22 49:7
51:3,5

false 22:1,10
23:12 49:21 51:2,
16

familiar 39:21
40:2

**fashion** 33:12

**favor** 46:5 47:19 48:12 54:4

**FDA** 18:13,14,16, 22,25 19:2,4 20:14,20 25:19

**fees** 53:9

**felony** 22:7 53:8

**female** 34:11

**fetal** 5:22 6:8 22:25 23:7,12

**feticidal** 39:15

**fetus** 39:13

**fields** 40:8

**figure** 9:20 29:11

**final** 24:9 30:25 31:16

**find** 8:7 14:2 27:24 28:1,3

**findings** 39:25

**finished** 38:15

**focused** 8:9

**focusing** 41:5

**folder** 31:1

**follow** 13:18 44:18,19

**font** 50:18

**Food** 5:11 19:13 20:18 36:20 37:13

**force** 53:11

**foregoing** 54:11

**forgetting** 22:19

**form** 21:8

**forward** 12:8

**found** 6:23 27:13

**fragile** 22:10

**frame** 18:4

**free** 14:5

**full** 10:5 32:14 43:15

**future** 24:10 33:9

---

**G**

**gave** 6:18 10:21 12:21 16:2 31:2

**general** 14:25

**generosity** 43:5

**gentleman** 51:7

**George** 6:21 31:2

**gesture** 43:9

**give** 2:25 3:1,17 10:5 21:24 22:1,9 49:11 51:13,15,16

**giving** 15:17 32:14 43:24 48:7 51:2 52:11

**good** 2:18 4:16 33:10 34:1,2 43:19

**Google** 14:3

**graduated** 17:24

**grateful** 45:19

**Grossman** 23:4

**group** 11:23,24 12:13,17 13:7 16:16,24 20:8 37:20 38:19 42:4, 5,10

**groups** 16:16 31:18

**guess** 52:16

**guest** 49:4

**Gynecology** 8:2

---

**H**

**harmful** 29:2

**Harrison** 6:15

**head** 19:19

**health** 2:5,9 15:8 21:4 37:6 39:22 41:1,15,20,24 44:11 45:7,8

**healthy** 14:15

**hear** 22:2 34:12

**heard** 33:5 34:11 50:21 53:4

**hearing** 25:2

**Heartbeat** 4:24

**heavy** 9:13

**high** 6:6 53:19

**Hill** 47:9,11

**history** 5:10

**hope** 22:1,10 23:12 29:7 49:21 51:2,16,17

**hormone** 5:17

**hotline** 14:7,8,18 25:12 27:13,21

**hour** 27:15

**hours** 3:2 5:25 28:19,20

**house** 2:5,9,10, 16,22 40:1 48:19 51:11 54:2

**human** 35:4,6

**humane** 43:9

**hundreds** 10:23

**hurdles** 53:19

---

**I**

**iffy** 50:16

**immediately** 27:11

**important** 48:5

**incidence** 37:22

**included** 7:14

**increase** 6:10 15:4,5 23:12 31:13,14 42:19 44:21 49:23

**increased** 7:16 14:16

**independent**

18:2

**indication** 19:6

**indications** 11:14 20:21,23

**indiscernible** 26:6

**induced** 39:24 40:12

**industry** 7:2,11 41:4,6

**industry's** 8:8

**infections** 36:24 38:10

**inform** 25:6 43:23

**information** 10:6 27:4 28:5 32:14 33:17 37:10 41:17 43:15 44:3 49:11

**informed** 5:4 10:7 16:7 17:6 27:25 32:8,16,23,24 33:10,13 41:25 43:16,18

**informing** 32:13

**initial** 11:11

**injection** 31:8

**inside** 30:1

**intend** 24:9

**intended** 39:7

**intending** 53:18

**intense** 44:1

**intent** 49:20,22

**interacted** 14:18

**interest** 10:9

**interested** 14:9

**interesting** 8:7

**interfered** 5:20

**interfering** 39:9

**International** 4:25

**internet** 27:14

Veteran Court Reporting
veterancourtreporting@gmail.com
15

**intervention** 9:10 13:7

**interventions** 12:16

**intrigued** 52:2

**investigators** 7:21

**involved** 35:3,5

**involves** 13:24

**ipad** 14:3

**irreversible** 33:3

**issue** 23:17 32:11 49:21 53:3,7

**issues** 7:19 20:3, 6 44:23,24

**Item** 2:16

**IUD** 21:8

---

**J**

**journal** 19:24 20:3,10 23:9 31:3

---

**K**

**kill** 39:8

**kills** 36:11,17

**kind** 13:19 25:10 29:24

**knowing** 28:2

**knowledge** 19:3 44:8 45:20

**Kumar** 42:24 43:2,4,8,14 45:18

---

**L**

**labor** 21:15

**lack** 50:10

**lady** 2:24 51:21

**language** 47:4 50:9,16,22

**largest** 7:13 19:25

**law** 20:3,6 25:5 51:12 52:17 53:1, 18

**laws** 15:16 53:17

**lead** 36:21

**learned** 27:7

**leave** 29:9

**led** 6:3

**legislation** 25:10 43:20 49:20,23 50:1,18,23 53:10

**liability** 53:9

**life** 5:22 6:8 14:20 30:1 35:3,4,5,7, 16,19,20 45:16 51:1 52:10

**light** 47:12

**limited** 19:22

**limiting** 50:3

**lives** 38:7,9 42:22

**living** 6:20 7:9 9:8 14:15

**long** 18:15

**longer** 9:7

**loss** 5:21 6:7 38:13

**lost** 38:7,9 41:12

**lot** 10:21 36:15 50:3,10,15

**Louisiana** 39:22 40:4,25 41:24

**low** 22:11 23:1,7

---

**M**

**made** 9:24 36:20

**majority** 37:14

**make** 4:13 8:17 12:4 28:22 35:1 41:13,17,25 52:6

**makes** 8:4

**making** 35:15 41:17 50:24

**malpractice** 53:13,16

**mandate** 40:20 41:18

**mandating** 22:7

**manner** 20:2 51:10

**March** 2:6

**maternal** 15:5

**matter** 7:6 8:20

**Matthew** 6:15

**meaning** 8:22

**mechanism** 13:24 14:14

**mechanisms** 37:8

**medical** 4:24 5:6 10:3 17:24 21:23 22:8 33:21 40:7 47:5 50:10 51:14 52:18,22 53:11, 13,16

**medication** 5:10, 25 7:25 20:23 21:15 26:7 27:18 36:25 37:23 38:1, 11 43:16 47:6

**medications** 20:20

**medicine** 4:22,23 20:3,6 22:14 51:20

**Meharry** 4:23

**member** 4:23 34:3

**members** 41:23 46:6,8 47:21 48:14,16 54:5

**Menopausal** 21:9

**mention** 13:16

**mentioned** 45:1

**method** 6:9 21:6 28:3 33:2,8

**methods** 7:22

**mic** 4:14

**Mifeprex** 5:14 12:18 25:7 26:4

**mifepristone** 5:14,21 6:4,12,17 8:15,22,24 9:18 16:17 19:6 22:24 23:7 28:17,24 29:5 31:5 39:1 50:13

**Miller** 34:6,8,19 35:9,11,22,23

**mind** 3:4,9 5:5 6:4,17 9:19 23:15, 19 24:22 25:7 29:5 35:12,14 44:6 49:25

**minds** 32:12

**minimum** 10:1

**minor** 16:25

**minutes** 47:13

**miscarriages** 21:14

**miscarry** 17:7

**missed** 36:7,16

**mom** 52:11

**moment** 35:17 38:14

**morning** 2:18 4:16 5:1

**mother** 7:17 35:7 36:18,23

**mother's** 30:2

**mothers** 38:7,8,9

**motion** 2:20 3:15 46:19,22 47:16, 18,24 48:10,23

**move** 47:14

**moves** 54:7

**Murfreesboro** 4:19

---

**N**

**named** 6:15

**natural** 6:6 21:3

**network** 27:9

**nonexistent** 53:19

**nonprofit** 14:6

**noted** 45:13

**notice** 50:7,16

**notify** 5:3

**number** 2:16 8:10,13 15:9 27:5, 20 37:12 38:17, 18,20 44:21 45:7 47:14 49:23

**numbers** 8:20

**nutrients** 39:14

**O**

**OB/GYN** 4:17 17:20 40:8

**OB/GYNS** 37:17

**objection** 4:10 46:3

**Obstetrics** 8:2

**occur** 32:24 37:21

**occurred** 38:10

**occurrence** 35:8

**occurring** 24:7

**off-label** 20:22 21:16

**offices** 50:8

**ongoing** 7:23 9:2

**opinion** 44:3

**opportunity** 53:5

**opposed** 19:21 39:5 46:7 48:15

**option** 29:8,10

**options** 32:9

**oral** 31:8,9

**order** 5:23

**original** 49:5

**originally** 20:25

**outcome** 42:5

**outcomes** 7:17 11:13 13:6 14:13 15:6 21:13 31:14 36:22 37:14,19, 22,25 42:7,9,20 43:10 45:12

**overlooked** 43:21

**overwhelming** 22:3 44:2

**oxygen** 39:13

**P**

**palsy** 15:9

**panels** 40:9

**part** 16:3 27:9 28:15 36:7,16 37:20 38:20 43:15,18

**participate** 18:9

**passed** 9:8 49:6

**patient** 5:4 6:3,16, 22 8:15 9:19 10:5 11:15 16:6 17:5 22:9,14 23:6,14, 18,20,21 24:20 25:12,15 32:9,14, 21 43:15

**patient's** 10:8 23:18 24:6

**patients** 7:4,8,14 8:5,10,13,18,21, 24 9:1,4,11 10:10, 24 11:1,4,9,10,16, 21,22,25 12:10, 12,15,25 13:2,10, 25 14:1,6,8,13,17 15:1,25 16:1,3 19:23 20:1 21:24 22:20 23:8 24:24 25:1,9 27:8,24 29:8 30:18,20 31:4,11 41:5,8,14 42:15,19 43:10,23 44:2 47:4

**pause** 22:6

**peer** 19:19,20,24 20:2 22:3 23:9 31:3

**people** 3:22 11:7 14:2 19:15 22:16 27:20 28:3 30:16 33:5 40:17,19 51:24

**percent** 6:7 7:15 9:4 10:1,2 13:11 15:1,3 22:5,21 23:1,8,10,13 26:17 31:13 33:7 40:18 42:21 45:5, 10,11,16 51:19,20 52:9

**percentage** 17:7 26:22 27:5,17

**perform** 24:10,18

**performed** 18:5 29:21

**period** 28:16

**perpetrator** 51:24

**person** 4:1,12

**pertaining** 2:12

**pharmaceutical** 5:13 19:1 26:3

**Pharmaceuticals** 19:14 36:20

**pharmacies** 40:8

**pharmacology** 6:2,18

**Pharmacotherapy** 19:25

**phenomenon** 43:11

**phone** 14:2 27:22

**physically** 13:19

**physician** 6:15 8:4 10:5 14:10 17:25 23:2 34:11 47:3

**physician's** 10:9

**piece** 50:18

**pill** 3:1 4:25 5:6,9, 10,16 6:1 13:23 14:4,18 15:2 16:2, 8,11,17 17:7 27:6, 9,10,15 31:19,20 32:25 33:14 36:9 39:1,3,7,8 42:4,10 49:13

**pills** 3:1 15:18 18:12 19:21 20:11 27:18

**place** 24:8 52:17

**placebo** 8:22 11:24 13:3 15:25 16:24 31:20

**placebos** 11:6,20

**placenta** 39:12

**placental** 39:11

**plan** 11:11,25 46:14

**point** 11:25 15:24 17:8 52:16 53:21

**points** 32:18

**pool** 22:6

**pops** 14:4

**portion** 16:8,9,11, 24 17:1,8

**positions** 35:21

**positive** 14:19

**possibilities** 43:25

**possibility** 3:5,7 25:14 52:10

**possibly** 51:15,16

**post** 49:10

**posted** 50:8

**posting** 3:7

**potential** 5:8 37:25 38:12

**potentially** 35:18

**practice** 4:19,20 17:23 18:2 32:13, 16 34:1

Veteran Court Reporting
veterancourtreporting@gmail.com

practicing 22:13

pregnancies 9:2 45:4

pregnancy 5:18, 19,23 7:9 9:14 14:21 21:11,13 35:19 50:14

pregnant 35:2

premature 45:6

preparation 25:2

prescribe 14:11

prescribed 21:7

prescription 6:19 20:19 21:8

prescriptions 20:21

presence 45:19

present 36:6

presentation 34:22 36:8,16

pressured 51:23, 24

preterm 14:24,25 15:3,7 21:14 45:4, 9,17

pretty 2:15 22:23 50:17

prevent 21:14

prevented 52:23

preventing 6:7

prevents 36:10

previous 46:25

principal 7:21

principals 6:2

private 4:20 37:17

pro-life 23:2

problem 6:22 21:16 37:3

problems 15:8 38:13 44:22 45:7

procedure 15:18 49:12

proceedings 54:11

process 5:4 7:3, 16 8:16 9:21 10:7 19:18,20 20:12 21:25 22:1,4 25:10,18,22 26:18,24 28:4,18 32:23,24 33:11,18 43:20 44:10

procure 49:13

produced 5:12 39:22

produces 26:4

professional 22:9

professional's 52:19

professionals 21:24 52:22 53:12

progesterone 5:16,17,19 6:6,19 7:23 8:24 9:2 11:23 12:13,18 14:21 16:1 21:3,4, 8,10 22:24 29:1 31:6 39:10 42:6

prohibit 15:16

prohibits 52:17 53:1

promise 15:12

Proper 47:16

properly 3:16

protecting 30:1

protocol 24:25

prove 47:6

proven 20:23 40:16,20,21 48:2

provide 49:9 52:7

provided 14:6

provider 23:4,21 25:6,14 28:1 33:21

providers 3:6 5:3 13:25 14:10,12

23:17 24:19 37:16

providing 43:14 50:23

publication 37:21

published 6:25 7:13 19:23,24 20:2 23:3,8 30:24 31:2

purpose 21:1

purposes 30:17

pursual 25:19

pursue 6:11

pursued 7:8

pursuing 14:9

put 3:7 33:5 41:24 47:4 53:11,16,18

_____

Q

question 4:5 13:15 15:13,21 21:17 24:9,19 25:16 29:20 31:24 37:24 39:19 41:18 44:7 46:2 49:4

questions 3:20, 24 4:2,8 10:15,20 26:10 28:9 43:1 45:24 54:1

quick 10:19

quoted 12:21 22:20

_____

R

raise 49:20

randomized 19:10 31:7,17

rare 35:8

rarity 51:12

rate 6:7 7:7,15 9:3 14:25 15:3 20:13 22:4,6,11,16,21, 22 23:1,7,11 31:13 42:21 45:5,

10,17

rates 14:24

read 50:11

reading 50:7

real 9:16 42:17

realized 51:25

reason 3:3 11:15 13:3

reasons 12:23

reassurance 44:4

receive 21:10

received 31:19,20

receiving 31:7

recent 8:1 50:12

recognized 2:17 10:17 13:22 17:13 18:24 20:17 21:19 22:18 23:25 25:25 26:13 27:2 28:7, 12 29:15 30:5,14 32:3 33:23 34:7 35:10 36:2 38:5 40:23 41:10 43:3 44:13 47:10 48:21,25 49:16 51:4

recommend 4:7 21:25 23:10 31:12,21 40:20

recommendation 22:15

recommended 7:15 8:25

recorded 54:8,9

recording 2:4

reduce 45:9

reduces 39:10

reducing 45:17

referenced 30:6, 18 31:22

referred 25:12

referring 11:8

**reform** 53:17

**refuse** 23:15

**refusing** 10:10 24:5

**regard** 43:20

**regimen** 5:7 7:15 8:25 9:24 10:10 14:1,11 15:2 19:16,18 23:10 28:25 31:1,8,11, 21 37:11,23 42:11,17 45:9

**regimens** 31:7,9

**regret** 27:6,11,19 33:15

**regretted** 28:4

**released** 6:25 8:1 30:18

**remind** 51:8

**remorseful** 44:1

**remove** 32:13

**removed** 32:11

**renew** 48:22

**repeat** 26:20

**repetitive** 21:14

**report** 23:2,3 39:21,25 41:23

**reported** 6:25 7:19 30:20 37:5, 15,16 44:17

**reporting** 37:7,18

**reports** 19:12 37:12

**Represent** 52:12

**representative** 2:11,17,18,22 3:12,18 4:4,6 10:16,18 11:3,19 12:3,6,20 13:13, 14 15:11,12,15,20 17:12,14,18,22 18:3,7,11,15,18, 20 19:17 20:4,7, 11 21:18,20 23:24 24:1,13,14 25:23,

24 26:1,5,9,12,14, 21 28:6,8,13,20 29:13,14,16,23 30:4,6 31:23,25 32:4,19 33:24 34:6,8,19 35:9,11, 23 36:1,3,14 38:2, 4,6,14,21 39:18, 20 40:5,14,19 41:9,11 43:4,8,14 45:18 46:13,15,24 47:25 48:22 49:1, 7,16,17 51:5 52:13

**representative's** 5:2

**Representatives** 35:22

**republican** 51:11

**require** 5:3 10:4 20:19 25:5 37:1,4, 7 47:3 49:9

**required** 9:11,14, 15 13:7 24:19 42:8,11,12 43:9

**requirements** 33:13

**requiring** 9:9,10

**rescued** 44:5

**research** 7:23 26:16,22 50:12

**residency** 18:1

**respect** 23:15 24:5 53:2,20

**response** 32:1 42:2 46:9 47:22 52:15 53:22

**responsibility** 43:10

**responsible** 45:6

**restate** 49:4

**result** 36:24

**resulted** 19:2

**results** 6:23

**reversal** 4:25 7:8 8:23 9:24 10:10

13:8,23 14:9,18 15:2 16:11 17:6 19:16,18,20 20:13 24:25 26:18,23 27:9 30:21 31:1, 21 35:13 42:11, 17,20 43:25 44:10 49:13

**reverse** 3:8,9 5:8 8:5 9:21 12:19 25:8 29:10 31:4 33:16 42:6 49:25 50:5,6

**reversed** 3:5 14:4 24:23 28:25 39:25 40:13 44:16 47:6

**reversing** 7:16 25:14

**review** 19:19,20, 24 20:2 22:4 23:5, 9 31:3

**rights** 50:4

**risk** 14:16 15:6 29:8 41:15

**room** 8:19 9:5,12, 13 11:17 21:5 37:16

**rooms** 47:2

**RU486** 5:14

**Rules** 54:7

**run** 36:5 46:14

---

**S**

---

**safe** 5:7 6:12 8:6, 15 9:17,25 12:22 20:24 40:17 41:7

**safety** 7:25

**sample** 50:11

**sanctioned** 19:4

**save** 35:7,16 52:10

**saves** 35:18

**saving** 14:20 42:21 45:16

**scared** 51:23

**schedule** 34:14, 15

**school** 4:22 17:25

**science** 35:3 44:8

**scientific** 40:11

**scope** 32:7,15

**scopes** 30:12

**search** 27:14

**seconds** 33:19

**sections** 10:4,11

**seek** 27:24

**seeking** 52:21 53:15

**self-serving** 10:8

**Senate** 51:11

**separate** 16:15 19:21

**series** 5:9 6:24 7:1,3,7 8:4,8 19:12,23 20:1 27:16 30:20 41:7 42:15

**service** 14:6

**session** 3:25 4:3, 7,10 34:12,18 45:25

**set** 40:15

**Shelby** 51:7

**Sherrell** 29:14,16, 23

**show** 31:11 42:19, 21

**showed** 7:7

**shown** 4:1 6:10 13:10 21:2,12 26:22 45:15

**shows** 23:6,9 26:17 45:2

**sic** 28:11 42:24

**side** 13:19 36:22 43:17

**sides** 50:22 53:3

Veteran Court Reporting
veterancourtreporting@gmail.com
19

signage 46:25 47:2 48:5 49:5,10

significant 16:9, 10,24 17:8 45:15

similar 6:22,23 32:23 33:12

simply 5:3 6:5,13 28:3 29:10 30:20 32:8 33:21 47:7

simultaneous 26:6

sincere 49:21

single 25:15

sir 3:12 30:3

situation 44:5

sizes 50:11

small 7:1,3 8:9,12 17:7 22:6 30:23

smart 14:2

Smith 32:3,4,19 33:22,24

so-called 52:3

someday 45:3

sought 31:18

sound 12:22

South 6:15

speak 5:1 48:8

Speaker 2:21 21:21 24:2 46:19, 21 47:15

speaks 42:22

specific 27:5

specifically 23:20,21 39:6 40:24

spent 47:12 50:3

spoke 25:1

spoken 51:22

sponsor 47:24 49:18

sponsored 2:11

sponsoring 33:25

spontaneously 9:8

stand 29:25

standalone 20:15

standard 32:10, 16 34:1,2 40:16 52:20,22

standing 52:25

standpoint 44:22

stands 53:1

started 24:24

state 22:10 39:25 50:24 53:14,20

State's 37:5

stated 11:15 33:18 41:2

states 14:25 37:4, 7,9

statistic 45:1

statistics 14:13, 22

stats 10:21

stop 11:13

stopped 10:25 11:6 12:1,7,9,23, 24 13:12 41:14,19 42:3,15,16

stopping 11:15 13:4 43:8

structured 20:2

studied 6:18

studies 7:13 10:22 13:17 19:12,13 30:7,11, 16,23 31:22 36:15 44:8 50:10

study 7:10,19,20, 22 8:1,12,14,18, 21 9:17 10:25 11:2,4,9,10,12,13, 15,24 12:9,21 13:4,11 15:25 16:6,25 19:22

22:4,19 23:5,8 30:8,17,19,25 31:10,16 39:23 40:6 42:3,18,19 43:9

subcommittee 34:11 50:22

submitted 19:5

substantively 22:12

success 5:18 6:7 7:7,15 9:3 20:13 22:4,11,16,21 23:11 31:13 42:21

successful 15:2 30:22

successfully 24:23 44:16 48:2

sufficient 40:11 48:4

supplementation 14:21

supply 39:10

support 5:2 25:5, 10 34:23,25 35:6, 12,13,18

supposed 3:22 34:14

surgery 12:15,16 13:1 37:1 42:9,11, 12

surgical 9:9,14

survival 23:1,7,12

survive 25:22

surviving 42:7

system 21:9

───────────

**T**

table 47:14

tabled 48:18

tabling 47:18,19, 24 48:10,11,12

takes 9:23,24 23:6

taking 6:12 27:15 29:5 33:13 43:17 52:17

talk 47:25

talked 27:12 50:9

talking 27:7 32:9

teaching 4:21

teenager 44:16

teeth 37:9 53:11, 15,17

telling 50:9

ten 19:9

Tennessee 2:10 4:22 53:14,20

tenure 50:3

term 6:20 16:10, 12,25 17:9

terms 5:15

territorial 44:4

test 22:15

tested 22:12

testify 3:23 4:2,12 25:3 34:17

testimony 10:14 45:23 50:21

thereof 50:10

thing 14:4,19 25:11

things 51:20

thinking 49:24

thought 12:7 35:16

thousand 14:15, 22 31:10 37:19 44:17

thousands 10:23

tied 32:22

time 6:20 10:1,2 17:8 18:4 25:6 28:16 33:7 41:22 44:9 45:16 49:3 50:3 53:23

Veteran Court Reporting
veterancourtreporting@gmail.com

times 28:21 44:2 51:21

tissue 5:23,24 9:8,15 39:11

today 2:15 17:16 24:16 25:2 29:19, 25 30:2,24 34:14 50:21

told 23:22 24:3 25:3,16,17

toll-free 14:7

tort 53:17

total 11:22

track 44:21

tracked 14:14

trained 18:8 21:23

training 18:10

transcribed 2:4

transfusion 9:11, 15 12:14,17 13:1 37:1 42:8,13

transfusions 17:2

treated 8:23

treating 10:5 32:7

treatment 5:11 6:9 9:12 12:25 13:2,8,9 22:22 43:24 51:14

trial 18:25 19:2,10 41:20

trials 18:21,22 19:4,11 47:5 48:1, 3

trimester 5:20

truth 7:6 8:19

truthfully 24:20

tubes 32:22 33:5, 11

twelve 8:18 11:7, 10,17,21,25 12:2, 10

two-thirds 22:16

tying 33:11

typical 11:11

typically 3:1 38:11

---

**U**

uncertain 44:4

uncommon 43:11

understand 52:5

understood 28:22

undertaken 40:4

undo 52:1

undue 33:19

unfavorable 7:17

UNIDENTIFIED 2:21 46:19,21 47:15

United 14:25

universal 25:11

University 4:22

unstable 39:12

unusual 36:24

uterus 39:11

---

**V**

variety 31:6

vast 35:20 37:14

verbal 49:11

verbiage 47:8 48:4

versus 31:8

viewed 32:8

vigorously 41:3

violation 10:11

virtually 53:18

vital 5:17

vote 34:3 48:12 54:9

voted 51:12

voting 46:3 47:17 48:10 54:2

---

**W**

waiting 47:2

warning 47:4

Washington 51:9

website 13:24 50:19

week 27:22 34:10, 15

weeks 19:8,9 24:25 27:13

west 6:21

White 28:11,13,20 29:13 48:24 49:1, 8

widely 21:13

wished 31:4

woman 29:2,4 31:15 33:20 35:12 53:4

woman's 33:11 34:23,25

womb 30:2

women 6:11 21:5, 9 22:1 26:17,23 27:5,10,18 29:12 31:18 36:23,25 37:10,25 41:15,20 42:3,5,20 44:18 48:3 49:12,24 50:4,23

women's 21:4 52:4

words 36:11

work 22:2 33:16 51:15

working 38:19,20

works 33:6

worried 9:5

worst 43:17

wrap 43:1

wrote 23:5

---

**Y**

year 5:11 37:21

years 4:18,19 17:23,25 18:1 19:5,8 21:5 22:13 27:8 51:9

yesterday 25:2

young 2:24 51:21

Veteran Court Reporting
veterancourtreporting@gmail.com