IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PLANNED PARENTHOOD OF TENNESSEE AND NORTH MISSISSIPPI, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | NO. 3:20-cv-00740 |
| v. | ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE NEWBERN |
| HERBERT H. SLATERY, et al., | ) ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is Plaintiffs' Motion for a Telephonic Status Conference (Doc. No. 21). Through the Motion, Plaintiffs request a telephonic conference to discuss scheduling matters in this case. Due to a criminal bench trial and other scheduled matters, the Court is unable to set a telephone conference this week. Plaintiffs' reply brief is due September 25, 2020, and the Court intends to rule on the motion for temporary restraining order shortly after that date. In the meantime, the parties should consider preparing for the preliminary injunction hearing by conducting depositions of those witnesses they intend to call at the hearing.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE