# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

PLANNED PARENTHOOD OF TENNESSEE AND NORTH MISSISSIPPI, on behalf of itself, its physicians and staff, and its patients; MEMPHIS CENTER FOR REPRODUCTIVE HEALTH, on behalf of itself, its physicians and staff, and its patients; KNOXVILLE CENTER FOR REPRODUCTIVE HEALTH, on behalf of itself, its physicians and staff, and its patients; FEMHEALTH USA, INC., d/b/a CARAFEM, on behalf of itself, its physicians and staff, and its patients; and AUDREY LANCE, M.D., M.S., on behalf of herself and her patients,

Plaintiffs,

v.

HERBERT H. SLATERY III, Attorney General of Tennessee, in his official capacity; LISA PIERCEY, M.D., Commissioner of the Tennessee Department of Health, in her official capacity; RENE SAUNDERS, M.D., Chair of the Board for Licensing Health Care Facilities, in her official capacity; W. REEVES JOHNSON, JR.,M.D., President of the Tennessee Board of Medical Examiners, in his official capacity; AMY P. WEIRICH, District Attorney General of Shelby County, Tennessee, in her official capacity; GLENN FUNK, District Attorney General of Davidson County, Tennessee, in his official capacity; CHARME P. ALLEN, District Attorney General of Knox County, Tennessee, in her official capacity; and TOM P. THOMPSON, JR., District Attorney General for Wilson County, Tennessee, in his official capacity,

Defendants.

CIVIL ACTION
CASE NO. 3:20-cv-00740
JUDGE CAMPBELL

FILED
SEP 23 2020  DB
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.

---

## NOTICE OF FILING OF DECLARATION OF GLENN R. FUNK

NOTICE OF FILING OF DECLARATION OF GLENN R. FUNK

I, Glenn Funk, District Attorney General for the 20th Judicial District, a named defendant in the above-captioned matter in my official capacity, hereby gives notice of my filing of the attached Declaration of Glenn R. Funk.

Respectfully submitted,

*/s/ Glenn R. Funk*
Glenn R. Funk
BPR# 011492
District Attorney General, 20th Judicial District
222 Second Ave., North, Suite 500
Nashville, TN 37201

**CERTIFICATE OF SERVICE**

Thomas H. Castelli
Stella Yarbrough
American Civil Liberties Union Foundation of Tennessee
P.O. Box 12160
Nashville, TN 37212
tcastelli@aclu-tn.org
syarbrough@aclu-tn.org

Christine Clarke
Jennifer Sandman
Planned Parenthood Federation of America
123 William Street, 9th Floor
New York, NY 10038
christine.clarke@ppfa.org
jennifer.sandman@ppfa.org

Andrew Beck
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
abeck@aclu.org

Michelle Moriarty
199 Water Street, 22nd Floor
New York, NY 10038
mmoiriarty@reprorights.org

Marc Hearron
Center for Reproductive rights
1634 Eye St., N.W., Suite 600
Washington, D.C. 20006
mhearron@reprights.org

Alexander S. Reiger
Charlotte M. Davis
Edwin A. Groves, Jr.
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202
alex.rieger@ag.tn.gov
charlotte.davis@ag.tn.gov
alan.groves@ag.tn.gov

*[signature]*
Glenn R. Funk