IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD OF TENNESSEE AND NORTH MISSISSIPPI, et al., ) ) ) ) Plaintiffs, ) ) v. ) ) ) HERBERT H. SLATERY, et al., ) ) Defendants. ) | NO. 3:20-cv-00740 JUDGE CAMPBELL MAGISTRATE JUDGE NEWBERN |

## ORDER

Pending before the Court is Plaintiffs' Motion for Preliminary Injunction (Doc. No. 4). The Court will hold a hearing on the Motion on October 13, 2020, at 10:00 a.m. Absent extraordinary circumstances, the hearing will conclude on that day.

The parties shall file, by noon on October 8, 2020, the following: (1) witness lists; (2) exhibit lists; (3) any supplemental affidavits or declarations; (4) any depositions and/or deposition designations; (5) any stipulations; (6) any motions in limine; and (7) any supplemental briefs. No witness shall testify live at the preliminary injunction hearing unless the party calling such witness to testify has identified and made that witness available for a deposition prior to the hearing.

The Court is inclined to extend the temporary restraining order, and continue the preliminary injunction hearing, for 90 days to allow the parties to engage in the required discovery before the preliminary injunction hearing, and to allow the Department of Health to complete the tasks required by Section 38-15-218. On or before October 5, 2020, Defendants shall file a notice indicating whether they agree to extend the temporary restraining order for 90 days.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE