IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| PLANNED PARENTHOOD OF TENNESSEE AND NORTH MISSISSIPPI, on behalf of itself, its physicians and staff, and its patients; MEMPHIS CENTER FOR REPRODUCTIVE HEALTH, on behalf of itself, its physicians and staff, and its patients; KNOXVILLE CENTER FOR REPRODUCTIVE HEALTH, on behalf of itself, its physicians and staff, and its patients; FEMHEALTH USA, INC., d/b/a CARAFEM, on behalf of itself, its physicians and staff, and its patients; and AUDREY LANCE, M.D., M.S., on behalf of herself and her patients, | CIVIL ACTION CASE NO. 3:20-cv-00740 JUDGE CAMPBELL |
| Plaintiffs, | |
| v. | |
| HERBERT H. SLATERY III, Attorney General of Tennessee, in his official capacity; LISA PIERCEY, M.D., Commissioner of the Tennessee Department of Health, in her official capacity; RENE SAUNDERS, M.D., Chair of the Board for Licensing Health Care Facilities, in her official capacity; W. REEVES JOHNSON, JR., M.D., President of the Tennessee Board of Medical Examiners, in his official capacity; AMY P. WEIRICH, District Attorney General of Shelby County, Tennessee, in her official capacity; GLENN FUNK, District Attorney General of Davidson County, Tennessee, in his official capacity; CHARME P. ALLEN, District Attorney General of Knox County, Tennessee, in her official capacity; and TOM P. THOMPSON, JR., District Attorney General for Wilson County, Tennessee, in his official capacity, | |
| Defendants. | |

**DEFENDANTS' NOTICE REGARDING TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION HEARING**

1

Defendants Herbert H. Slatery III, Lisa Piercey, Rene Saunders, W. Reeves Johnson, Jr., Amy P. Weirich, Glenn Funk, Charme P. Allen, and Tom P. Thompson, Jr., in their official capacities only, hereby respond to the Court's September 29, 2020 order. (D.E. 34).

Without waving any objections to anything other than the duration of the temporary restraining order, Defendants submit that they have no objection to extending the temporary restraining order until the Court conducts the preliminary injunction hearing and issues an order on the preliminary injunction, or ninety days at the latest.

Upon consultation with counsel for both Plaintiffs and Defendants, the ninety days suggested by the Court would set the hearing in the middle of the holiday season, posing logistical difficulties with witness availability. Plaintiffs and Defendants have conferred and would propose a date within the first two weeks of December, the Court's schedule permitting.

Likewise, given the logistical challenges of conducting a hearing using live testimony during the COVID-19 pandemic, Plaintiffs and Defendants propose setting a scheduling conference with the Court on October 13, 2020 at the time now being held for the hearing to discuss potential dates and logistical expectations with the Court in advance of a later preliminary hearing date.

Respectfully submitted,

HERBERT H. SLATERY III
Attorney General and Reporter

/s/*Alexander S. Rieger*
ALEXANDER S. RIEGER
Assistant Attorney General
Public Interest Division
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, Tennessee 37202-0207
(615) 741-2408

BPR No. 029362
Alex.rieger@ag.tn.gov

/s/*Charlotte Davis*
CHARLOTTE DAVIS
Assistant Attorney General
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202
(615) 532-2500
BPR No. 034204
Charlotte.davis@ag.tn.gov

/s/ *Edwin Alan Groves, Jr.*
EDWIN ALAN GROVES, JR.
Assistant Attorney General
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202
(615) 741-2850
BPR No. 036813
Alan.groves@ag.tn.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice has been served on the following counsel of record through the Electronic Filing System on this 5th day of October, 2020:

Thomas H. Castelli
Stella Yarbrough
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 12160
Nashville, TN 37212
Tel: (615) 320-7142
tcastelli@aclu-tn.org

Michelle Moriarty
Center for Reproductive Rights
199 Water Street, 22nd Floor
New York, NY 10038
Tel: (917) 637-3695
mmoriarty@reporights.org

Marc Hearron

3

Center for Reproductive Rights
1634 Eye St., N.W., Suite 600
Washington, DC 20006
Tel: (202) 524-5539
mhearron@reporights.org

Christine Clarke
Jennifer Sandman
Planned Parenthood Federation of America
123 William St., 9th Floor
New York, NY 10038
Tel: (212) 261-4405
Fax: (212) 247-6811
susan.lambiase@ppfa.org

Andrew Beck
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2633
abeck@aclu.org

/s/*Alexander S. Rieger*
ALEXANDER S. RIEGER