IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PLANNED PARENTHOOD OF TENNESSEE AND NORTH MISSISSIPPI, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | NO. 3:20-cv-00740 |
| v. | ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE NEWBERN |
| HERBERT H. SLATERY, et al., | ) ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is Defendants' Notice Regarding Temporary Restraining Order and Preliminary Injunction Hearing (Doc. No. 36). Through the Notice, Defendants state that they do not object to extending the Temporary Restraining Order (Doc. No. 33) until the Court conducts a preliminary injunction hearing and issues an order on the preliminary injunction, or for 90 days at the latest. The Notice also requests the Court hold a scheduling conference on October 13, 2020, the date currently set for the preliminary injunction hearing.

The Court will hold a telephonic scheduling conference on October 13, 2020, at 10:00. The parties shall call 1-866-390-1828 and enter 7884640# code to be connected to the call. At that time, the Court will set a new date for the preliminary injunction hearing.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE