IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD OF ) | |
| TENNESSEE AND NORTH ) | |
| MISSISSIPPI, et al., ) | |
| ) | |
| Plaintiffs, ) | NO. 3:20-cv-00740 |
| ) | |
| v. ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE NEWBERN |
| HERBERT H. SLATERY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court held a status conference in this case on October 13, 2020. During the conference and after consultation with the parties about the availability of witnesses, the Court set the hearing on Plaintiffs' Motion for Preliminary Injunction (Doc. No. 4) for December 1, 2020, beginning at 3:00 p.m., to continue on December 2, 2020, at 10:00 a.m.; and if necessary, to continue on December 14, 2020, at 10:00 a.m.

On or before November 16, 2020, the parties shall file the following: (1) witness lists; (2) exhibit lists; and (3) any supplemental affidavits or declarations. On or before November 23, 2020, the parties shall file the following: (1) any depositions and/or deposition designations; (2) any stipulations; (3) any motions in limine; and (4) any supplemental briefs. No witness shall testify live at the preliminary injunction hearing unless the party calling such witness to testify has identified and made that witness available for a deposition prior to the hearing.

The Temporary Restraining Order (Doc. No. 33) is **EXTENDED** until the Court issues a ruling on the preliminary injunction motion. This case is **REFERRED** to the Magistrate Judge for

management of discovery relating to the preliminary injunction hearing.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE