UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD OF TENNESSEE AND NORTH MISSISSIPPI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HERBERT H. SLATERY, III, et al.,<br><br>Defendants. | Case No. 3:20-cv-00740<br><br>Judge William L. Campbell, Jr.<br>Magistrate Judge Alistair E. Newbern |

## **ORDER**

A telephone conference with the Magistrate Judge is set on October 16, 2020 at 1:30 p.m. Counsel shall call (888) 557-8511 and enter access code 7819165# to participate.

Counsel shall file a joint statement of what, if any, discovery they seek regarding the preliminary injunction proceedings and a proposed schedule for that discovery by no later than October 15, 2020.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge