IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Planned Parenthood of Tennessee and North Mississippi; *et al*.,

    Plaintiffs,

v.

Herbert H. SLATERY III, Attorney General of Tennessee, in his official capacity; *et al.*,

    Defendants.

CIVIL ACTION
CASE NO. 3:20-cv-00740
JUDGE CAMPBELL

## PARTIES' WITNESS LISTS AND
## JOINT MOTION TO EXTEND DEADLINES

The parties submit their respective witness lists below for the preliminary injunction hearing in this matter.

The parties further jointly request an extension of time to submit the parties' exhibit lists to Friday **November 20, 2020** and to extend the deadline for motions in limine, stipulations, deposition designations, and supplemental briefs to Tuesday **November 24, 2020.** In its Order on October 13, 2020 (Dkt. No 38), the Court set deadlines for filing Witness and Exhibit lists and supplemental affidavits on November 16, 2020 and for motions in limine, stipulations, deposition designations, and supplemental briefs on Monday November 23, 2020. The parties will not file supplemental declarations and do not anticipate filing deposition designations or supplemental briefs.

Due to scheduling conflicts, the last of the pre-hearing depositions is being conducted tomorrow Tuesday, November 17, 2020, and thus the parties believe it would be premature to commit to specific exhibits each intend to use at the hearing before all depositions are completed.

## Plaintiffs' Witness List

Plaintiffs expect to call the following witnesses at the preliminary injunction hearing in this matter:

**1.      Courtney A. Schreiber, M.D., M.P.H.**

Dr. Schreiber is expected to provide expert witness testimony consistent with her previously-submitted declarations on issues pertaining to, *inter alia*, the medicine and science of abortion care, including specifically medication abortion and mifepristone, as well as scientific research methods and study designs.

**2.      Steven Joffe, M.D., M.P.H.**

Dr. Joffe is expected to provide expert witness testimony consistent with his previously-submitted declarations on issues pertaining to, *inter alia,* medical ethics and informed consent.

**3.      Audrey Lance, M.D., M.P.H.**

Dr. Lance is expected to provide fact testimony concerning her opposition to Tenn. Code. Ann. § 39-15-218, as well as expert witness testimony consistent with her previously-submitted declarations on issues pertaining to, *inter alia*, the practice of abortion medicine and specifically medication abortion.

## Defendants' Witness List

Defendants expect to call the following witnesses at the preliminary injunction hearing in this matter:

**1.      Brent Boles, M.D.**

Consistent with his testimony before the Tennessee General Assembly and his previously-submitted declaration, Dr. Boles is expected to testify concerning, inter alia, his experience administering progesterone to pregnant patients, including patients who have initiated

a medication abortion by taking mifepristone (with an emphasis on Tennessee patients).  Dr. Boles is  also expected to testify concerning, inter alia, the administration of progesterone to pregnant patients, medical ethics, informed consent (from a practitioner's perspective), and scientific research methods and study results related to some of the relevant studies and articles.  Dr. Boles is also expected to testify about the operation of the Abortion Pill Rescue Network and associated information related to progesterone treatment. Dr. Boles is expected to testify both as a fact and expert witness.

### 2. Donna Harrison, M.D.

Consistent with her previously-submitted declaration, Dr. Harrison is expected to testify concerning, inter alia, medical ethics, informed consent, scientific research methods and study designs, and the biological plausibility of avoiding, ceasing, or reversing the intended effects of a medication abortion through progesterone supplementation and the supporting results from relevant studies and articles.  Dr. Harrison is expected to testify as both a fact and expert witness.

### 3. George Delgado, M.D.

Consistent with his previously-submitted declarations, Dr. Delgado is expected to testify concerning, inter alia, medical ethics, informed consent, scientific research methods and study designs, and the biological plausibility of avoiding, ceasing, or reversing the intended effects of a medication abortion through progesterone supplementation and the conduct and supporting results from relevant studies and articles.  Dr. Delgado is also expected to testify about the operation of the Abortion Pill Rescue Network and associated information related to progesterone treatment.  Dr. Delgado is expected to testify as both a fact and expert witness.

The parties respectfully ask the court to extend the deadline to submit the parties' exhibit lists to Friday **November 20, 2020** and to extend the deadline for motions in limine, stipulations, deposition designations, and supplemental briefs to Tuesday **November 24, 2020.**

Dated: November 16, 2020

Respectfully submitted,

By: */s/ Thomas H. Castelli*
Thomas H. Castelli (No. 24849)
Stella Yarbrough (No. 33637)
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
Tel: (615) 320-7142
tcastelli@aclu-tn.org

*Attorney for Plaintiffs*

Christine Clarke*
Jennifer Sandman*
Planned Parenthood Federation of America
123 William St., 9th Floor
New York, NY 10038
Tel: (212) 261-4749
Tel: (212) 261-4405
Fax: (212) 247-6811
christine.clarke@ppfa.org
jennifer.sandman@ppfa.org

*Attorneys for Plaintiffs Planned Parenthood of Tennessee and North Mississippi and Audrey Lance, M.D., M.S.*

Andrew Beck*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2633
abeck@aclu.org

*Attorneys for Plaintiffs Knoxville Center for Reproductive Health and FemHealth USA, Inc.*

Michelle Moriarty*
Shayna Medley-Warsoff*
Center for Reproductive Rights
199 Water St., 22nd Floor
New York, NY 10038
Tel: (917) 637-3695
mmoriarty@reprorights.org
smedley@reprorights.org

Marc Hearron*
Center for Reproductive Rights
1634 Eye St., N.W., Suite 600
Washington, DC 20006
Tel: (202) 524-5539
mhearron@reprorights.org

*Attorneys for Plaintiff Memphis Center for Reproductive Health*

*Admitted *pro hac vice*

# CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on November 16, 2020, a true and correct copy of the foregoing was served on the Tennessee Attorney General's Office, counsel for all Defendants, via the Court's ECF/CM system.

    Alexander S. Rieger
    Charlotte Davis
    Edwin A. Groves, Jr
    Steven Ashley Hart
    Office of the Attorney General and Reporter
    P.O. Box 20207
    Nashville, TN 37202
    alex.rieger@ag.tn.gov
    charlotte.davis@ag.tn.gov
    alan.groves@ag.tn.gov
    steve.hart@ag.tn.gov,

                                                */s/Thomas H. Castelli*
                                                Thomas H. Castelli