ORDER: MOTION GRANTED.

*[Signature: William L. Campbell Jr.]*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| Planned Parenthood of Tennessee and North Mississippi; *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Herbert H. SLATERY III, Attorney General of Tennessee, in his official capacity; *et al.*,<br><br>　　　　Defendants. | CIVIL ACTION<br>CASE NO. 3:20-cv-00740<br>JUDGE CAMPBELL |

## PARTIES' WITNESS LISTS AND
## JOINT MOTION TO EXTEND DEADLINES

The parties submit their respective witness lists below for the preliminary injunction hearing in this matter.

The parties further jointly request an extension of time to submit the parties' exhibit lists to Friday **November 20, 2020** and to extend the deadline for motions in limine, stipulations, deposition designations, and supplemental briefs to Tuesday **November 24, 2020.** In its Order on October 13, 2020 (Dkt. No 38), the Court set deadlines for filing Witness and Exhibit lists and supplemental affidavits on November 16, 2020 and for motions in limine, stipulations, deposition designations, and supplemental briefs on Monday November 23, 2020. The parties will not file supplemental declarations and do not anticipate filing deposition designations or supplemental briefs.

Due to scheduling conflicts, the last of the pre-hearing depositions is being conducted tomorrow Tuesday, November 17, 2020, and thus the parties believe it would be premature to commit to specific exhibits each intend to use at the hearing before all depositions are completed.