IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PLANNED PARENTHOOD OF TENNESSEE AND NORTH MISSISSIPPI, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | NO. 3:20-cv-00740 |
| v. | ) ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE NEWBERN |
| HERBERT H. SLATERY, et al., | ) ) | |
| Defendants. | ) | |

## ORDER

The preliminary injunction hearing in this case will continue on December 8, 2020, at 1:30 p.m., for the testimony of Dr. Brent Boles, and on December 14, 2020, at 10:00 a.m., for the testimony of Dr. Donna Harrison. At the parties' request, the Court will set a date in January 2021 to hear testimony from Dr. Steven Joffe. The parties shall consult with each other regarding possible dates in January, and file a notice on or before December 7, 2020, advising the Court as to those possible dates.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE