# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD OF TENNESSEE AND NORTH MISSISSIPPI, et al., | )<br>)<br>) |
| Plaintiffs, | ) NO. 3:20-cv-00740 |
| v. | ) JUDGE CAMPBELL<br>) MAGISTRATE JUDGE NEWBERN |
| HERBERT H. SLATERY, et al., | ) |
| Defendants. | ) |

## ORDER

Pending before the Court is a Joint Notice Regarding January 2021 Dates for Preliminary Injunction Proceedings (Doc. No. 62). Through the Joint Notice, the parties have suggested various dates for the Court to hear the testimony of Dr. Steven Joffe. Having considered those dates, the Court sets the hearing for the testimony of Dr. Joffe for January 25, 2021, at 1:30 p.m. The Court expects the hearing to conclude on that day.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE