# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD OF TENNESSEE AND NORTH MISSISSIPPI, et al., ) ) ) ) | |
| Plaintiffs, ) | NO. 3:20-cv-00740 |
| ) | |
| v. ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE NEWBERN |
| HERBERT H. SLATERY, et al., ) ) | |
| Defendants. ) | |

## ORDER

For the reasons discussed at the hearing on January 25, 2021, the parties shall file briefs by February 12, 2021, up to five pages in length, regarding the information contained on the Tennessee Department of Health website referenced in Tennessee Code Annotated Section 39-15-218(e). Defendants shall also file in the record a screenshot of the referenced website information.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE