UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD OF TENNESSEE AND NORTH MISSISSIPPI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HERBERT H. SLATERY, III, et al., <br><br> Defendants. | Case No. 3:20-cv-00740 <br><br> Judge William L. Campbell, Jr. <br> Magistrate Judge Alistair E. Newbern |

## ORDER

The parties have requested a continuance of the initial case management conference set on February 11, 2021. (Doc. No. 78.) The motion is GRANTED. The initial case management conference is RESET on March 30, 2021, at 9:30 a.m. Counsel for each party shall call (888) 557-8511 and enter access code 7819165# to participate.

The parties are reminded of their obligation to file a joint proposed case management order no later than three business days before the conference. The parties shall also email a Word version of the joint proposed case management order to Newbern_Chambers@tnmd.uscourts.gov.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge