UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD OF TENNESSEE AND NORTH MISSISSIPPI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HERBERT H. SLATERY, III, et al., <br><br> Defendants. | Case No. 3:20-cv-00740 <br><br> Judge William L. Campbell, Jr. <br> Magistrate Judge Alistair E. Newbern |

## **ORDER**

The parties' joint motion to amend the case management order (Doc. No. 105) is GRANTED. The following amended deadlines are set:

    Close of Document Discovery: December 23, 2022

    Depose Fact Witnesses: March 4, 2022

    Plaintiff Expert Reports: April 11, 2022

    Defendant Expert Reports: May 9, 2022

    Rebuttal Expert Reports: May 23, 2022

    Depose Expert Witnesses: June 30, 2022

    Dispositive Motions: November 11, 2022

    Dispositive Motions Opposition Briefing: December 16, 2022

    Dispositive Motions Reply Briefing: January 13, 2023

The amended target trial date is April 18, 2023.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge