IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD OF TENNESSEE AND NORTH MISSISSIPPI, et al., </br></br>Plaintiffs, </br></br>v. </br></br>HERBERT H. SLATERY III, et al., </br></br>Defendants. | ) ) ) ) ) NO. 3:20-cv-00740 ) ) JUDGE CAMPBELL ) MAGISTRATE JUDGE NEWBERN ) ) ) ) ) |

## ORDER

Pending before the Court is the Parties' joint motion to stay. (Doc. No. 109). The Parties seek a stay of this case until 60 days after the Supreme Court issues a decision in *Dobbs v. Jackson Women's Health Organization*, No. 19-1392 (U.S.).

The Motion is **GRANTED** and this case is hereby **STAYED**. The Clerk is directed to administratively close the file. Within 60 days of the Supreme Court decision in *Jackson Women's Health*, the Parties shall file a notice to that effect and move to reopen the case and lift the stay.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE