IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

PLANNED PARENTHOOD OF TENNESSEE
AND NORTH MISSISSIPPI, et al.,

Plaintiffs,

v.

HERBERT H. SLATERY III, et al.,

Defendants.

CIVIL ACTION

CASE NO. 3:20-cv-00740

JUDGE CAMPBELL
MAGISTRATE JUDGE NEWBERN

_____

## NOTICE OF WITHDRAWAL
_____

The undersigned Assistant Attorney General, Edwin Alan Groves, Jr., hereby gives notice that he withdraws as co-counsel for the defendants in the above-captioned case pursuant to Local Rule 83.01(g). He will be leaving the Tennessee Attorney General's Office on February 21, 2022, to pursue another employment opportunity. The defendants will continue to be represented by Senior Assistant Attorney General Alex Rieger and Special Counsel Steve Hart.

Respectfully submitted,

HERBERT H. SLATERY III
Attorney General and Reporter

s/ *Edwin Alan Groves, Jr.*
EDWIN ALAN GROVES, JR.
Assistant Attorney General
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202
(615) 741-2850
BPR No. 036813
Alan.groves@ag.tn.gov

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing Notice has been served on the following counsel of record through the Electronic Filing System on this 10th day of February, 2022:

Stella Yarbrough
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 12160
Nashville, TN 37212
Tel: (615) 320-7142
syarbrough@aclu-tn.org

Michelle Moriarty
Shayna Medley-Warsoff
Marc Hearron
Center for Reproductive Rights
199 Water Street, 22nd Floor
New York, NY 10038
Tel: (917) 637-3600
Fax: (917) 637-3666
mmoriarty@reprorights.org
smedley@reprorights.org
mhearron@reprorights.org

Hana Bajramovic
Jennifer Sandman
Planned Parenthood Federation of America
123 William St., 9th Floor
New York, NY 10038
Tel: (212) 261-4405
Fax: (212) 247-6811
Hana.bajramovic@ppfa.org
Jennifer.sandman@ppfa.org

Andrew Beck
Rebecca Chan
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2633
abeck@aclu.org
rebeccac@aclu.org

                                        /s *Edwin Alan Groves, Jr.*
                                        EDWIN ALAN GROVES, JR.