IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD OF TENNESSEE AND NORTH MISSISSIPPI; *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>Herbert H. SLATERY III, Attorney General of Tennessee, in his official capacity; *et al.*,<br><br>    Defendants. | CASE NO. 3:20-cv-00740<br><br>JUDGE CAMPBELL<br><br>MAGISTRATE JUDGE NEWBERN |

**JOINT MOTION TO REOPEN CASE AND LIFT STAY**

The Parties respectfully jointly move this court to reopen this case and lift the stay entered on January 31, 2022. *See* Dkt. No. 110.

This Court stayed all proceedings in this matter until the Supreme Court could issue its decision in *Dobbs v. Jackson Women's Health Organization*. The Supreme Court did so on June 24, 2022, *see* 142 S. Ct. 2228 (2022), and thus the Parties file this notice pursuant to this Court's January 31, 2022 Order.

Because the Supreme Court's decision in *Dobbs* overruled *Roe v. Wade*, it triggered Tennessee's ban on abortion at all gestational ages. Tenn. Code Ann. § 39-15-213. When this ban becomes effective on August 25, 2022, the issues in this case will become moot, and thus the Parties intend to file a joint stipulation of dismissal of this case without prejudice imminently.

Dated: August 23, 2022            Respectfully submitted,

                                       By:    */s/ Stella Yarbrough*
                                                   Stella Yarbrough (No. 33637)

American Civil Liberties Union
Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
Tel: (615) 320-7142
syarbrough@aclu-tn.org

*Attorneys for Plaintiffs*

Jennifer Sandman*
Hana Bajramovic*
Planned Parenthood Federation of America
123 William St., 9th Floor
New York, NY 10038
Tel: (212) 261-4749
Tel: (212) 261-4405
Fax: (212) 247-6811
jennifer.sandman@ppfa.org
hana.bajramovic@ppfa.org

*Attorneys for Plaintiffs Planned Parenthood of Tennessee and North Mississippi and Audrey Lance, M.D., M.S.*

Andrew Beck*
Rebecca Chan*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2633
abeck@aclu.org

*Attorneys for Plaintiffs Knoxville Center for Reproductive Health and FemHealth USA, Inc.*

Marc Hearron*
Center for Reproductive Rights
1634 Eye St., N.W., Suite 600
Washington, DC 20006
Tel: (202) 524-5539
mhearron@reprorights.org

*Attorney for Plaintiff Memphis Center for Reproductive Health*

*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on August 23, 2022, a true and correct copy of the foregoing was served on the Tennessee Attorney General's Office, counsel for all Defendants, via the Court's ECF/CM system.

Alexander S. Rieger
Steven Ashley Hart
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202
alex.rieger@ag.tn.gov
steve.hart@ag.tn.gov

*/s/ Stella Yarbrough*
Stella Yarbrough (No. 33637)