IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD OF TENNESSEE AND NORTH MISSISSIPPI, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| HERBERT H. SLATERY III, et al., | ) ) ) |
| Defendants. | ) |

NO. 3:20-cv-00740

JUDGE CAMPBELL
MAGISTRATE JUDGE NEWBERN

## ORDER

Pending before the Court is the Parties' Joint Motion to Reopen Case and Lift Stay. (Doc. No. 115). The Motion is filed pursuant to the Court's January 31, 2022 Order directing the parties to move to reopen the case and lift the stay within 60 days of the Supreme Court decision in *Dobbs v. Jackson Women's Health Organization*, No. 19-1392 (U.S.). Notwithstanding the motion to reopen the case and lift the stay, the parties agree that the case became moot on August 25, 2022, when Tennessee's ban on abortion went into effect, Tenn. Code Ann. § 39-15-213. The parties state that they intend to file a joint stipulation of dismissal of this case without prejudice "imminently."

In light of the agreed posture of the case and the parties' intent to file a joint stipulation of dismissal, the Motion to Reopen Case and Lift Stay (Doc. No. 115) is **DENIED** and the case will remain administratively closed. On or before October 14, 2022, the parties shall file a joint stipulation of dismissal. Absent the aforementioned filing or other filing from a party, the case will be dismissed without prejudice after that date.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE