IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD OF TENNESSEE AND NORTH MISSISSIPPI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HERBERT H. SLATERY III, et al., <br><br> Defendants. | NO. 3:20-cv-00740 <br><br> JUDGE CAMPBELL <br> MAGISTRATE JUDGE NEWBERN |

## ORDER

Pursuant to the Stipulation of Dismissal filed by the Parties (Doc. No. 117), this case is hereby **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(a)(1)(A)(ii). The Parties agree that there is no prevailing party, and each party will bear its own costs, fees, and expenses. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE